**UNITED STATES DISTRICT COURT DISTRICT OF ARIZONA**

**Civil Cover Sheet**

This automated JS-44 conforms generally to the manual JS-44 approved by the Judicial Conference of the United States in September 1974. The data is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. The information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law. This form is authorized for use only in the District of Arizona.

**The completed cover sheet must be printed directly to PDF and filed as an attachment to the Complaint or Notice of Removal.**

**Plaintiff**(s): **1Ten LLC , a Delaware limited liability company;**

**Defendant**(s): **Thomas M. Collins , Executive Director, Arizona Citizens Clean Elections Commission; Mark Kimble , Board Member, Arizona Citizens Clean Elections Commission; Galen Paton , Board Member, Arizona Citizens Clean Elections Commission; Sam Crump , Board Member, Arizona Citizens Clean Elections Commission; Christina Estes-Werther , Board Member, Arizona Citizens Clean Elections Commission; Steve Titla , Board Member, Arizona Citizens Clean Elections Commission;**

County of Residence: Maricopa

County of Residence: Maricopa

County Where Claim For Relief Arose: Maricopa

Plaintiff's Atty(s):

**Alexander Kolodin , Attorney**
Kolodin Law Group PLLC
4105 N. 20th Street, Suite 110
Phoenix, AZ 85016
6027302985

Defendant's Atty(s):

**,**

,

**IFP REQUESTED**

**REMOVAL FROM COUNTY, CASE #**

| | |
|---|---|
| II. Basis of Jurisdiction: | **3. Federal Question (U.S. not a party)** |
| III. Citizenship of Principal Parties **(Diversity Cases Only)** | |
| Plaintiff:- | **N/A** |
| Defendant:- | **N/A** |
| IV. Origin : | **1. Original Proceeding** |
| V. Nature of Suit: | **440 Other Civil Rights** |
| VI.Cause of Action: | **42 U.S.C. § 1983 — First and Fourteenth Amendment challenge to an administrative subpoena; declaratory and injunctive relief.** |
| VII. Requested in Complaint | |
| Class Action: | **No** |
| Dollar Demand: | **Declaratory and injunctive relief** |
| Jury Demand: | **No** |

VIII. This case **is not related** to another case.

**Signature:** /s/ Alexander Kolodin

**Date:** 11/18/2026

If any of this information is incorrect, please go back to the Civil Cover Sheet Input form using the *Back* button in your browser and change it. Once correct, save this form as a PDF and include it as an attachment to your case opening documents.

Revised: 01/2014