**THE STATE OF ARIZONA**
**ARIZONA CITIZENS CLEAN ELECTIONS COMMISSION**

In the Matter of:

26-06 Ralph Heap

**SUBPOENA DUCES TECUM AND FOR DEPOSITION**

**TO:**

1Ten LLC (d/b/a “1ten.io”)
a Delaware limited liability company
c/o Jake Hoffman, Owner
18521 E. Queen Creek Rd., Ste. 105-503
Queen Creek, Arizona 85142

YOU ARE HEREBY REQUIRED, pursuant to A.R.S. § 16-956(B) and R2-20-211(A) and (B), to produce and permit inspection and copying of the Documents described below in your possession, custody, or control, or, if you do not produce them as provided below, to appear and testify under oath at a deposition, related to the determination there is reason to believe violations occurred made by the Commission on August 14, 2026 in CCEC MUR 26-06, with the Arizona Citizens Clean Elections Commission. *See* A.R.S. § 16-956(B); A.A.C. R2-20-211. This information is requested in connection with an inquiry authorized pursuant to A.R.S. § 16-956(A)(7) and

A.A.C. R2-20-209(A).

This Subpoena Duces Tecum requires that you produce the following materials:

## General Definitions

"1Ten" means 1Ten LLC (including business conducted as "1ten.io"), including its members, managers, employees, agents, representatives, and persons acting on its behalf, including Jake Hoffman.

"Dr. Heap" means Dr. Ralph Heap, his candidate committee, and any person acting on behalf of either.

"Mesa Sign Shop" means Mesa Sign Shop, LLC.

"Mesa Sign Shop Invoices" means Mesa Sign Shop invoice Nos. 2230, 2443, 2463, 2947, 3218, and 3294, each addressed to "Jake Hoffman / 1ten.io."

"Heap Signs" means campaign signs bearing Dr. Heap's name, including signs shared with another candidate (such as "Heap Marshall" signs) and the "Heap 48x48" and "Heap YS" signs listed on Invoice No. 2947.

"Heap Materials" means Heap Signs and any other printed campaign material bearing Dr. Heap's name, including business cards, rack cards, and palm cards.

"Sign-Related Expenses" means any cost of handling or placing Heap Signs other than the printing price, including pickup, transportation, storage, stakes, rebar, and other installation materials, and labor for placement or removal.

“Document” means any written, printed, electronic, or recorded material, including emails, text messages, invoices, receipts, payment records, accounting records and entries, contracts, correspondence, internal notes, and electronically stored information.

“Communication” means any written, electronic, or recorded communication, including email and text messages.

**Requests**

1) All Documents relating to the Mesa Sign Shop Invoices to the extent they concern Dr. Heap, including Documents sufficient to show each payment made on those invoices (including the $96,500.00 payment reflected on Invoice No. 2947), the payor and source of funds for each payment, and whether any portion was applied to the invoice lines for Dr. Heap.
2) For Heap Signs: (a) all Documents sufficient to show the number of signs picked up from Mesa Sign Shop, the date of each pickup, and who picked them up; (b) all Documents sufficient to show the number of signs placed and the dates of placement; and (c) all invoices, receipts, and payment records for Sign-Related Expenses, including payments for stakes, rebar, and other installation materials and payments to any person who picked up, transported, placed, or removed the signs.
3) Documents sufficient to show any other goods or services that 1Ten paid for, provided, or arranged for Dr. Heap’s campaign, the cost of

each, and whether, when, and in what amount Dr. Heap paid or reimbursed 1Ten.

4) All Communications between 1Ten and Dr. Heap relating to Heap Materials, Sign-Related Expenses, the Mesa Sign Shop Invoices, or payment or reimbursement for any of them.

5) All Communications between 1Ten and Mesa Sign Shop relating to Heap Materials, payment or collection of any amount owed for goods provided for Dr. Heap, or MUR 26-06, including any Communication about the declaration that James E. "Jim" Torgeson signed on August 7, 2026 and that was submitted with Dr. Heap's response in MUR 26-06.

**TIME AND DATE OF PRODUCTION: 10:00 a.m., Wednesday, November 18, 2026**

**PLACE OF PRODUCTION:** Osborn Maledon, P.A.
2929 North Central Avenue, Suite 2000
Phoenix, Arizona 85012
or electronically to counsel listed below

**TIME AND DATE OF DEPOSITION: 10:00 a.m., Wednesday, November 18, 2026**

**PLACE OF DEPOSITION:** Osborn Maledon, P.A.
2929 North Central Avenue, Suite 2000
Phoenix, Arizona 85012

You need not appear for the deposition if, on or before the time and date of production, you produce all responsive Documents together with a declaration, signed under penalty of perjury by a person with knowledge,

stating that a reasonable search was made and that the production is complete (or identifying any Request for which no Documents exist). Otherwise, 1Ten shall appear for deposition at the time, date, and place stated above through a member, manager, or other person 1Ten designates to testify on its behalf concerning the Requests above and 1Ten's search for responsive Documents. All testimony will be under oath. A.A.C. R2-20-211(B). The deponent will have the opportunity to review and sign the deposition. A.A.C. R2-20-211(C).

**Note:**

You have been subpoenaed by the Citizens Clean Elections Commission's Executive Director, whose attorney's name, address and telephone number is: Mary O'Grady, 2929 North Central Ave, Suite 2000 Phoenix, AZ 85012, 602-640-9000

Your Duties In Responding to This Subpoena

You have a duty to produce the documents requested as they are kept by you in the usual course of business, or you may organize the documents and label them with the categories set forth in this subpoena.

If a claim of privilege is asserted with respect to any Document or you refuse to disclose any Document requested herein on any other ground, state separately for each Document withheld the basis for your claim that such Document need not be disclosed with such specificity as will permit the Commission or a Court of Law to determine the legal sufficiency of your objection or position.

If this subpoena asks you to produce or permit inspection of designated books, papers, documents, tangible things, or the inspection of premises, you need not appear to produce the items unless the subpoena states you must appear. If relevant records are not in your possession, please provide an index identifying the records and who is in possession of such records.

Your Right to Object

You may object if you feel that you should not be required to respond to the request made. Under A.A.C. R2-20-213, you have a right, prior to the time specified herein for compliance, but in no event more than five days

after the receipt of this subpoena, to apply to the Citizens Clean Elections Commission to quash or modify it. Such application must include the reasons therefor. The Commission may deny the application, quash the subpoena, or modify the subpoena.

**Failure to comply with this subpoena may subject you to proceedings in Superior Court to enforce its requirements.**

<u>ADA Notification</u>

**REQUESTS FOR REASONABLE ACCOMMODATIONS FOR PERSONS WITH DISABILITIES MUST BE MADE TO THE COMMISSION AT LEAST THREE DAYS IN ADVANCE OF A SCHEDULED PROCEEDING.**

**SIGNED AND SEALED** this 3rd day of November, 2026.

By: ______________________
Thomas M. Collins
Executive Director
Citizens Clean Elections
Commission

ORIGINAL of this Subpoena
served by personal delivery
this 6th day of November, 2026
on:
1Ten LLC, through its counsel,
who has agreed to accept service
on its behalf:
Alexander Kolodin
alexander.kolodin@kolodinlaw.com

Attorney for 1Ten LLC

COPY sent by email this same date to:
Linley Wilson
lwilson@holtzmanvogel.com
Erica Leavitt
eleavitt@holtzmanvogel.com

Attorneys for Dr. Ralph Heap, MUR 26-06

______________________________