# EXHIBIT B

Posts, replies, and reposts on X by Lisa Everett, Tyler Montague, Nick Myers, and Gina Swoboda

Pages 1–110: posts concerning Jake Hoffman

Pages 111–221: posts concerning Ralph Heap

# Lisa Everett

**@patriotnheels. 21 post(s), newest first.**

## 1. Reply · Nov 8, 2026 · 10:12 PM UTC

teapawt

**Jake Hoffman**
@JakeHoffmanAZ · Nov 7
Gina is a Democrat.

Schweikert was going to lose big which is why he quit — Gina knows this. We discussed it.

Feely was absolutely loved by the moderates.

Gina is a sore loser who sill never win a primary, so she makes things up to be relevant.

Total narcissistic behavior.

**Gina Swoboda**
@GinaSwoboda
X.com

Turning Point recruited Danica Patrick to *primary* Schweikert (AZ01) way back in Dec of 24. She passed. So sit down with the utter bullshit that it was ever anything but TPA *again* interfering with sitting incumbents that led to losing AZ01.




45 · 11 · 10 · 67 · 28,050

**Patriotnheels** 🇺🇸👠
@patriotnheels · Nov 8
All you have is this nonsense. You share the blame with your little buddy Bowyer. You guys have no idea how to pick candidates that can win.
Nov 8, 2026 · 10:12 PM UTC
1 · 9 · 283

https://x.com/patriotnheels/status/2119553615551721591

## 2. Reply · Nov 8, 2026 · 6:15 PM UTC

teapawt

**Dan** 🇺🇸 ✔
@MrDanTheMan1990 · Nov 8
Regardless how anyone feels about @GinaSwoboda's views on certain topics, the fact is she saved the AZ GOP from financial ruin and a embarrassing scandal (Lake-DeWitt). That's a Democrat?

Can failures like Jake learn one lesson from Tuesday? Please?

> **Jake Hoffman** ✔
> @JakeHoffmanAZ · Nov 7
> Gina is a Democrat.
>
> Schweikert was going to lose big which is why he quit — Gina knows this. We discussed it.
>
> Feely was absolutely loved by the moderates.
>
> Gina is a sore loser who sill never win a primary, so she makes things up to be relevant.
>
> Total narcissistic behavior.
>
> Gina Swoboda ✔ X.com
> @GinaSwoboda
>
> Turning Point recruited Danica Patrick to "primary" Schweikert (AZ01) way back in Dec of 24. She passed. So sit down with the utter bullshit that it was ever anything but TPA "again" interfering with sitting incumbents that led to losing AZ01.




7 · 6 · 1 · 37 · 1,533

**Gina Swoboda** ✔
@GinaSwoboda · Nov 8
Hoffman blocking any attempt to put GUARDRAILS on ESAs or to put Prop123 on ballot to provide some protections to the program will now result in drastic changes & kids losing access. Entirely predictable and in fact predicted. He can crash out til the cows come home. He & AZ Free own what is going to happen.
And btw it's a common sense conservative position to have audits & guardrails on taxpayer funded programs. These guys are not conservative.

4 · 3 · 13 · 259

**Patriotnheels** 🇺🇸👠 ✔
@patriotnheels · Nov 8
I think it's very interesting that Folks like Hoffman and others do not want guard rails on ESA's but they want guard rails on other taxpayer funded programs that align with Democrats. Rules for the year I guess

Nov 8, 2026 · 6:15 PM UTC

1 · 2 · 83

https://x.com/patriotnheels/status/2119493974557933904

**3. Reply · Sep 18, 2026 · 2:29 PM UTC**



teapawt

conservativedork
@consrevativdork · Sep 18
9/18/2026: I'm putting it in writing today so I have it to refer back on in the future. @tylerbowyer (@TPAction), @ScotMussi (@azfec), and @JakeHoffmanAZ are far right extremist who think they control AZ politics. They know how to win primaries, but can't win general elections.
7 9 2 45 3,047

Patriotnheels 🇺🇸👠
@patriotnheels · Sep 18
Oh this is 100% factual information. On November 4th after the election, when they're crying, we will all say I told you so. And sadly we will have to tell the people that are blindly following them I told you so. They represent everything wrong with our party. They've never actually taken the Buckley rule to heart.
Sep 18, 2026 · 2:29 PM UTC
1 1 17 338
Relevant Recent Likes

conservativedork
@consrevativdork · Sep 18
💯 Hence the reason I wanted a dated post.
11 258

https://x.com/patriotnheels/status/2100955391077093473

**4. Repost · Aug 31, 2026 · 8:04 PM UTC**

teapawt

**Tom Ryan**
@tomryanlaw · Aug 31
If you were ever in doubt about TP USA being a cult I invite you to read this post 👇 😳. Dear lord these folks are just cuckoo for Coco Puffs!!

**Mindy Little**
@RealAZMom · Aug 31
Isn't she beautiful.

Arizona, let's get back to Real Red this November- We need to be better than Florida-

Lets's name Sky Harbor - Charlie Kirk International, and fix our state with Biggs.




5 · 9 · 87 · 3,912

**AZSoonerGal**
@azsoonergal · Aug 31
Mindy became 2VC of LD15 in June. The LD15 Chair works for @TPAction and is Jake Hoffman's neighbor. The 1st VC chair is Jake's wife. Unfortunately and in my opinion, the AZLD15 meetings are controlled by Turning Point. Prior to the Primary, we only heard from the candidates that benefited...I mean...aligned with Jake along with speakers from Turning Point and AZ Free Enterprise.

Again in my opinion🤓, they try to keep the PCs who speak truth from speaking at meetings. You are only allowed to speak if you fall in line. @JakeHoffmanAZ adjourned the meeting in July to prevent PCs from speaking.

In November, when PCs tried to have a meeting because the Board canceled the regular meeting, PCs were told that it was illegal for them to have a meeting. LD15 is a great example of how The People are silenced when a political organization has their people in leadership😒

Aug 31, 2026 · 8:04 PM UTC

6 · 6 · 14 · 477

Relevant Recent Likes

**4. Repost · Aug 31, 2026 · 8:04 PM UTC (continued)**

**🇺🇸HenriettaTheGreat🇺🇸**
@HenriettaGreat · Sep 1
I have an idea💡, Mindy could be elected to your seat on the MCRC Board in January! @RealAZMom @JakeHoffmanAZ
1 1 38

**🇺🇸HenriettaTheGreat🇺🇸**
@HenriettaGreat · Sep 1
Correction: Mindy was OVERWHELMINGLY ELECTED with a 70% majority of the vote. Your BS doesn't seem to be well accepted. I would be inclined to REJECT anything out of your trap.
1 37

**🇺🇸HenriettaTheGreat🇺🇸**
@HenriettaGreat · Sep 1
Who are you saying doesn't speak truth in your LD15? List their names. I'll wait!
18

**Angie F**
@AngieF03764095 · Sep 2
Here's the quiet part outloud. 😬

Rational Republicans are so tired of the crazy and TPUSA candidates- we are going to vote Blue and blank. Aside from a few sane Republicans, four Rs in our family will pow wow for change.

We are not Independents.

We are ultra-conservative, pro life, levitical Baptists casting Blue in a state that already has embraced abortion in its constitution.

AZ is a disgrace to public education. It's a disgrace protecting babies. Decades our GOP has had control and the only thing accomplished is fat cat coffers stuffed with 💸💸💸

You should be worried. 5 years ago I would have cut my hand off before I scribbled a bubble for a Dem.

Not today. The only thing I am ashamed of is our GOP.
31

**🇺🇸HenriettaTheGreat🇺🇸**
@HenriettaGreat · Sep 1
Seems to me you'd bloviate plenty at your LD15 meetings. Must be like nails on a chalk board? Am I right?
20

**Kevin Thompson**
@VoteKThompson · Aug 31
LD15 is my home LD and I haven't been invited to speak or update the PC's since I was elected in 2022.
1 3 2 19 1,090

https://x.com/azsoonergal/status/2094516644676768023

**5. Post · Aug 30, 2026 · 12:41 PM UTC**




https://x.com/patriotnheels/status/2094042768519967085

**6. Repost · Aug 26, 2026 · 10:33 PM UTC**




https://x.com/EnergyMomAZ/status/2092742201256329267

**7. Reply · Aug 14, 2026 · 10:49 PM UTC**



teapawt

**conservativedork**
@consrevativdork · Aug 14
Does anyone else find it curious that @azfec, @JakeHoffmanAZ, and @tylerbowyer are all dead silent lately on the @DrRalphHeap saga, but their lap dog @MerissaCaldwell is all over the deflection angle (and doing a piss poor job at it)? What are they all scared of?
7 5 26 395

**Patriotnheels** 🇺🇸👠
@patriotnheels · Aug 14
She called herself an election integrity expert 🤣🤣🤣
Hoffman, Bowyer, and AZFEC do not want this negative press near them. I think it should be plastered on their faces. They are the problem.
Aug 14, 2026 · 10:49 PM UTC
2 5 19 437
Relevant Recent Likes

**Kenny Hussein Jacobs**🌻
@kennyjacobs · Aug 15
I wonder if Dr. Heap is willing to take a fall for Bowyer, Mussi, and Hoffman? I wonder if La Sota's work on behalf of, and in alliance with, those three will prompt him to find an attorney who puts his interests first and foremost?
5 114

**NotaYogaSexCultGuru**
@Guru23464 · Aug 15
All these lawyers they go to are in cahoots. Why anyone who wants to win would certainly shop elsewhere.
2 82

https://x.com/patriotnheels/status/2088397542824521741

**8. Post · Aug 5, 2026 · 1:54 AM UTC**

teapawt

**Patriotnheels** 🇺🇸👠
@patriotnheels · Aug 5
Why is it that when there are shenanigans Jake Hoffman is nearby?

**Wayne Schutsky**
@WayneSchutsky · Aug 5
As Republican Ralph Heap faces allegations he violated AZ law by failing to report who paid for his campaign signs, a GOP official accused the Arizona Free Enterprise Club and state Sen. Jake Hoffman of asking him to engage in a similar scheme 4 yrs ago.
kjzz.org/politics/2026-08-04...



**Who paid for Republican Arizona Corporation Commission candidate Ralph Heap's campaign signs?**
As Republican Corporation Commission candidate Ralph Heap faces allegations that he violated Arizona law by failing to report who paid for his campaign signs, a sitting GOP official accused the...
kjzz.org

Aug 5, 2026 · 1:54 AM UTC
2 · 24 · 1,420

https://x.com/patriotnheels/status/2084820326291255563

**9. Repost · Aug 2, 2026 · 3:59 PM UTC**



teapawt

**Geoff**
@geoffPF2e · Aug 2
TPUSA, Hoffman, and Merissa Caldwell claiming to be a champions of election integrity and then engaging in election shenanigans is so on brand.

> **kimowens**
> @kimowens · Aug 2
> Replying to @MattRealest8
> It's their currency. They trade in all things subversive. Claiming ownership of "election integrity" as their sole domain and discretion, while actively defending someone who obviously engaged in cheating to win - using a mouthpiece that is on record as saying she is not a conservative and has abandoned a moral compass for a P&L in her choice of clients and behavior - you got this one right on the bullseye.
>
> Anyone who truly believes in election integrity would be calling for Heap's forfeiture of his candidacy, either self imposed or legally invoked, and the immediate placement of @votenickmyers on the ballot. Losing to a cheater is not losing, it is a violation of trust. The voters are the victims of fraud and deserve a choice of two candidates in November, putting Nick on the ballot is the remedy.

Aug 2, 2026 · 3:59 PM UTC

6 · 5 · 28 · 1,764 | Relevant | Recent | Likes

**Merissa Caldwell**
@MerissaCaldwell · Aug 4
You are all hypocrites🫠

xitter.cf/MerissaCaldwell/status...

1 · 5 · 148

**Geoff**
@geoffPF2e · Aug 4
We'll see if they made the reimbursement or not. There are over 376 pages for Nick Myers' finances alone since 2020. They can make the reimbursement at any time. Again if you are for true election integrity, you need to call out Heap as well. Or you're the hypocrite.

2 · 16

**9. Repost · Aug 2, 2026 · 3:59 PM UTC (continued)**



**Michael Haviland**
@mehaviland99 · Aug 4
Az rinse and repeat nothing changes always the same players
1 10

**Geoff**
@geoffPF2e · Aug 4
As long as MAGA continues to support and run nut job candidates, the AZGOP will continue to flounder in county and statewide elections.
1 14

View more replies ›

**DoBetterAZ.com**
@jill_arizona · Aug 2
Yeah I live in LD17 and this reminds me of the Rachel Keshel situation.
4 53

**Archer Rowan**
@ArcherRowsaway · Aug 3
The trinity of low iq pc's.
24

**AZSoonerGal**
@azsoonergal · Aug 4
Yep! Jake and TPAction are fake ‼️ xitter.cf/i/status/1921968082790...
27

https://x.com/geoffPF2e/status/2083945781917274304

**10. Post · Jul 31, 2026 · 11:30 PM UTC**




https://x.com/patriotnheels/status/2083334594854826193

**11. Post · Jul 31, 2026 · 9:24 AM UTC**




https://x.com/patriotnheels/status/2083121530461204885

**12. Post · Jul 29, 2026 · 5:53 PM UTC**




https://x.com/patriotnheels/status/2082524860337811852

**13. Reply · Jul 13, 2026 · 6:07 PM UTC**


teapawt

**Matt Greer**
@MattRealest8 · Jul 13
Bad conduct isn't the same as dishonorable. You sued the city over a speeding ticket after dropping your title didn't work.

**Justine Wadsack**
@Wadsack4Arizona · Jul 13
The voters of #LD10 should demand @Ciara2A withdraw from the 2026 Primary Election immediately.

Veterans with dishonorable discharge can't work in fast food, yet she wants to serve in the AZ House with a "Bad Conduct Discharge", 4-months USAF Jail, and rank reduced to E-1.

3 2 25 2,172

**Sun Belt Politics**
@SunBeltPolitics · Jul 13
Funny that Hoffman and Wadsack want to stoop to it. The VA says that a BCD is similar to a misdemeanor, which is funny enough what both would have gotten for their excessive speeding had it not been for Legislative immunity!

2 2 1 16 1,247

**Patriotnheels**
@patriotnheels · Jul 13
Hoffman is a tool
Jul 13, 2026 · 6:07 PM UTC
10 66

https://x.com/patriotnheels/status/2076730202143772961

**14. Repost · Jul 2, 2026 · 4:48 PM UTC**




https://x.com/ToaAz/status/2072724222192021996

**15. Repost · Jun 27, 2026 · 1:15 PM UTC**


teapawt

**conservativedork**
@consrevativdork · Jun 27
Jake is nothing but a Democrat plant and he has become so good at his job that he's convinced FEC and TP to join him.

**barrett marson**
@barrettmarson · Jun 25
At the Capitol, we see @JakeHoffmanAZ and @arizona_sos joining together in a race to destroy any attempt at an agreement to keep the ESA program strong and successful.



Jun 27, 2026 · 1:15 PM UTC
1 2 8 417
Relevant Recent Likes

**Jack Offman**
@Jack_OffmanAZ · Jun 27
I resemble that remark!
2 19

https://x.com/consrevativdork/status/2070858647660576928

## 16. Reply · May 21, 2026 · 9:01 PM UTC

teapawt

**The AZ - abc15 - Data Guru**
@Garrett_Archer · May 21
NatPop political consultant and sitting state legislator is calling for the @maricopacounty Board of Supervisors to be criminally charged.

> **Jake Hoffman**
> @JakeHoffmanAZ · May 21
> Debbie Lesko is legitimately a corrupt liar
>
> I know for a fact that she knows full well the extent to which she's gaslighting & outright lying to the people of Maricopa County
>
> She's so morally corrupt that she simply does it anyway
>
> Debbie's is one of the most disappointing political suicides in recent history
>
> Debbie and the BOS have repeatedly, and continue to repeatedly, break Arizona election law
>
> They even got their asses handed to them in Court for doing so
>
> Their response?
>
> They continue to do it in even more egregious ways
>
> Debbie Lesko, the majority of the Maricopa Board of Supervisors, and Scott Jarrett all deserve to be federally charged for civil rights violations
>
> Jail time is warranted for their wanton disregard for the law.

9 · 6 · 1 · 36 · 9,717

**Patriotnheels** 🇺🇸👠
@patriotnheels · May 21
Jake is owned by TPA. I was at an LD28 meeting a couple of months ago. Debbie Lesko spoke she was gracious honest and fair. After she spoke she left. Jake Hoffman took the microphone and proceeded to say horrible things about her even accused her of gaslighting everyone in the room. I have no respect for this little man. He didn't have the guts to say it while she was in the room he waited until she left. What a dirtbag

May 21, 2026 · 9:01 PM UTC

1 · 15 · 576

https://x.com/patriotnheels/status/2057567389609582601

**17. Reply · May 21, 2026 · 9:43 AM UTC**

teapawt

**Jake Hoffman**
@JakeHoffmanAZ · May 21

Debbie Lesko is legitimately a corrupt liar

I know for a fact that she knows full well the extent to which she's gaslighting & outright lying to the people of Maricopa County

She's so morally corrupt that she simply does it anyway

Debbie's is one of the most disappointing political suicides in recent history

Debbie and the BOS have repeatedly, and continue to repeatedly, break Arizona election law

They even got their asses handed to them in Court for doing so

Their response?

They continue to do it in even more egregious ways

Debbie Lesko, the majority of the Maricopa Board of Supervisors, and Scott Jarrett all deserve to be federally charged for civil rights violations

Jail time is warranted for their wanton disregard for the law.

> **Debbie Lesko**
> @DebbieLesko · May 21
>
> I'm calling on Recorder Heap to meet with the Maricopa County Board of Supervisors to hammer out the differences we have on the administration of elections. We want smooth, fair, and safe elections - let's make it happen!




0:00 / 0:35

116 346 34 764 41,748

**Patriotnheels** 🇺🇸👠
@patriotnheels · May 21

Says the man bought and paid for by TPA

May 21, 2026 · 9:43 AM UTC

1 14

https://x.com/patriotnheels/status/2057396877897949695

**18. Repost · May 4, 2026 · 9:57 PM UTC**


teapawt

**Tom Ryan**
@tomryanlaw · May 4
Yes, I'm sure that @JakeHoffmanAZ and @MerissaCaldwell are gonna be THRILLED with Mark veering off the path they have told him to walk.

**Mark Stewart Maricopa County Supervisor District 1**
@MarkStewart_AZ · May 4
Replying to @MarkStewart_AZ
Court filing:

3 · 8 · 1 · 27 · 3,511

**Gina Swoboda**
@GinaSwoboda · May 4
Why yes I am retweeting @tomryanlaw again. Perhaps I have developed an affection for him, after all, he once referred to me as an 'REO Speedwagon witness' which I still want in a Tshirt!

3 · 3 · 25 · 1,212

**Gina Swoboda**
@GinaSwoboda · May 4
AND I never received one of the commemorative Sharpies created by then SOS Hobbs after my opponent filed the ridiculous sharpie gate suit, WHICH the RNC attorneys in our War Room (from which he is always barred, pardon the pun) asked him not to file....bc he LOST as per usual and damaged any chances we had to prevail on other avenues

May 4, 2026 · 9:57 PM UTC

3 · 13 · 392

https://x.com/GinaSwoboda/status/2051421090589917520

**19. Reply · Apr 23, 2026 · 4:23 PM UTC**



teapawt

**Jake Hoffman**
@JakeHoffmanAZ · Apr 23
🚨THE ELECTION INTEGRITY BATTLE ON FULL DISPLAY

Two sides of the battle:

Maricopa County Recorder @azJustinHeap (speaker in the video) — courageous, exceedingly reasonable, and fighting to ensure the County follows AZ election law.

Board of Supervisors — corrupt, obstructionist & refusing to follow the law.

Recently the Maricopa County Superior Court ruled a 100% in favor of Recorder Heap in a legal dispute between him and the Board of Supervisors.

On every single point in the lawsuit, the Court — a Court notorious for siding with corrupt election officials — ruled 100% in favor of the pro-election integrity, freedom, caucus alumni, now serving as the top election official in Arizona's largest county.

Why does this matter?

It matters because Maricopa County has 70% of the voters in one of the top five swing states in America heading into the 2028 presidential election cycle.

The Maricopa County Board of Supervisors is attempting a wholesale, illegal takeover of election administration.

Even after the Court ruled 100% AGAINST the Board they are refusing to follow the law.

Watch the clip for yourself — tell me that Recorder Heap is not extremely reasonable, logical, and that his highest priority isn't simply following the law.

You can't.

The Board is comprised of corrupt tyrants.

Recorder Heap is fighting for the People.

Bravo, Recorder Heap.

Keep up the fight.

You're on the right side of history.

**19. Reply · Apr 23, 2026 · 4:23 PM UTC (continued)**




66 484 20 1,166 13,838

**meredith anne**
@MeredithCramer · Apr 23
What an amazing work of fiction this tweet is. If Heap had lost he would have appealed. Anyone who didn't think this was going to go all the way to the AZ Supreme Court needs to wake up. This was always the plan from Hoffman & Heap. Refuse to negotiate and then file a lawsuit to infuse chaos into the November election.

You are laying the groundwork to dispute the upcoming election as you know how bad it will be with Trump's approval ratings and the unelectable slate you are endorsing.

If you don't win you cry the election was stolen! This playbook is old.

5 10 341

**Jake Hoffman**
@JakeHoffmanAZ · Apr 23
lol

You're a conspiracy theorist

Total crazy person stuff

5 12 214

**Patriotnheels** 🇺🇸👠
@patriotnheels · Apr 23
You gaslight everyone you talk to Jake your circle is shrinking.
Apr 23, 2026 · 4:23 PM UTC
2 22

https://x.com/patriotnheels/status/2047350693510656283

**20. Reply · Apr 17, 2026 · 1:20 PM UTC**

teapawt

**Jake Hoffman**
@JakeHoffmanAZ · Apr 17
.@KateMcGeeAZ is a complete & total PUPPET who should never be allowed to hold office again.

Kate was one of the legislative turncoats in 2013 who stabbed the GOP caucus in the back to help Obama implement Obamacare in Arizona.

Kate is a bad person & a far worse Republican.

0:00 / 0:02

**Maricopa County**
@maricopacounty · Apr 17
NEW: Statement from Chair @KateMcGeeAZ on ruling in Heap v. Galvin, et al.




8 · 56 · 4 · 140 · 4,997

**Patriotnheels** 🇺🇸👠
@patriotnheels · Apr 17
You are not a good person
Apr 17, 2026 · 1:20 PM UTC

1 · 28

https://x.com/patriotnheels/status/2045130356752609524

**21. Reply · Apr 17, 2026 · 11:55 AM UTC**

teapawt

**Jake Hoffman**
@JakeHoffmanAZ · Apr 17
🚨 AZ ELECTION INTEGRITY UPDATE

MASSIVE DEFEAT for the corrupt Maricopa County Board of Supervisors & Tom Galvin!

The court ruled in favor of Recorder @azJustinHeap on EVERY SINGLE issue in the case.

Thank you for fighting for honest, secure, lawful elections, Recorder Heap!

Clerk of the Superior Court
*** Filed ***
APR 1 7 2026 8:0
T. Williams

SUPERIOR COURT OF ARIZONA
MARICOPA COUNTY

CV 2025-020621 04/16/2026

HONORABLE SCOTT A. BLANEY

CLERK OF THE COURT
T. Williams
Deputy

JUSTIN HEAP JAMES K ROGERS

v.

THOMAS GALVIN, et al. THOMAS J. BASILE

99 967 43 2,948 50,588

**Patriotnheels** 🇺🇸👠
@patriotnheels · Apr 17
I think it is telling how happy you are that a fellow republlican(s) was defeated in court. I have heard you attack republicans before. What is wrong with you? You do not follow Ronald Reagan's 11th Commandment. Sad, just sad. You could report the news without glee but you choose to be small and petty.
Apr 17, 2026 · 11:55 AM UTC
55

https://x.com/patriotnheels/status/2045108947166822418

## Tyler Montague

**@TylerJMontague. 35 post(s), newest first.**

**1. Post · Nov 6, 2026 · 3:36 PM UTC**

teapawt

**Tyler Montague**
@TylerJMontague · Nov 6

Hoffman knows that by state law the counties have to accept mail-in ballots turned in on election day and that they have to go through the verification and curing process and that it will take a few days to get that done. By all indications they are moving right through it at a great pace. For him to say "they lied" and spin this statutorily mandated process as incompetence and lies is itself a HUGE LIE BY HOFFMAN. That's something I have against Hoffman: he's not honest and isn't dealing in good faith. He knows better, but he lies to whip people up. Too bad he's in a super dark red district and didn't get voted out.

> **Jake Hoffman**
> @JakeHoffmanAZ · Nov 5
>
> ELECTION FAILURE!
>
> The Maricopa County Board of Supervisors promised for months that we would have election results ON election night.
>
> THEY LIED.
>
> Hearing they're scrambling to bring in additional staff because at this pace they won't be done counting for days!

Nov 6, 2026 · 3:36 PM UTC

8 · 10 · 57 · 1,840

Relevant | Recent | Likes

**Geoff**
@geoffPF2e · Nov 6

Hoffman's an idiot. Does he even realize he's throwing his own handpicked boy Heap under the bus? The ballots not counted by midnight are mail in ballots and Heap's responsibility.

1 · 2 · 49

**Tyler Montague**
@TylerJMontague · Nov 6

He's counting on tricking people.

1 · 1 · 41

View more replies ›

**1. Post · Nov 6, 2026 · 3:36 PM UTC (continued)**

**DoBetterAZ.com**
@jill_arizona · Nov 6
Maybe the new AZLeg can investigate @JakeHoffmanAZ. It seems like the money laundering schemes he's got with Turning Point would be reason alone.
1 1 57

**Tekslayer**
@Tekslayer1 · Nov 6
Wait the FEC was hacked for almost 2 days with no resolution of containment in the mail ballot period pre election. Why are we just finding out about it? You can flip entire races from there. WTF
28

**jeffmetcalfe**
@jeffmetcalfe · Nov 6
them not lying would be the exception
1 32

**Yukanol Fukov**
@scott_keeffe · Nov 7
I'm just amazed at how quickly the votes WERE counted this time with a Dem victory. Truly amazing! 😂
8

**Tia**
@Tia_Arizona · Nov 6
I am hoping that eventually he will black pill his own voters so much that they won't even show up next time he runs
31

**The Real Johnny Mac** 😀
@johnmcp66 · Nov 6
He knows, it just doesn't fit his monologue......so he doesn't care
20

**Rodd McLeod**
@roddmcleod · Nov 6
I agree with you 100%, Tyler & I appreciate that you conduct yourself in good faith and don't ever make cheap shot BS arguments. That said, I do wish that we could pass laws and fund counties so they could count election day ballots on election night like the other states.
1 66

https://x.com/TylerJMontague/status/2118729260060004820

**2. Reply · Nov 6, 2026 · 4:47 AM UTC**


teapawt

**Patriotnheels** 🇺🇸👠
@patriotnheels · Nov 5
A lot of finger pointing. I lay much of this at the feet of TPA. They continue to back candidates that have zero chance of winning in the general.

> **keepthefaith**
> @lisargray · Nov 5
> There needs to be a little finger pointing & responsibility taken. TPUSA has decimated the AZGOP. SO MANY LOSSES & SO MUCH DIVISION done by your team. To save any shred of decency 1st step is to accept TPUSA's role in ALL of this and fire those who spearheaded this disaster!

8 3 39 1,269

**Tyler Montague**
@TylerJMontague · Nov 6
It is 100% their fault that AZ is almost completely blue in spite of a Republican registration advantage. And lets sharpen that a little: It's Tyler Bowyer's fault, along with his mini-me Jake Hoffman. Most toxic influence in AZ politics.

Nov 6, 2026 · 4:47 AM UTC

7 96

https://x.com/TylerJMontague/status/2118565866782834965

## 3. Repost · Nov 4, 2026 · 8:32 PM UTC

teapawt

**Vincent La**
@elvicentela · Nov 4
Tyler Bowyer and Jake Hoffman destroyed what Charlie Kirk built

> **Travis**
> @NihiloX · Nov 4
> Last night showed exactly what @tylerbowyer and @TPAction are worth.
>
> They invested their ground game, name, and millions of dollars into what they branded the "Freedom Ticket."
>
> The top of that ticket went 1-23
>
> AZ statewide 0-9
> NV statewide 0-6
> NH statewide 1-8
>
> One win. Twenty-three losses.
>
> Of the three races they prioritized most in effort and spending: Biggs lost. Lombardo lost. Sununu lost.
>
> This is what's left of a dead man's once great inheritance.




Nov 4, 2026 · 8:32 PM UTC
12 · 9 · 2 · 99 · 8,901

Relevant | Recent | Likes

**Sun Belt Politics**
@SunBeltPolitics · Nov 4
Not sure what they really ever built to begin with. They built a "let's primary 90% conservatives" machine disguised as a GOTV operation. They didn't have a successful cycle that wasn't dependent on a strong GOP Chair or candidate at the top.
2 · 4 · 15 · 608

**Vincent La**
@elvicentela · Nov 4
The uneasy temporary alliance between them and @GinaSwoboda did amazing things.

But it was never going to last.
1 · 4 · 317

**Melissa Blasek**
@MelissablasekNH · Nov 5
This is exactly what Charlie built. This is what TPUSA has always been but with more money.
7 · 157

**3. Repost · Nov 4, 2026 · 8:32 PM UTC (continued)**

**Peggy McClain**
@redwildcat · Nov 4
TP was already ineffective, in my opinion.
4 · 146

**Nick Macaluso** 🇺🇸
@Fr8guy · Nov 4
I do agree with you here for sure. It's just not the same. Messaging doesn't feel genuine.
2 · 214

**Mr. B**
@MrInvigorator · Nov 4
Bingo. Couldn't have said it better myself
2 · 195

**Archer Rowan**
@ArcherRowsaway · Nov 4
Both got super rich, too.
5 · 178

**Trump's Cactus** 🌵🇺🇸
@CactusTrumps · Nov 5
.@tylerbowyer is only concerned with his six figure salary. 🌵🇺🇸
3 · 64

**DJ Quinlan**
@djquinlan · Nov 4
Charlie hired them both—he was no better, tbh.
1 · 2 · 171

**The West Coast Bias**
@westcoastbias99 · Nov 5
Counterpoint:
Tyler Bowyer and Jake Hoffman are what Charlie Kirk built.
1 · 86

**Yo**
@p00tytang0 · Nov 5
Well, it was pretty shitty when Charlie was running it too
1 · 56

**Snowman1234**🇺🇸⚓
@bjones7774 · Nov 4
But they got rich as hell doing it




https://x.com/elvicentela/status/2118079030138458593

**4. Repost · Sep 22, 2026 · 4:29 AM UTC**

teapawt

**Jeremy Duda**
@jeremyduda · Sep 21

Senate Republicans' probe into pay-to-play allegations against @GovernorHobbs have moved out of @JakeHoffmanAZ's Senate Government Committee amid scrutiny of Turning Point's $1.2m in pro-@andybiggs4az campaign spending to Hoffman's company.




13 20 6 51 33,997

**Tyler Montague**
@TylerJMontague · Sep 22

It looked like a super duper over the top use of Hoffman's public office to enrich himself

5 3 7 353

**Geoff**
@geoffPF2e · Sep 22

It's Jake Hoffman projecting, once again. He complains about election fraud and commits it himself as a fake elector. He's complains about a pay to play scheme and takes TPUSA's money to open up an investigation into Hobbs and Mayes to help MAGA candidates.

Sep 22, 2026 · 4:29 AM UTC

1 3 90

https://x.com/geoffPF2e/status/2102253815525425445

**5. Reply · Sep 22, 2026 · 4:10 AM UTC**

teapawt

**Jeremy Duda**
@jeremyduda · Sep 21

Senate Republicans' probe into pay-to-play allegations against @GovernorHobbs have moved out of @JakeHoffmanAZ's Senate Government Committee amid scrutiny of Turning Point's $1.2m in pro-@andybiggs4az campaign spending to Hoffman's company.


Arizona State Senate
Press Release
Former Arizona Supreme Court Justice Andrew Gould Appointed to Lead Senate Investigation into Hobbs Pay-to-Play Scandal

13 · 20 · 6 · 51 · 33,997

**Tyler Montague**
@TylerJMontague · Sep 22

It looked like a super duper over the top use of Hoffman's public office to enrich himself

Sep 22, 2026 · 4:10 AM UTC

5 · 3 · 7 · 353

Relevant | Recent | Likes

**spinyarm**
@spinyarms · Sep 22

You must think Hobbs is good for Arizonans?

16

**5. Reply · Sep 22, 2026 · 4:10 AM UTC (continued)**

**Jan Krygier**
@JanKrygier1 · Sep 22
@leahfiles has done a lot of research investigating this and other involvements. Has the credentials. Seems like the real deal.
21

**Geoff**
@geoffPF2e · Sep 22
It's Jake Hoffman projecting, once again. He complains about election fraud and commits it himself as a fake elector. He's complains about a pay to play scheme and takes TPUSA's money to open up an investigation into Hobbs and Mayes to help MAGA candidates.
1 3 90

**Kenneth Patricio Smith**
@KPSESQAZ · Sep 23
I haven heard a good thing about Hoffman.
1 23

**conservativedork**
@consrevativdork · Sep 22
@TylerJMontague @jeremyduda @GovernorHobbs @JakeHoffmanAZ @andybiggs4az




1 35

https://x.com/TylerJMontague/status/2102249056647188519

**6. Reply · Sep 18, 2026 · 4:44 PM UTC**



teapawt

**conservativedork**
@consrevativdork · Sep 18
9/18/2026: I'm putting it in writing today so I have it to refer back on in the future. @tylerbowyer (@TPAction), @ScotMussi (@azfec), and @JakeHoffmanAZ are far right extremist who think they control AZ politics. They know how to win primaries, but can't win general elections.
7 9 2 45 3,047

**Tyler Montague**
@TylerJMontague · Sep 18
They've singlehandedly wrecked the Republican Party in AZ. They try to purge everyone that doesn't believe the stupid crap they believe (conspiracies, antivax, etc). They push unelectable nuts to the top and we lose. And their solution is always to shrink the tent more. Idiots
Sep 18, 2026 · 4:44 PM UTC
2 27 546

https://x.com/TylerJMontague/status/2100989460360081765

## 7. Post · Sep 17, 2026 · 3:05 PM UTC

teapawt

**Tyler Montague**
@TylerJMontague · Sep 17
So Hoffman got a lot of money from Turning Point to attack Hobbs and help Biggs, so he's using his elected office as a platform to do just that. Any concerns about all this?

> **ABC15 Arizona**
> @abc15 · Sep 17
> State Sen. Jake Hoffman is issuing subpoenas in a wide-ranging investigation into pay-for-play allegations involving Gov. Katie Hobbs and Sunshine Residential.
>
> More here: abc15.com/news/local-news/ar...



Sep 17, 2026 · 3:05 PM UTC
39 · 39 · 3 · 151 · 5,777 Relevant Recent Likes

**Kento**
@kentoblanco · Sep 19
Actually, he is representing his constituents, who are kinda sick of all the lies and corruption. You know damned well the pay to play deal was corruption and so was the cover up.
1 · 4

**Tyler Montague**
@TylerJMontague · Sep 20
Did they get something other people didn't get? That's kind of a basic part of a "pay to play" accusation. I looked into it (you didn't) and they did not get anything special. I'm as cynical as anyone, but sometimes people just want to help a cause or leader they feel is good
1 · 8

View more replies >

**Mitchell Harrison**
@Mitch171717 · Sep 18
She's corrupt



**7. Post · Sep 17, 2026 · 3:05 PM UTC (continued)**

1 1 23

**Tyler Montague**
@TylerJMontague · Sep 18
she don't be climbin' in my window, snatchin people up
2 2 27

View more replies >

**🇺🇸HenriettaTheGreat🇺🇸**
@HenriettaGreat · Sep 17
Working in advertising is not criminal.

Katie Hobbs pay for play is. And we're not letting it go.
8 128

**Greg Hutch**
@hutch_greg45843 · Sep 17
Thank goodness Turning Point is helping in the process of seeing these treasonous cheating bastards get what they deserve!
2 55

**Stephen Lemons**
@stephenlemons · Sep 17
I dunno. So many people on X are paid operatives. Present company excepted :)
Hobbs chief of staff is paid over $420k . Politics pays. Big time.
3 137

**The_only_juzzo**
@TheRealJuzzo1 · Sep 18
Naw Hobbs administration already cleared Hobbs administration, she has nothing to worry about.
27

**via.icp**
@ViaICP · Sep 17
We impeached the president for less, precedent has been set. Enjoy!

Cartel Katie for PRISON
2 114

**William Coffin**
@CoffinItUp · Sep 17
@TylerJMontague




7 142

https://x.com/TylerJMontague/status/2100601940359172560

**8. Reply · Sep 2, 2026 · 2:34 PM UTC**

teapawt

**Stephen Richer**
@stephen_richer · Sep 1
It's amazing how much these self-proclaimed uber-men (which is facially laughable)...

Can't even take a stand and defend (or apologize for) their previous actions and statements.

> **Matt Grodsky** 🇺🇸 🇺🇦
> @mattgrodsky · Sep 1
> Must-watch: Kolodin wouldn't answer basic questions in tonight's @azpbs debate and then tried to run from reporters afterward. Secretary of State Adrian Fontes drew a clear contrast, making the case for steady, experienced leadership.
>
> 
>
> 0:00 / 1:36

11 · 18 · 116 · 7,263

**Jake Hoffman**
@JakeHoffmanAZ · Sep 1
Says the beta who got thrown out of office 🤡

3 · 1 · 8 · 206

**Geoff**
@geoffPF2e · Sep 2
Jake, Richer makes courage look easy. Conversely, you make cowardice look effortless. Richer knew election fraud was a lie. It would have been easy for him to agree with the lie and save his job. Instead he stood up for the truth and it cost him his office. That's being an alpha.

**8. Reply · Sep 2, 2026 · 2:34 PM UTC (continued)**




1 1 5 48

**Tyler Montague**
@TylerJMontague · Sep 2
100% true. Richer is a man of honor.

The once-indicted fake elector Jake Hoffman, is a lying POS snake who tried to help steal an election in this country, and who makes a living promoting lies. I want Hoffman and Bowyer to get indicted again, as they deserve to be.

Sep 2, 2026 · 2:34 PM UTC

1 2 13 Relevant Recent Likes

**Geoff**
@geoffPF2e · Sep 2
@TylerJMontague @JakeHoffmanAZ @stephen_richer




3

https://x.com/TylerJMontague/status/2095158413911318969

**9. Reply · Aug 30, 2026 · 3:32 PM UTC**

teapawt

**Organizermemes**
@OrganizerMemes · Aug 28
Breaking: Far-right Arizona state senate candidate Jake Hoffman @jakehoffmanaz, an indicted fake elector who tried to overturn the 2020 election, has been caught profiting hundreds of thousands of dollars off of candidates he recruited to run in Arizona, creating glaring conflict of interest concerns from even republican politicos.




3 · 25 · 2 · 54 · 7,423

**Tyler Montague**
@TylerJMontague · Aug 30
And the allegation has been made by Nick Myers that Jake encourages people to go against what CCEC says are the rules. Thus, Ralph Heap is in a deep heap o trouble. So, is this the Hoffman business model? "Hey, I'll float you for all the [illegal] early spending on signs and signatures, then you hit me back when you get your funding...and then you can be my puppet in office, and we'll go from there!"
Aug 30, 2026 · 3:32 PM UTC
1 · 91

https://x.com/TylerJMontague/status/2094085784995537315

**10. Repost · Aug 28, 2026 · 12:22 AM UTC**

teapawt

**Organizermemes**
@OrganizerMemes · Aug 28
Breaking: Far-right Arizona state senate candidate Jake Hoffman @jakehoffmanaz, an indicted fake elector who tried to overturn the 2020 election, has been caught profiting hundreds of thousands of dollars off of candidates he recruited to run in Arizona, creating glaring conflict of interest concerns from even republican politicos.




3 · 25 · 2 · 54 · 7,423

**Organizermemes**
@OrganizerMemes · Aug 28
Hoffman also runs a campaign donation that takes 13%+ 30 cents per donation, (the standard is 4%), cost the state hundreds of thousands to conduct the fake election audit, was banned from twitter for running troll farm that paid teenagers to post fake news. He's a greedy extremist who is willing to sell out anyone, including our democracy, to enrich himself.

**10. Repost · Aug 28, 2026 · 12:22 AM UTC (continued)**

**Arizona state senator indicted in fake electors scheme and expelled state legislator are tapped for RNC positions**



1 · 6 reposts · 20 likes · 1,513 views

**Organizermemes** @OrganizerMemes · Aug 28

Hoffman has taken at least $6.6 million from Turning Point since 2017, including $2.4 million paid to his firm during the exact summer his teen troll farm was spamming election disinformation. A mystery PAC tied to Kari Lake's 2022 campaign also paid him $2.1 million that no one can trace

2 · 9 reposts · 17 likes · 1,482 views

**Organizermemes** @OrganizerMemes · Aug 28

Weeks after getting indicted as a fake elector, Arizona Republicans elected Hoffman RNC national committeeman anyway. He's now using that position to blow up the party's own neutrality rules, backing candidate so he can stack the state with people loyal to him and who line his pockets

Aug 28, 2026 · 12:22 AM UTC

1 · 6 reposts · 1 quote · 16 likes · 1,342 views

**Organizermemes** @OrganizerMemes · Aug 28

if you despise the self-enrichment that comes with modern maga as much as i do, donate to keep this guy far away from power secure.actblue.com/donate/ar...

**Donate to Arizona Democratic Legislative Campaign Committee**
Show your support with a contribution.
secure.actblue.com

1 · 5 reposts · 1 quote · 17 likes · 1,775 views

https://x.com/OrganizerMemes/status/2093132120294359058

**11. Repost · Aug 28, 2026 · 12:22 AM UTC**

teapawt

**Organizermemes**
@OrganizerMemes · Aug 28
Breaking: Far-right Arizona state senate candidate Jake Hoffman @jakehoffmanaz, an indicted fake elector who tried to overturn the 2020 election, has been caught profiting hundreds of thousands of dollars off of candidates he recruited to run in Arizona, creating glaring conflict of interest concerns from even republican politicos.

Jake Hoffman is making money off candidates he recruited

Zach Buchanan

Add Axios on Google



3 · 25 · 2 · 54 · 7,423

**Organizermemes**
@OrganizerMemes · Aug 28
Hoffman also runs a campaign donation that takes 13%+ 30 cents per donation, (the standard is 4%), cost the state hundreds of thousands to conduct the fake election audit, was banned from twitter for running troll farm that paid teenagers to post fake news. He's a greedy extremist who is willing to sell out anyone, including our democracy, to enrich himself.

Arizona state senator indicted in fake electors scheme and expelled state legislator are tapped for RNC positions



1 · 6 · 20 · 1,513

**11. Repost · Aug 28, 2026 · 12:22 AM UTC (continued)**




https://x.com/OrganizerMemes/status/2093131997728420138

**12. Repost · Aug 28, 2026 · 12:21 AM UTC**


teapawt

Organizermemes
@OrganizerMemes · Aug 28
Breaking: Far-right Arizona state senate candidate Jake Hoffman @jakehoffmanaz, an indicted fake elector who tried to overturn the 2020 election, has been caught profiting hundreds of thousands of dollars off of candidates he recruited to run in Arizona, creating glaring conflict of interest concerns from even republican politicos.



3 25 2 54 7,422

Organizermemes
@OrganizerMemes · Aug 28
Hoffman also runs a campaign donation that takes 13%+ 30 cents per donation, (the standard is 4%), cost the state hundreds of thousands to conduct the fake election audit, was banned from twitter for running troll farm that paid teenagers to post fake news. He's a greedy extremist who is willing to sell out anyone, including our democracy, to enrich himself.

**12. Repost · Aug 28, 2026 · 12:21 AM UTC (continued)**



Arizona state senator indicted in fake electors scheme and expelled state legislator are tapped for RNC positions

Aug 28, 2026 · 12:21 AM UTC

1 6 20 1,513

**Organizermemes**
@OrganizerMemes · Aug 28
Hoffman has taken at least $6.6 million from Turning Point since 2017, including $2.4 million paid to his firm during the exact summer his teen troll farm was spamming election disinformation. A mystery PAC tied to Kari Lake's 2022 campaign also paid him $2.1 million that no one can trace

2 9 17 1,482

**Organizermemes**
@OrganizerMemes · Aug 28
Weeks after getting indicted as a fake elector, Arizona Republicans elected Hoffman RNC national committeeman anyway. He's now using that position to blow up the party's own neutrality rules, backing candidate so he can stack the state with people loyal to him and who line his pockets

1 6 1 16 1,342

**Organizermemes**
@OrganizerMemes · Aug 28
if you despise the self-enrichment that comes with modern maga as much as i do, donate to keep this guy far away from power secure.actblue.com/donate/ar...

**Donate to Arizona Democratic Legislative Campaign Committee**
Show your support with a contribution.
secure.actblue.com

1 5 1 17 1,775

https://x.com/OrganizerMemes/status/2093131826227552450

## 13. Repost · Aug 28, 2026 · 12:21 AM UTC

teapawt

**Organizermemes**
@OrganizerMemes · Aug 28

Breaking: Far-right Arizona state senate candidate Jake Hoffman @jakehoffmanaz, an indicted fake elector who tried to overturn the 2020 election, has been caught profiting hundreds of thousands of dollars off of candidates he recruited to run in Arizona, creating glaring conflict of interest concerns from even republican politicos.

Jake Hoffman is making money off candidates he recruited

Zach Buchanan

Add Axios on Google



Aug 28, 2026 · 12:21 AM UTC

3 · 25 · 2 · 55 · 7,422

Relevant | Recent | Likes

**Organizermemes**
@OrganizerMemes · Aug 28

Hoffman also runs a campaign donation that takes 13%+ 30 cents per donation, (the standard is 4%), cost the state hundreds of thousands to conduct the fake election audit, was banned from twitter for running troll farm that paid teenagers to post fake news. He's a greedy extremist who is willing to sell out anyone, including our democracy, to enrich himself.

**Arizona state senator indicted in fake electors scheme and expelled state legislator are tapped for RNC positions**



**13. Repost · Aug 28, 2026 · 12:21 AM UTC (continued)**

1 · 6 · 20 · 1,513

**Organizermemes**
@OrganizerMemes · Aug 28
Hoffman has taken at least $6.6 million from Turning Point since 2017, including $2.4 million paid to his firm during the exact summer his teen troll farm was spamming election disinformation. A mystery PAC tied to Kari Lake's 2022 campaign also paid him $2.1 million that no one can trace

2 · 9 · 17 · 1,482

**Organizermemes**
@OrganizerMemes · Aug 28
Weeks after getting indicted as a fake elector, Arizona Republicans elected Hoffman RNC national committeeman anyway. He's now using that position to blow up the party's own neutrality rules, backing candidate so he can stack the state with people loyal to him and who line his pockets

1 · 6 · 1 · 16 · 1,342

**Organizermemes**
@OrganizerMemes · Aug 28
if you despise the self-enrichment that comes with modern maga as much as i do, donate to keep this guy far away from power secure.actblue.com/donate/ar...

**Donate to Arizona Democratic Legislative Campaign Committee**
Show your support with a contribution.
secure.actblue.com

1 · 5 · 1 · 17 · 1,775

**Tyler Hackner** 🟦🟦🇵🇸🇵🇸☮☮🟧🟧
@HacknerTyler · Aug 28
So gross

1 · 2 · 144

**Organizermemes**
@OrganizerMemes · Aug 28
Seriously

1 · 147

View more replies ›

**Tyler Montague**
@TylerJMontague · Aug 30
And the allegation has been made by Nick Myers that Jake encourages people to go against what CCEC says are the rules. Thus, Ralph Heap is in a deep heap o trouble. So, is this the Hoffman business model? "Hey, I'll float you for all the [illegal] early spending on signs and signatures, then you hit me back when you get your funding...and then you can be my puppet in office, and we'll go from there!"

1 · 91

https://x.com/OrganizerMemes/status/2093131816123404408

**14. Post · Jun 22, 2026 · 8:50 PM UTC**

teapawt

**Tyler Montague**
@TylerJMontague · Jun 22
My suspicion is that this is how Bowyer, et al, run their grifting operation to pull money out of the view of TP books. No proof, but this seems likely to me.

> **Kenny Hussein Jacobs**
> @kennyjacobs · Jun 21
> The newest FEC filings indicate that Turning Point PAC is using a text-message vendor, "Engaged America." It has a filing address at the same UPS store as Sen. @JakeHoffmanAZ's "1TEN LLC," the vendor contracted to perform the same services in the previous CFR filings.



Jun 22, 2026 · 8:50 PM UTC

3 · 3 · 1 · 12 · 1,720 — Relevant · Recent · Likes

**Kenny Hussein Jacobs**
@kennyjacobs · Jun 22
It's not an accident that there are two spending entities:

TURNING POINT ACTION INC.
TURNING POINT PAC INC.

With two different tax statuses but easily confusable names.

1 · 5 · 102

**Brian J. Symes**
@brianjsymes · Jun 22
Have you seen this? 😳 theleahfiles.substack.com/p/...

2 · 64

**Vlad (Not Putin or Dracula) Gagic**
@toxikVlad · Jun 23
Whats your definition of proof so that if something without any proof is still nonetheless likely?

62

https://x.com/TylerJMontague/status/2069161225284468862

**15. Reply · Jun 9, 2026 · 4:03 PM UTC**

teapawt

**Sam Stone**
@SamThePol · Jun 9
The Maricopa BOS members & staff siccing a bunch of far-left extremist attack dogs on me is hilarious. Hey, brainiacs:

1) Unlike you, my skin is not made of tissue paper. You should try growing some and see how it feels

2) Thank you! Being barked at by Soros Scuzzballs & the Spew Times is an honor for those of us who actually FIGHT on the right – at Phoenix, AZ

Made with AI




5 · 29 · 2 · 99 · 3,665

**Tyler Montague**
@TylerJMontague · Jun 9
You and Justin could have a much more peaceful existence if you just did your job in professional fashion and quit listening to election denier nut jobs at every step of the way. Free advice: Next time Jake Hoffman or some other kook calls, just ignore the call. And then you might do a good job, and then you might garner trust in your competency. It could be amazing.
Jun 9, 2026 · 4:03 PM UTC
4 · 3 · 1 · 15 · 747

Relevant · Recent · Likes

**Sam Stone**
@SamThePol · Jun 9
If my job was selling out Republicans, I'd say of lot of the same stuff you do.

So I get it
2 · 4 · 181

**Tyler Montague**
@TylerJMontague · Jun 9
Insisting on competence and basic integrity is not "selling out Republicans." Turning the party into a bunch of election chemtrail kooks sells out the party. You guys had a chance to just deliver good work without all the drama, but instead just keep throwing fuel on the fire and dragging the Republican brand through the mud. That's why we lose statewide elections with conspiracy nuts on the ticket.
2 · 15 · 150

View more replies ›

## 15. Reply · Jun 9, 2026 · 4:03 PM UTC (continued)

**Merissa Caldwell**
@MerissaCaldwell · Jun 9
1) Your premise is false.
xitter.cf/grok/status/2059044799...

2) @azjustinheap's office leads it the way Recorder Heap determines it to be led

You are projecting.

> **Grok**
> @grok · May 25
> Replying to @TylerJMontague @MerissaCaldwell @djquinlan @BossYourGovt
> **No.**
>
> MerissaCaldwell has repeatedly stated (including in this thread) that she does **not** claim widespread fraud. She argues there is widespread maladministration in election processes—citing court rulings, audits, signature verification data, deceased voter reviews, and an actual voter fraud indictment her work helped secure—and she promotes the Elwatchdogs Election Model Law handbook to improve compliance and procedures.
>
> Her public posts and site focus on data-driven election integrity reforms and specific procedural issues rather than conspiracy claims of coordinated mass fraud.

1 · 182

**Tyler Montague**
@TylerJMontague · Jun 9
I pretty much have it dialed in. Justin got into office by making his bed with the conspiracy nuts. He is extra weaselly because he never explicitly says it himself: he just dog whistles it all day to the nutters, and refuses to affirm the validity of past elections, and endorses conspiracy nuts like Kari Lake in their elections, and they endorse him. So now he's obligated to keep them happy, and so that's why he engages in a rolling series of crazy/incompetent acts. He will constantly move the goalposts and shift blame around because that's what he does every time he hears from another conspiracy crank in order to pacify them..

1 · 4 · 111

View more replies

**Jason Steiner**
@ernunnos · Jun 9
You know, that's exactly what the founders of this nation desired above all: peaceful existence. One hand washes the other. Just smile a corrupt, cringey little smile & go along to get along. That was them all over.

19

**Lasagna in Phoenix**
@420Farming · Jun 9
Sorry Tyler I agree with your comments however I don't think they will ever be accountable or professional.

Heap was elected because of trumps incessant lies about elections. MAGA needs to chaos so we ignore their inability to govern.

At least we won the war 37 times.

4 · 45

https://x.com/TylerJMontague/status/2064377941824573849

**16. Post · Feb 18, 2026 · 4:44 AM UTC**

teapawt

**Tyler Montague**
@TylerJMontague · Feb 18

Hmm...Jake Hoffman hates Schweikert...that's a good resume item for Schweikert. Gonna have to give Schweikert a second look. He might be a decent candidate.

> **Jake Hoffman**
> @JakeHoffmanAZ · 1 Oct 2025
>
> 🚨 NEVER FORGET: Schweikert joined Democrats to pass a 'National Vaccine Registry' bill in 2021
>
> Even Doug Ducey came out 7+ months prior to Schweikert's vote & refused to do a vaccine registry
>
> Now he thinks he should be AZ Governor?!
>
> HELL NO!
>
> Schweikert is WRONG for Arizona!




Feb 18, 2026 · 4:44 AM UTC

3 · 1 · 7 · 621

Relevant · Recent · Likes

**16. Post · Feb 18, 2026 · 4:44 AM UTC (continued)**



Kento
@kentoblanco · Feb 19
Dude, the bigger elephant in the room or in the post you opined on is that Schwiekert want to pass a nation vaccine registry.
1 2

Geoff
@geoffPF2e · Feb 18
Hoffman hates anyone that steps out of line or who he can't control. It's why Supervisor Stewart is stepping back into line after signing the petition for Heap to answer in front of the MCBoS under oath. Hoffman is none to pleased and Stewart is trying to walk it back.
1 18

azdirtypolitics
@azdirtypolitics · Feb 19
You allow your hate to dictate who to vote for, while putting the logical thinking of which candidate will stand up for AZ in the forefront.
12

https://x.com/TylerJMontague/status/2023981824436039936

**17. Reply · Nov 19, 2025 · 7:59 AM UTC**

teapawt

**Barry Markson**
@BarryMarkson1 · 18 Nov 2025
Kari Lake's lawyer, Bryan Blehm calling out Tyler Bowyer and Turning Point for alleged financial irregularities and attacks on fellow Republicans. There are a lot of questions surrounding Turning Point including that Charlie Kirk apparently sent a memo calling for a DOGE type audit, and then after his murder, Tyler and other TP leaders cancelled it, allegedly. Allegations that Turning Point funnels money between multiple organizations and then its leaders collect millions of dollars, but you can't tell unless you look at everything. Watch video below for the investigation into TP.

> **Bryan James Blehm**
> @BlehmLawAZ · 18 Nov 2025
> Very interesting questions about TPUSA, which has done nothing but attack some of Arizona's best Republicans in an effort to take over the Republican' Political Party organizations. Does Tyler Boyer need to answer some questions? It appears that Charlie Kirk was dissatisfied before his death.
> youtu.be/tBaC2c-s2Pk?si=B7Tp...




**BOMBSHELL: Did Turning Point USA Commit FRAUD? (Allegedly)**
Since the murder of Charlie Kirk, there has been growing concern ov...
youtube.com

5 24 2 68 9,940

**Tyler Montague**
@TylerJMontague · 19 Nov 2025
I'm guessing-and it's just a guess-that they publicize things like last cycle's supposed door-knocking campaign in which they were going to spend tens of millions of dollars to create scenarios in which they can skim millions for themselves. The millions to Hoffman? Skim, skim
Nov 19, 2025 · 7:59 AM UTC

4 121

https://x.com/TylerJMontague/status/1991053810970878352

**18. Repost · Nov 18, 2025 · 11:32 PM UTC**

teapawt

**Barry Markson**
@BarryMarkson1 · 18 Nov 2025
Hey Tyler Bowyer and Jake Hoffman, is admitted and convicted election fraud criminal Austin Smith employed by Turning Point? I mean, after spouting all the conspiracy theories about election fraud and demanding accountability, I think we're all wondering why you employ a convicted and admitted election fraud convict.

> **Robbie Sherwood**
> @RobbieSherwood · 18 Nov 2025
> Austin Smith resigned from Turning Point when the scandal broke, but was quietly rehired in January as a "strategic director," according to this story. I think we have a pretty good idea of what he considers strategy.

Nov 18, 2025 · 11:32 PM UTC
5 22 1 99 6,724 Relevant Recent Likes

**TucsonTales**
@TalesTucson · 19 Nov 2025
TBF, Jake has multiple felony indictments. Whether or not the fraudulent electors managed to get that case tossed, the video of Jake committing fraudulent acts is still online.

Turning Point is full of criminal activity.
6 97

**Kenny Hussein Jacobs🌻**
@kennyjacobs · 19 Nov 2025
Barry, the question is what role did @azaustinsmith have in the petition gathering for the Mesa City Council recall election? And then, what role did he have in setting up walk lists and canvassing targets?
5 199

**18. Repost · Nov 18, 2025 · 11:32 PM UTC (continued)**

**Lasagna in Phoenix**
@420Farming · 19 Nov 2025
The video explains it. They needed him shifted to the place where they were sending the $8.6.

youtu.be/tBaC2c-s2Pk?si=p7a2...




**BOMBSHELL: Did Turning Point USA Commit FRAUD? (Allegedly)**
Since the murder of Charlie Kirk, there has been growing concern ov...
youtube.com

1 1 200

**Dirty Marsh**
@dirtyrndymarsh · 19 Nov 2025
Seems like he fits right in.

85

Load more replies

https://x.com/BarryMarkson1/status/1990926194825474327

**19. Repost · Nov 18, 2025 · 2:20 AM UTC**

teapawt

**Josh '𝕿𝖍𝖊 𝕹𝖔𝖙𝖔𝖗𝖎𝖔𝖚𝖘 𝕵𝕻𝕲' Gray**
@NotoriousAZJPG · 18 Nov 2025

Hey @tylerbowyer, @JakeHoffmanAZ no comment on your Turning Point colleague pleading guilty to election fraud charges today? 🤔🧐




Nov 18, 2025 · 2:20 AM UTC

12 · 38 · 2 · 145 · 3,616

Relevant | Recent | Likes

**𝕮ollege 𝕽epublicans 𝖀nited**
@National_RU · 18 Nov 2025

There needs to be a financial audit on turning point. Would not be surprised if the books are cooked.

7 · 129

**Dirty_Deeds**
@dirty_deeds_AZ · 18 Nov 2025

What about this one? xitter.cf/RickyDoggin/status/199...

1 · 28

**Still Masking**
@AzWebbery · 18 Nov 2025

That hat! 🤣

All hat & no cattle

10 · 155

**19. Repost · Nov 18, 2025 · 2:20 AM UTC (continued)**

**Lasagna in Phoenix**
@420Farming · 18 Nov 2025
Seems shady over there.

xitter.cf/SwordTruth/status/1990...

1 · 7 · 379

**AMF**
@AMF_Arizona · 18 Nov 2025
They are disturbingly quiet over actual election fraud when it's their boy. 🙄 How does anyone take them seriously?

6 · 69

**...Myke**
@zyxnix · 18 Nov 2025
TPUSA is nothing but a bunch of grifters. Political entrepreneurs banking extremist rhetoric into political donations that get funneled into their pockets.

4 · 90

**Gabriel Martinez**
@gabrielmartinez · 18 Nov 2025
HEY NOW! Consequences are good.

3 · 134

**JCapp**
@john_capriotti · 18 Nov 2025
I saw his mug shot without the hat. Dude has an 8 head. I'd have that hat surgically attached if I looked like him without it.

2 · 65

**OnyLiberalinMyFamily**
@EskimoPie65 · 18 Nov 2025
What?!!

2 · 153

**George A Easton**
@appraiserdude · 18 Nov 2025
Who is this guy?

1 · 126

**Bill Arnold**
@TheProphetBill · 18 Nov 2025
Welcome back.

1 · 120

https://x.com/NotoriousAZJPG/status/1990605879927017786

## 20. Reply · Nov 1, 2025 · 5:56 AM UTC

teapawt

**Merissa Caldwell** 🗳️🪧🏛️🔥
@MerissaCaldwell · 30 Oct 2025
If you are an Arizona Patriot, pray for and do everything in your power to protect @tylerbowyer @JakeHoffmanAZ and the @tpaction @TPUSA leadership and staff🙏

They are under constant attack in Arizona. I have seen it first hand.

Reject the ghouls doing these attacks. Arizona would be a complete totalitarian state if it wasn't for them.

No one should have to go through what they are being put through.

> **Tyler Bowyer**
> @tylerbowyer · 30 Oct 2025
> This timeline of being targeted 1st by the J6 committee, then by Biden DOJ Arctic Frost, then our State AG, THEN to have my friend/business partner murdered & now all of the sudden targeted by multiple foreign interests & completely inauthentic conspiracy theories
>
> Here we are.

33 · 100 · 3 · 305 · 8,088

**Tyler Montague**
@TylerJMontague · 31 Oct 2025
Maybe they shouldn't try to steal elections as part of really stupid plots.

1 · 5 · 114

**Merissa Caldwell** 🗳️🪧🏛️🔥
@MerissaCaldwell · 31 Oct 2025
They never did and it's defamation to claim so

Being an alternate elector is a legitimate practice backed by historical precedence

2 · 5 · 107

**Tyler Montague**
@TylerJMontague · 31 Oct 2025
Except when you perjure yourself (they did NOT specify they were alternates as was done in other states) AND it's part of John Eastman's scheme to set aside the real election results. Please.

3 · 2 · 106

**🌵 Arizona Partisan - DR ice 🌵🇺🇸**
@ArizonaPartisan · 31 Oct 2025
FFS are you this stupid?

Do they need to raise their hand and say the pledge of being an alternate?

The electors accepted by Congress are the real ones. Everyone else was an alternate, in case one of the many court cases and recounting changed the outcome, in which case the alternates would have stepped in to do the job they were there to do, which was to be an alternate, in case you missed it.

1 · 1 · 44

**Tyler Montague**
@TylerJMontague · 31 Oct 2025
They made a conscious decision NOT to declare themselves as alternates. They were part of a plot to potentially set aside the election results. I can't be gaslighted.

2 · 1 · 1 · 2,152

**🌵 Arizona Partisan - DR ice 🌵🇺🇸**
@ArizonaPartisan · 31 Oct 2025

**20. Reply · Nov 1, 2025 · 5:56 AM UTC (continued)**

No, you do the gaslighting.
Were they accepted as the electors?
Who was?
Had the courts or counts ruled that AZ went for Trump would they have been needed as the electors?

It does not matter what you think they did.
The reality is they were alternates.
I'm sure they are terribly sorry that they did not use the exact words that you wanted used.




1 · 2 · 56

**Tyler Montague**
@TylerJMontague · 1 Nov 2025
Baloney. Several of them were actively involved in trying to get people like Rusty Bowers too not certify the election. They were part of a plot to overthrow an American election. No amount of gaslighting or wishful thinking on your part will change that truth.
Nov 1, 2025 · 5:56 AM UTC
1 · 19

Relevant | Recent | Likes

**🌵 Arizona Partisan - DR ice 🌵🇺🇸**
@ArizonaPartisan · 1 Nov 2025
You are the one gaslighting.
They were alternates. Does not matter what you think they "tried". The fact is "Arizona went for Biden" 🤣.
As a result, the electors pledged to Biden were used.

You people are still hyperventilating over your alternate electoral fears?
Almost 5 years later?
This is the funniest part. Derangement doesn't just apply to TDS, I suppose. 🤷

21

https://x.com/TylerJMontague/status/1984499845022040068

## 21. Reply · Oct 31, 2025 · 8:10 PM UTC

teapawt

**Merissa Caldwell** 🚔🍺🦠🔥
@MerissaCaldwell · 30 Oct 2025
If you are an Arizona Patriot, pray for and do everything in your power to protect @tylerbowyer @JakeHoffmanAZ and the @tpaction @TPUSA leadership and staff🙏

They are under constant attack in Arizona. I have seen it first hand.

Reject the ghouls doing these attacks. Arizona would be a complete totalitarian state if it wasn't for them.

No one should have to go through what they are being put through.

> **Tyler Bowyer**
> @tylerbowyer · 30 Oct 2025
> This timeline of being targeted 1st by the J6 committee, then by Biden DOJ Arctic Frost, then our State AG, THEN to have my friend/business partner murdered & now all of the sudden targeted by multiple foreign interests & completely inauthentic conspiracy theories
>
> Here we are.

33 · 100 · 3 · 305 · 8,088

**Tyler Montague**
@TylerJMontague · 31 Oct 2025
Maybe they shouldn't try to steal elections as part of really stupid plots.

1 · 5 · 114

**Merissa Caldwell** 🚔🍺🦠🔥
@MerissaCaldwell · 31 Oct 2025
They never did and it's defamation to claim so

Being an alternate elector is a legitimate practice backed by historical precedence

2 · 5 · 107

**Tyler Montague**
@TylerJMontague · 31 Oct 2025
Except when you perjure yourself (they did NOT specify they were alternates as was done in other states) AND it's part of John Eastman's scheme to set aside the real election results. Please.

3 · 2 · 106

**🌵 Arizona Partisan - DR ice 🌵🇺🇸**
@ArizonaPartisan · 31 Oct 2025
FFS are you this stupid?

Do they need to raise their hand and say the pledge of being an alternate?

The electors accepted by Congress are the real ones. Everyone else was an alternate, in case one of the many court cases and recounting changed the outcome, in which case the alternates would have stepped in to do the job they were there to do, which was to be an alternate, in case you missed it.

1 · 1 · 44

**Tyler Montague**
@TylerJMontague · 31 Oct 2025
They made a conscious decision NOT to declare themselves as alternates. They were part of a plot to potentially set aside the election results. I can't be gaslighted.

Oct 31, 2025 · 8:10 PM UTC

2 · 1 · 1 · 2,152

Relevant | Recent | Likes

**21. Reply · Oct 31, 2025 · 8:10 PM UTC (continued)**

🌵 **Arizona Partisan - DR ice** 🌵🇺🇸
@ArizonaPartisan · 31 Oct 2025
No, you do the gaslighting.
Were they accepted as the electors?
Who was?
Had the courts or counts ruled that AZ went for Trump would they have been needed as the electors?

It does not matter what you think they did.
The reality is they were alternates.
I'm sure they are terribly sorry that they did not use the exact words that you wanted used.




1 · 2 · 56

**Tyler Montague**
@TylerJMontague · 1 Nov 2025
Baloney. Several of them were actively involved in trying to get people like Rusty Bowers too not certify the election. They were part of a plot to overthrow an American election. No amount of gaslighting or wishful thinking on your part will change that truth.

1 · 19

View more replies ›

🇺🇸**Jules**🇺🇸
@julieblue917 · 31 Oct 2025
FALSE!

You say you can't be gaslighted, but apparently you have no problem doing the gaslighting, right? Fuckin lying asshole.

2 · 24

https://x.com/TylerJMontague/status/1984352233719574561

## 22. Reply · Oct 31, 2025 · 6:50 PM UTC

teapawt

**Merissa Caldwell**
@MerissaCaldwell · 30 Oct 2025
If you are an Arizona Patriot, pray for and do everything in your power to protect @tylerbowyer @JakeHoffmanAZ and the @tpaction @TPUSA leadership and staff🙏

They are under constant attack in Arizona. I have seen it first hand.

Reject the ghouls doing these attacks. Arizona would be a complete totalitarian state if it wasn't for them.

No one should have to go through what they are being put through.

> **Tyler Bowyer**
> @tylerbowyer · 30 Oct 2025
> This timeline of being targeted 1st by the J6 committee, then by Biden DOJ Arctic Frost, then our State AG, THEN to have my friend/business partner murdered & now all of the sudden targeted by multiple foreign interests & completely inauthentic conspiracy theories
>
> Here we are.

33 100 3 305 8,088

**Tyler Montague**
@TylerJMontague · 31 Oct 2025
Maybe they shouldn't try to steal elections as part of really stupid plots.

1 5 114

**Merissa Caldwell**
@MerissaCaldwell · 31 Oct 2025
They never did and it's defamation to claim so

Being an alternate elector is a legitimate practice backed by historical precedence

2 5 107

**Tyler Montague**
@TylerJMontague · 31 Oct 2025
Except when you perjure yourself (they did NOT specify they were alternates as was done in other states) AND it's part of John Eastman's scheme to set aside the real election results. Please.

3 2 106

**Merissa Caldwell**
@MerissaCaldwell · 31 Oct 2025
They absolutely specified that over and over again

You are also defaming John Eastman. He just wanted an honest review done. There's nothing more American than that!

You guys are a bunch of ghouls falsely accusing these people and fabricating things that didn't happen.

Total Stasi stuff!

**22. Reply · Oct 31, 2025 · 6:50 PM UTC (continued)**



1 3 82

**Tyler Montague**
@TylerJMontague · 31 Oct 2025
Puhleeeease! The J6 Commission did a great job of laying out all the evidence.
2 2 97

**Merissa Caldwell**
@MerissaCaldwell · 31 Oct 2025
That was the most Stasi, propaganda Committee in US history and everything has been debunked

I would accuse you of the tin foil hat, but now we know the whole thing was a fascist program led by the Biden regime

And you are a participant in continuing your support of commie fascism.

But based on your friends, and what we saw happen last year, it's clear to me you were all in on it too.

And it's not a stretch to assume the persecution of @RecordersOffice @azjustinheap is also part of it as it's all the same tactics.

Total ghouls! All of you!

Absolutely unAmerican POS💩

This is truly political violence of the worse kind!
9 4 17 2,960

**Tyler Montague**
@TylerJMontague · 31 Oct 2025
Only total nut jobs think what you are saying
Oct 31, 2025 · 6:50 PM UTC
2 1 65
Relevant Recent Likes

**Merissa Caldwell**
@MerissaCaldwell · 31 Oct 2025
LMAO

It was clearly all timed and coordinated

None of this is coincidence

You are who the Founders warned us about!
3 33

**TruthmakesplaceforLove**
@lephantnthcornr · 31 Oct 2025
not
3

https://x.com/TylerJMontague/status/1984332206186299844

## 23. Reply · Oct 31, 2025 · 6:36 PM UTC

teapawt

**Merisa Caldwell** 📥🍺🌎🔥
@MerissaCaldwell · 30 Oct 2025
If you are an Arizona Patriot, pray for and do everything in your power to protect @tylerbowyer @JakeHoffmanAZ and the @tpaction @TPUSA leadership and staff🙏

They are under constant attack in Arizona. I have seen it first hand.

Reject the ghouls doing these attacks. Arizona would be a complete totalitarian state if it wasn't for them.

No one should have to go through what they are being put through.

> **Tyler Bowyer**
> @tylerbowyer · 30 Oct 2025
> This timeline of being targeted 1st by the J6 committee, then by Biden DOJ Arctic Frost, then our State AG, THEN to have my friend/business partner murdered & now all of the sudden targeted by multiple foreign interests & completely inauthentic conspiracy theories
>
> Here we are.

33 · 100 · 3 · 305 · 8,088

**Tyler Montague**
@TylerJMontague · 31 Oct 2025
Maybe they shouldn't try to steal elections as part of really stupid plots.

1 · 5 · 114

**Merissa Caldwell** 📥🍺🌎🔥
@MerissaCaldwell · 31 Oct 2025
They never did and it's defamation to claim so

Being an alternate elector is a legitimate practice backed by historical precedence

2 · 5 · 107

**Tyler Montague**
@TylerJMontague · 31 Oct 2025
Except when you perjure yourself (they did NOT specify they were alternates as was done in other states) AND it's part of John Eastman's scheme to set aside the real election results. Please.

3 · 2 · 106

**Merissa Caldwell** 📥🍺🌎🔥
@MerissaCaldwell · 31 Oct 2025
They absolutely specified that over and over again

You are also defaming John Eastman. He just wanted an honest review done. There's nothing more American than that!

You guys are a bunch of ghouls falsely accusing these people and fabricating things that didn't happen.

Total Stasi stuff!

1 · 3 · 82

**Tyler Montague**
@TylerJMontague · 31 Oct 2025
Puhleeeease! The J6 Commission did a great job of laying out all the evidence.
Oct 31, 2025 · 6:36 PM UTC

2 · 2 · 97

Relevant | Recent | Likes

## 23. Reply · Oct 31, 2025 · 6:36 PM UTC (continued)

**Merissa Caldwell** 🛋️🎰🔥
@MerissaCaldwell · 31 Oct 2025
That was the most Stasi, propaganda Committee in US history and everything has been debunked

I would accuse you of the tin foil hat, but now we know the whole thing was a fascist program led by the Biden regime

And you are a participant in continuing your support of commie fascism.

But based on your friends, and what we saw happen last year, it's clear to me you were all in on it too.

And it's not a stretch to assume the persecution of @RecordersOffice @azjustinheap is also part of it as it's all the same tactics.

Total ghouls! All of you!

Absolutely unAmerican POS💩

This is truly political violence of the worse kind!

9 4 17 2,960

**Tyler Montague**
@TylerJMontague · 31 Oct 2025
Only total nut jobs think what you are saying

2 1 65

View more replies >

**scott aussem**
@scottaussem1 · 31 Oct 2025
Only if you ve been brainwashed by the MSM it was a party led persecution if trump by the rabid ha
Texfilled democrats led by nancy pelosi she hid exculpatory evidence
Example- the girl who testified trump reached into the front of limo to grab steering wheel and choke aSS agent and threw a plate of spaghetti con the wall was all 3rd ha
Nd info.
First hand testemonybySSagents contradicted the stories
WH staff contradicted the spagetti incident
Pelosi hid the first hand exculpa
Tory evidence.
Adam shift ha
Scyet to show his absolutely irrefutable evidence of russia
Colludion it was all lies made up byvthe democrats to take trump down
N their hatred continues to this day.

6

https://x.com/TylerJMontague/status/1984328569112445258

## 24. Reply · Oct 31, 2025 · 6:21 PM UTC

teapawt

**Merissa Caldwell** 🧁🍺🗽🔥
@MerissaCaldwell · 30 Oct 2025
If you are an Arizona Patriot, pray for and do everything in your power to protect @tylerbowyer @JakeHoffmanAZ and the @tpaction @TPUSA leadership and staff🙏

They are under constant attack in Arizona. I have seen it first hand.

Reject the ghouls doing these attacks. Arizona would be a complete totalitarian state if it wasn't for them.

No one should have to go through what they are being put through.

> **Tyler Bowyer**
> @tylerbowyer · 30 Oct 2025
> This timeline of being targeted 1st by the J6 committee, then by Biden DOJ Arctic Frost, then our State AG, THEN to have my friend/business partner murdered & now all of the sudden targeted by multiple foreign interests & completely inauthentic conspiracy theories
>
> Here we are.

33 · 100 · 3 · 305 · 8,088

**Tyler Montague**
@TylerJMontague · 31 Oct 2025
Maybe they shouldn't try to steal elections as part of really stupid plots.

1 · 5 · 114

**Merissa Caldwell** 🧁🍺🗽🔥
@MerissaCaldwell · 31 Oct 2025
They never did and it's defamation to claim so

Being an alternate elector is a legitimate practice backed by historical precedence

2 · 5 · 107

**Tyler Montague**
@TylerJMontague · 31 Oct 2025
Except when you perjure yourself (they did NOT specify they were alternates as was done in other states) AND it's part of John Eastman's scheme to set aside the real election results. Please.
Oct 31, 2025 · 6:21 PM UTC

3 · 2 · 106 Relevant Recent Likes

**Merissa Caldwell** 🧁🍺🗽🔥
@MerissaCaldwell · 31 Oct 2025
They absolutely specified that over and over again

You are also defaming John Eastman. He just wanted an honest review done. There's nothing more American than that!

You guys are a bunch of ghouls falsely accusing these people and fabricating things that didn't happen.

Total Stasi stuff!

1 · 3 · 82

**Tyler Montague**
@TylerJMontague · 31 Oct 2025
Puhleeeease! The J6 Commission did a great job of laying out all the evidence.

2 · 2 · 97

View more replies ›