## 24. Reply · Oct 31, 2025 · 6:21 PM UTC (continued)

**🌵 Arizona Partisan - DR ice 🌵🇺🇸**
@ArizonaPartisan · 31 Oct 2025
FFS are you this stupid?

Do they need to raise their hand and say the pledge of being an alternate?

The electors accepted by Congress are the real ones. Everyone else was an alternate, in case one of the many court cases and recounting changed the outcome, in which case the alternates would have stepped in to do the job they were there to do, which was to be an alternate, in case you missed it.

1 · 1 · 44

**Tyler Montague**
@TylerJMontague · 31 Oct 2025
They made a conscious decision NOT to declare themselves as alternates. They were part of a plot to potentially set aside the election results. I can't be gaslighted.

2 · 1 · 1 · 2,152

View more replies ›

**Jason Angel**
@JasonAngel1775 · 1 Nov 2025
Lmao gfy you fat lying pos

> **Merissa Caldwell**
> @MerissaCaldwell · 31 Oct 2025
> You are a Stasi fascist liar @TylerJMontague😕😕😕😕😕
>
> They explicitly identified themselves as an alternate set of electors as "two sets of electors" with the same exact scenario as what occurred in Hawaii -- clearly identifying they were relying on the judicial system to settle the dispute
>
> I'll take this as your confirmation that you and your friends, including everything currently happening at the behest of Lord Farquaad Galvin and Swampboda and the puppet and fantasy fiction writer and their ilk, are all just tentacles from the same Arctic Frost branch -- and your intent is to triple down
>
> GAME ON!!!!


REPUBLICAN PARTY OF ARIZONA

ARIZONA REPUBLICAN PRESIDENTIAL ELECTORS CONVENE TO CAST VOTES FOR PRESIDENT TRUMP, VICE PRESIDENT PENCE

PAGE 1

REPUBLICAN PARTY OF ARIZONA

PAGE 2

3

https://x.com/TylerJMontague/status/1984324936337670608

**25. Reply · Oct 31, 2025 · 4:39 PM UTC**

teapawt

**Merissa Caldwell** 
@MerissaCaldwell · 30 Oct 2025
If you are an Arizona Patriot, pray for and do everything in your power to protect @tylerbowyer @JakeHoffmanAZ and the @tpaction @TPUSA leadership and staff🙏

They are under constant attack in Arizona. I have seen it first hand.

Reject the ghouls doing these attacks. Arizona would be a complete totalitarian state if it wasn't for them.

No one should have to go through what they are being put through.

> **Tyler Bowyer**
> @tylerbowyer · 30 Oct 2025
> This timeline of being targeted 1st by the J6 committee, then by Biden DOJ Arctic Frost, then our State AG, THEN to have my friend/business partner murdered & now all of the sudden targeted by multiple foreign interests & completely inauthentic conspiracy theories
>
> Here we are.

33 100 3 305 8,088

**Tyler Montague**
@TylerJMontague · 31 Oct 2025
Maybe they shouldn't try to steal elections as part of really stupid plots.
Oct 31, 2025 · 4:39 PM UTC
1 5 114

Relevant Recent Likes

**Merissa Caldwell**
@MerissaCaldwell · 31 Oct 2025
They never did and it's defamation to claim so

Being an alternate elector is a legitimate practice backed by historical precedence
2 5 107

**Tyler Montague**
@TylerJMontague · 31 Oct 2025
Except when you perjure yourself (they did NOT specify they were alternates as was done in other states) AND it's part of John Eastman's scheme to set aside the real election results. Please.
3 2 106

View more replies ›

https://x.com/TylerJMontague/status/1984299145696248179

## 26. Repost · Aug 1, 2025 · 9:27 PM UTC

teapawt

**Barry Markson**
@BarryMarkson1 · 1 Aug 2025

Little Jake Hoffman is upset because Karrin Taylor Robson sat down for an interview with Mark Curtis on 12News. Here's the thing...Andy Biggs won't sit for an interview with Curtis or any local newsperson. Biggs is only interviewed by friendly people in the MAGA-verse who won't ask him real questions. Same with little Jake. Mark Curtis invited Jake on to talk about ESA school vouchers. Little Jake ignored him because MAGA TPUSA indicted fake elector Jake doesn't like to answer questions. We need smart people to run the state, and that means people who aren't afraid to answer tough questions about their positions and prior votes. Andy and little Jakey are too scared for that.

**Jake Hoffman**
@JakeHoffmanAZ · 31 Jul 2025

Leftist local NBC anchor @MCurtis12News did an in-studio campaign commercial for Lobbyist Karrin Taylor Robson

Promotional video intro.

Zero tough questions.

Zero follow-ups to her rehearsed talking points.

The Leftist fake news is scrambling to try and help Lobbyist KTR.




Aug 1, 2025 · 9:27 PM UTC

15 13 2 74 3,925 Relevant Recent Likes

**Tyler Montague**
@TylerJMontague · 4 Aug 2025
@BarryMarkson1



**26. Repost · Aug 1, 2025 · 9:27 PM UTC (continued)**



39

**Rodd McLeod**
@roddmcleod · 2 Aug 2025
I love also how they manufacture the dumbest-ever arguments in his favor (never lost a race, though he has only run in super safe R seats).
5 87

**Truth Sets You Free**
@idjotint · 2 Aug 2025
If I were to line you, Mark Curtis, and at @brahmresnik up together, I'm not sure who I would put further left. You're all garbage as far as I'm concerned. And I'm certain that Robson would be in between you all.
1 1 52

**TucsonTales**
@TalesTucson · 2 Aug 2025
As with most MAGAts, Biggs is a coward, and only acts brave in controlled situations.

Oh, and he's an insurrectionist. LOCK HIM UP!!
4 84

**Bill Arnold**
@TheProphetBill · 2 Aug 2025
Republicans need to sit down with folks like Mark Curtis. If they won't then they can't criticize Hobbs when she starts ducking debates.
1 4 1,313

**Alan White**
@Nomoretweedles · 2 Aug 2025
There are others of us in this and come Aug 26 both Biggs and KTR will be afterthoughts.
Real ideas will rule the day.
Mark can interview me anytime.
The winner will come from outside the inside of the AZGOP
68

**10K Productions**
@10K_Productions · 3 Aug 2025
You know I tried real hard to point out Jake's extreme views, lying and manipulation when he ran for QC town council. People were deluded. Look into how that even came to be. It's questionable as to whether or not he lived in town limits long enough to even run...
1 16

**Crypto neighbor**
@CryptoN8bor · 2 Aug 2025
Barry, did you touch grass today? Have you ever felt the touch of someone else loving you?
28

**Kyle Richards s10 Bun Swing**
@abundantlyniche · 7 Aug 2025
@KTaylorRobson

https://x.com/BarryMarkson1/status/1951394476431384965

**27. Repost · Jun 28, 2025 · 11:34 PM UTC**

teapawt

**Barry Markson**
@BarryMarkson1 · 28 Jun 2025
Translation: Maricopa County is incredibly well run. They lower taxes and balance the budget every year while offering raises to staff and creating a great place to live. The county Board of Supervisors is 4/5 Republican. So why doesn't TPUSA like our county? Because its leadership doesn't use TPUSA vendors which enrich its leadership and the county doesn't succumb to the crazy that makes guys like Tyler and Charlie and Jake Hoffman money. It really isn't that complicated.

> **Tyler Bowyer**
> @tylerbowyer · 28 Jun 2025
> If Maricopa County is not broken up it will ultimately destroy the State of Arizona
>
> It is impossible for government to be close to the people with counties larger than what most states should be, influenced and controlled by lobbyists from big progressive cities.

Jun 28, 2025 · 11:34 PM UTC

12 · 23 · 2 · 161 · 8,094

Relevant | Recent | Likes

**Jeannette Garcia**
@Jnet_margarita · 29 Jun 2025
Barry doesn't even know the difference between Turning Point USA and Turning Point Action — and then tries to have an opinion. 🤣

Also - Tyler's right. Maricopa County is YUGE, let's break it up.

5 · 8 · 526

**Barry Markson**
@BarryMarkson1 · 29 Jun 2025
Yeah, because that distinction without a difference is the point, Jeannette. Get to the store before you run out of KoolAid.

2 · 1 · 11 · 12,281

**Tyler Montague**
@TylerJMontague · 30 Jun 2025
100% true. Grift USA is a garbage organization

3 · 69

**Kole Sousa**
@KoleSousa · 29 Jun 2025
Cool story, but bragging about how "efficient" Maricopa County is while it governs 4.5 million people is like saying the DMV has great Yelp reviews.

The county is too big, too bloated, and too disconnected from the people it's supposed to serve. Local government is supposed to be local—not a regional empire run by bureaucrats 40 miles away.

**27. Repost · Jun 28, 2025 · 11:34 PM UTC (continued)**

It's not about TPUSA vendors or partisan drama. It's about the fact that no government this massive can ever be truly accountable or responsive to its communities.

Time to break it up. Maricopa isn't a county—it's a kingdom.

2 · 171

**Dr. Moreau**
@brokeblokee · 29 Jun 2025
Maricopa County is more corrupt than the Ukrainian government. Those "republicans" are just as filthy as the democrats.. They need to clean house and start all over.

I'm embarrassed to call this place home.

1 · 3 · 133

**Bret**
@alohabret · 29 Jun 2025
Tyler is 100% correct.

1 · 2 · 229

**Bill Arnold**
@TheProphetBill · 29 Jun 2025
It appears to be exclusively "small government" folks pushing for the breakup of Maricopa County. Which doesn't make sense to me. Breaking up Maricopa County creates several redundant governments. TPUSA is exceptional at youth voter turnout. Stay in that lane.

2 · 146

**TrumpismIsFascism**
@TrumpismFascism · 29 Jun 2025
Another day another chance to whip up anger and rage, the currency that lines their pocketbooks.

1 · 102

**Julie Sater**
@Satsun1974 · 30 Jun 2025
Thank you!

38

**Gabriel Martinez**
@gabrielmartinez · 30 Jun 2025
That guy blocked everyone that would prove him wrong. It's like he hates when we bring up he was a fake elector and should face consequences.
azcentral.com/picture-galler... Arizona fake electors case: See who was charged in election fraud

41

Load more replies

https://x.com/BarryMarkson1/status/1939105070739767467

**28. Reply · Jun 27, 2025 · 5:15 AM UTC**

teapawt

**Barry Markson**
@BarryMarkson1 · 26 Jun 2025
Notice how little Jake Hoffman, the indicted alleged fake elector, didn't say Rep Stanton lied or say anything inaccurate. All Jake does is juvenile attacks. Stanton told the truth about Kari Lake. She's an adjudicated liar. Jake's upset because his attempts to derail the state budget is failing and the budget with nothing he wants will pass shortly. Pathetic.

> **Jake Hoffman**
> @JakeHoffmanAZ · 26 Jun 2025
> What a douche bag @gregstantonaz is...
>
> The guy can't even speak in public without reading off a script
>
> His cadence is like a high school debate kid desperately trying to seem authentic while reading someone else's words
>
> Greg Stanton is a loser and a poser, plain and simple

11 13 110 3,970

**Tyler Montague**
@TylerJMontague · 27 Jun 2025
Jake Hoffman has achieved something amazing: Of all the broken, sleazy, nutty, malicious politicians in Arizona's history, and all the nutjobbery here, Hoffman is the worst ever. Incredible. You get the Ev Mecham Award...which will change names to the "Hoffman WOAT Award."
Jun 27, 2025 · 5:15 AM UTC

4 97

https://x.com/TylerJMontague/status/1938466242387710398

**29. Reply · Jun 24, 2025 · 4:48 AM UTC**

teapawt

**Barry Markson**
@BarryMarkson1 · 23 Jun 2025
BREAKING: TPUSA and little Jake Hoffman strike again. The AZ Senate passed a conservative budget last week after negotiations with Gov Hobbs. The House refused to participate in negotiations. They wouldn't meet with the senate or the governor for months. Instead, the House passed a ridiculous MAGA only budget (Dems didn't even show up to vote) that would never be signed, and refused to work with the Republican Senate. The budget must be approved by June 30th or the state shuts down.

The Senate bill passed on Thursday and I'm told by several people that it would have overwhelmingly passed the House. But House Speaker Steve Montenegro shut down the House until Monday TO AVOID A VOTE. Now, the House plans to pass a "skinny budget" that Gov Hobbs said she will veto and she should.

Why is this happening? Because little Jake Hoffman got his feelings hurt. Jake has no influence in the Senate, and all of his amendments were voted down BY THE REPUBLICANS. Jake is a loser and a joke, and his colleagues know it. But Montenegro thinks Jake controls MAGA House freshmen & has enough votes to vacate the speaker and throw him out, so now Arizona's budget is held up by little Jake Hoffman. We know who to blame if the state shuts down next week. Jake Hoffman and TPUSA. They don't care about Arizona or Republicans. They only care about making money for themselves.

25 34 2 169 8,483

**Tyler Montague**
@TylerJMontague · 23 Jun 2025
TPUSA is the most toxic group ever to spawn in AZ.

1 1 13 648

**Tyler Bowyer**
@tylerbowyer · 24 Jun 2025
A bunch of morons, what does budget negotiations have to do with TPUSA

You couldn't highlight how big of clowns you are more @BarryMarkson1 @TylerJMontague

2 4 69

**Tyler Montague**
@TylerJMontague · 24 Jun 2025
A friend of mine was researching it, and said Hoffman has never voted "Yes" on any budget at any level of government. Not school board, not town council, not legislature.
Jun 24, 2025 · 4:48 AM UTC

2 38

Relevant Recent Likes

**Tyler Bowyer**
@tylerbowyer · 24 Jun 2025
So what does a Senator's vote have to do with TPUSA, a 501c3?

Can you point to any place where TPUSA has done education around the AZ State Budget?

45

https://x.com/TylerJMontague/status/1937372175486582833

**30. Repost · Jun 23, 2025 · 2:36 PM UTC**

teapawt

**Barry Markson**
@BarryMarkson1 · 23 Jun 2025

BREAKING: TPUSA and little Jake Hoffman strike again. The AZ Senate passed a conservative budget last week after negotiations with Gov Hobbs. The House refused to participate in negotiations. They wouldn't meet with the senate or the governor for months. Instead, the House passed a ridiculous MAGA only budget (Dems didn't even show up to vote) that would never be signed, and refused to work with the Republican Senate. The budget must be approved by June 30th or the state shuts down.

The Senate bill passed on Thursday and I'm told by several people that it would have overwhelmingly passed the House. But House Speaker Steve Montenegro shut down the House until Monday TO AVOID A VOTE. Now, the House plans to pass a "skinny budget" that Gov Hobbs said she will veto and she should.

Why is this happening? Because little Jake Hoffman got his feelings hurt. Jake has no influence in the Senate, and all of his amendments were voted down BY THE REPUBLICANS. Jake is a loser and a joke, and his colleagues know it. But Montenegro thinks Jake controls MAGA House freshmen & has enough votes to vacate the speaker and throw him out, so now Arizona's budget is held up by little Jake Hoffman. We know who to blame if the state shuts down next week. Jake Hoffman and TPUSA. They don't care about Arizona or Republicans. They only care about making money for themselves.

Jun 23, 2025 · 2:36 PM UTC

25 · 34 · 2 · 169 · 8,483 | Relevant | Recent | Likes

**Patriotnheels** 🇺🇸👠
@patriotnheels · 23 Jun 2025
That is most definitely not the way it went down
1 · 135

**Barry Markson**
@BarryMarkson1 · 24 Jun 2025
It's exactly how it went down. The senate president and his chief of staff said publicly what happened, and the House hasn't denied any of it.
1 · 41

**riddle44**
@riddle441 · 23 Jun 2025
What was conservative about the budget
1 · 129

**Barry Markson**
@BarryMarkson1 · 23 Jun 2025
Money for border security, money for police and prisons. Unlimited money for ESA and private school vouchers. The budget favors republicans and acknowledges the reality of a democratic governor.
1 · 1 · 153

View more replies ›

### 30. Repost · Jun 23, 2025 · 2:36 PM UTC (continued)



**Tyler Montague**
@TylerJMontague · 23 Jun 2025
TPUSA is the most toxic group ever to spawn in AZ.
1 · 1 · 13 · 648

**Peggy McClain**
@redwildcat · 23 Jun 2025
And Tyler Bowyer had the nerve to tweet me recently saying "nobody is trying to control anything". Everyone sees it except the sheep looking for a fancy red, white, and blue party with lights and lots of noise. Whatever is going on, you nailed it about the money.
9 · 414

**Chris**
@red_flag_raised · 23 Jun 2025
If KTAR likes this bill, you know it favors China, illegal aliens, and election fraud.
3 · 116

**360daysOfSun🇺🇸🌵**
@fomopopo · 23 Jun 2025
FUNNY SHIT..!!

REMEMBER, ANYTHING Barry supports is SHIT.
3 · 363

**Mike**
@lawber · 24 Jun 2025
Good shut it down
1 · 57

**KyleinAZ**
@KyleinAZ · 23 Jun 2025
What a pathetic narrative.
64

**Lynda Ferris**
@lyndaferris · 24 Jun 2025
I'm glad they rejected the budget. Republicans control the House and Senate. Why would they agree to what the Democrats want?
2 · 72

**TucsonTales**
@TalesTucson · 23 Jun 2025
As always with the AZGQP, their political butthurt comes first, and We The People come last.

Hoffman should resign. He also needs to be LOCKED UP for his attempt to disenfranchise millions of AZ voters in 2020.
1 · 11 · 237

**Faith Risolo**
@joespal · 23 Jun 2025
Nothing but cowards in this group.
3 · 257

**AMF**
@AMF_Arizona · 23 Jun 2025
Jake is a whiney little a$$hole.
2 · 131

https://x.com/BarryMarkson1/status/1937157815069778081

**31. Repost · Jun 23, 2025 · 12:53 AM UTC**

teapawt

**Barry Markson**
@BarryMarkson1 · 23 Jun 2025

Just a reminder that indicted Tyler, Jake Hoffman, and the rest of TPUSA make their money creating infighting between REPUBLICANS. They don't care about winning. 2026 in Arizona is going to look a lot like 2022. Dems winning statewide elections because TPUSA forced subpar candidates into the general election.

> **Tyler Bowyer**
> @tylerbowyer · 22 Jun 2025
> Don't let Iran distract you from bad Republicans in your community

Jun 23, 2025 · 12:53 AM UTC

6 · 9 · 1 · 78 · 4,575

Relevant | Recent | Likes

**ctrevornelson**
@CTrevorNelson · 23 Jun 2025

Right-wing Turning Point USA partners with registered sex offender for pastors event

msnbc.com/the-reidout/reidou...



**Right-wing Turning Point USA partners with registered sex offender for pastors event**

TPUSA held a "Pastors Summit" with attendees who have railed against purported "groomers." The founder of one of the event's sponsors is a registered sex offender.

ms.now

1 · 2 · 175

## 31. Repost · Jun 23, 2025 · 12:53 AM UTC (continued)

**Ron James**
@Az_War_Room · 23 Jun 2025
Well said @BarryMarkson1 . Let's run the Kari Lake playbook again and expect different results.
2 75

**ctrevornelson**
@CTrevorNelson · 23 Jun 2025
Turning Point USA struggles with allegations of student sexual assault, harassment

theguardian.com/us-news/2024...
2 105

**ctrevornelson**
@CTrevorNelson · 23 Jun 2025
Two Turning Point USA members admit to assaulting queer professor | Arizona | @guardian

theguardian.com/us-news/2024...
2 202

**AMF**
@AMF_Arizona · 23 Jun 2025
"Bad" Republicans . "Bad" Republicans turn into Independents just to give MAGA the middle finger.
1 54

**TroyH**
@TroyH4 · 23 Jun 2025
Pretty sure everyone already knows he's a religious fraudster, no distraction.
1 37

https://x.com/BarryMarkson1/status/1936950604569755997

**32. Reply · May 28, 2025 · 6:13 PM UTC**



teapawt

**Trey Terry**
@treyterry · 28 May 2025
If this candidate is truly serious about leading Arizona's education department, they should start by proving they can speak for themselves...

Jake Hoffman 10:44 AM
to Jake, bcc: me

MEDIA ADVISORY
FOR PLANNING PURPOSES ONLY
May 27, 2025

**GOP Primary Challenger to Tom Horne to Host Press Conference Announcing Candidacy for Arizona Superintendent of Public Instruction**

**Phoenix, AZ –** The conservative candidate for Superintendent of Public Instruction is inviting members of the media to attend a press conference to announce their candidacy.

Speakers will take relevant questions at the conclusion of their remarks.

**Date:**
Wednesday, May 28, 2025

**Time:**
9:30 AM

**Location:**
Arizona Senate - Lawn

2 1 10 2,258

**Trey Terry**
@treyterry · 28 May 2025
It's hard to imagine a more embarrassing way to launch a statewide campaign than by letting Jake Hoffman be your mouthpiece. Somehow this won't be the first instance for the '26 cycle.

3 1 1 9 2,393

**Tyler Montague**
@TylerJMontague · 28 May 2025
Hoffman is a clown.
May 28, 2025 · 6:13 PM UTC

1 55

https://x.com/TylerJMontague/status/1927790337889620391

**33. Post · Apr 4, 2025 · 2:58 PM UTC**



teapawt

**Tyler Montague**
@TylerJMontague · 4 Apr 2025

Jake Hoffman is perpetually obnoxious. This is his latest retribution against someone for not bowing down to Trump. Ugliest behavior.

kjzz.org/politics/2025-04-03...

**Arizona's agricultural head made negative comments about Trump in 2020. Now he might be terminated**

A farmer who made negative comments about President Donald Trump five years ago may now be terminated from his role as the head of the Arizona Department of Agriculture by legislative Republicans.

kjzz.org

Apr 4, 2025 · 2:58 PM UTC

65

https://x.com/TylerJMontague/status/1908172288337572045

**34. Repost · Feb 20, 2025 · 5:26 PM UTC**

teapawt

**Barry Markson**
@BarryMarkson1 · 20 Feb 2025

Fake Elector Jake Hoffman knows his ridiculous, angry, discriminating bills will never become law with Gov Hobbs in office, but he does it anyway because it appeals to the far extreme of MAGA. Every GOP running for governor should be asked if they would sign such a bill if they win. The only thing keeping Arizona from being a laughingstock is @GovernorHobbs

**Stacey Barchenger**
@sbarchenger · 20 Feb 2025

Arizona Sen. @JakeHoffmanAZ's "bounty bill" would pay law enforcement agencies for migrant arrests leading to deportation.
A rep for @GovernorHobbs says "no way in Hell."

azcentral.com/story/news/pol... via @azcentral



**GOP 'bounty bill' would pay AZ law enforcement for migrant arrests leading to deportation**

Sen. Jake Hoffman said his bill would help local law enforcement support federal efforts while drawing on dollars migrants send to other countries.

azcentral.com

Feb 20, 2025 · 5:26 PM UTC

5 · 17 · 1 · 56 · 2,443

Relevant · Recent · Likes

**34. Repost · Feb 20, 2025 · 5:26 PM UTC (continued)**

**Scot Peterson**
@ScottPe12811778 · 20 Feb 2025
Next on their agenda are bounties for the people not considered the "correct type of Christian".
1 28

**the Mr. T Experience**
@TVGenius · 20 Feb 2025
While I agree with your final point, the margin by which Prop 314 passed would make me concerned that a GOP candidate supporting bills like his might be a useful campaign tactic to gain votes from the right.
53

**Messy Martinez**
@Blueinaredstat5 · 21 Feb 2025
@BarryMarkson1




7

https://x.com/BarryMarkson1/status/1892626805066236415

**35. Repost · Feb 16, 2025 · 12:08 AM UTC**

teapawt

**Barry Markson**
@BarryMarkson1 · 16 Feb 2025
BREAKING: Fake Elector Jake Hoffman was pulled over for allegedly going 30 MPH over the speed limit but pulled the "legislative immunity" card to get out of what could have been a misdemeanor for criminal speeding. Remember when Republicans respected the rule of law. Jake joins Mark Finchem and other MAGA politicians in abusing this. Legislative immunity needs to go.

Arizona state senator drove 20+ miles over speed limit on Mesa freeway, DPS says azfamily.com/2025/02/15/ariz...



**Arizona state senator drove 20+ miles over speed limit on Mesa freeway, DPS says**
Arizona Sen. Jake Hoffman is accused of driving 89 mph in a 65 mph zone on the U.S. 60 in Mesa. He was not given a citation at the time of the traffic stop.
azfamily.com

Feb 16, 2025 · 12:08 AM UTC
22 32 2 164 6,280 Relevant Recent Likes

**Kris Hall**
@KristinaLeeHall · 16 Feb 2025
Barry, do you drive on the 60 or the 101 or 202 or god forbid the 24??? The 24 in Mesa easily has people doing 30mph over the speed limit.
1 152

**Barry Markson**
@BarryMarkson1 · 18 Feb 2025
I drive on AZ highways, and it's possible I exceed the speed limit on occasion. That's not the issue. If I get pulled over for speeding, I am accountable for my actions. Jake Hoffman and other legislators should be accountable, too. That's really the only issue. Don't you think everyone should be accountable equally for their actions?
5 53

**Bill T**
@Noiqmarxist · 16 Feb 2025
There is no such thing as a "fake elector."
2 41

**Barry Markson**
@BarryMarkson1 · 18 Feb 2025
Wrong. They called themselves fake electors. Its the term they coined themselves.
2 3 37

View more replies >

**35. Repost · Feb 16, 2025 · 12:08 AM UTC (continued)**

🇺🇸HenriettaTheGreat🇺🇸
@HenriettaGreat · 16 Feb 2025
There's no such thing as fake electors. Read history 1876.

Senator Hoffman has been bodying Democrats!

The flow of traffic in Maricopa county freeways is +20mph over the speed limit.




2 · 1 · 239

KyleinAZ
@KyleinAZ · 16 Feb 2025
Now do Hunter.
5 · 189

Comical Conservative
@ComicalRepub · 16 Feb 2025
Isn't legislative immunity the law?

Like you can change it, but it's currently the law.
86

Faith Risolo
@joespal · 16 Feb 2025
He's a career criminal.
1 · 3 · 274

Nicole Cantelme
@NicoleCantelme · 16 Feb 2025
You are late to the party. Representative Quang Nguyen has already introduced a bill to remove the law granting legislative immunity from traffic violations.

Do you know the history of why the law was enacted in the first place? Hint: it was before cell phones.
2 · 228

David Martin
@azdmartin1300 · 16 Feb 2025
Kinda feels entitled ? 👎😤
1 · 136

ankh602
@ankh602 · 16 Feb 2025
Well then let's see you testify for Nguyen's bill emilinating legislative immunity

https://x.com/BarryMarkson1/status/1890916221790699677

## Nick Myers

**@nickmyersaz. 9 post(s), newest first.**

**1. Reply · Aug 5, 2026 · 1:33 AM UTC**



**1. Reply · Aug 5, 2026 · 1:33 AM UTC (continued)**

**Nick Myers - Arizona Corporation Commissioner**
@nickmyersaz · Aug 5
More details: kjzz.org/politics/2026-08-04...



**Who paid for Republican Arizona Corporation Commission candidate Ralph Heap's campaign signs?**
As Republican Corporation Commission candidate Ralph Heap faces allegations that he violated Arizona law by failing to report who paid for his campaign signs, a sitting GOP official accused the...
kjzz.org

1 4 122

**Katie**
@Nopattkatie · Aug 5
Thank you for sharing your experience. Hard position to be in. Appreciate just the facts being presented.

3 36

https://x.com/nickmyersaz/status/2084815039140143341

**2. Reply · Jul 23, 2026 · 6:56 PM UTC**




https://x.com/nickmyersaz/status/2080366345481572724

**3. Reply · Jul 23, 2026 · 6:51 PM UTC**


teapawt

**Jake Hoffman**
@JakeHoffmanAZ · Jul 23
Nick Myers has lost it... sheesh

Total clown show from this guy today.

Very embarrassing.

**Nick Myers - Arizona Corporation Commissioner**
@nickmyersaz · Jul 23
Replying to @RCMaxw3ll @CoffinItUp
The reason I was primaried is because I would not do the bidding of a lobbyist which kept them from getting the donations. That was literally told to me in my office. Enough with the gaslighting already. The people aren't buying your nonsense anymore.

16 4 29 4,221

**TucsonTales**
@TalesTucson · Jul 23
Sounds like he's over the target 🎯

1 6 198

**Nick Myers - Arizona Corporation Commissioner**
@nickmyersaz · Jul 23
Indeed. And it's funny how when you have a beef with Turning Point, then all of a sudden you start getting Jake Hoffman showing up to defend them after not having said anything to you in years. The three worst actors in AZ are all colluding.
Jul 23, 2026 · 6:51 PM UTC

1 7 80

https://x.com/nickmyersaz/status/2080365171047096342

**4. Repost · Jun 24, 2025 · 12:24 AM UTC**

teapawt

**Barry Markson**
@BarryMarkson1 · 24 Jun 2025

TPUSA bashes republicans every day. Indicted fake electors Tyler Bowyer and little Jake Hoffman only care about making money and attacking republicans makes them money. It's pathetic. Don't let them do this to the party and to Arizona.

> **Tyler Bowyer**
> @tylerbowyer · 23 Jun 2025
>
> We are fighting the establishment who has tried to aid the Hobbs regime while running for office across Arizona. Old school moderates.
>
> I know them all because I was around as a young guy when I ran and defeated them as Maricopa County chair and then hosted Trump when no one supported me.
>
> Now you gave people who claim to be MAGA attacking freedom caucus members and taking money from moderates to do their bidding in attacking conservatives. These liars will be exposed

Jun 24, 2025 · 12:24 AM UTC

1 · 9 · 1 · 23 · 2,166

Relevant | Recent | Likes

**StvenxKlmmel**
@StovexKlmnel · 24 Jun 2025

At first I thought this post said "celebrating 13 years of grift"

> **TPUSA Events** @TPUSAEvents · 6/5/25
> Celebrating 13 years of grit, passion, and resilience! Happy **Anniversary, TPUSA!** 🎉
>
> Gen Z is more conservative than ever thanks to your support and ... @charliekirk11, let's keep winnin... war! 🇺🇸




32

https://x.com/BarryMarkson1/status/1937305850819002838

**5. Reply · Jun 23, 2025 · 6:05 PM UTC**




https://x.com/nickmyersaz/status/1937210403689525711

**6. Post · Jun 23, 2025 · 3:50 PM UTC**




https://x.com/nickmyersaz/status/1937176485724651849

**7. Repost · Jun 10, 2025 · 3:36 AM UTC**



**7. Repost · Jun 10, 2025 · 3:36 AM UTC (continued)**

Rep. Justin Olson are totally unprofessional

Arizonans have become accustomed to childish meltdowns like this from Katie Hobbs

It's totally unacceptable from a statewide Republican




Jun 10, 2025 · 3:36 AM UTC

2 4 11 813 Relevant Recent Likes

**Liberal Crisis Hotline** 🌴🐊🇺🇸
@johninpcola · 11 Jun 2025
I'd vote for Nick and Kevin again if I still lived there. Jake and TPUSA need to be focused on getting the Democrats held state wide seats back and leave them alone.
1 1 1 206

**Matt Greer**
@MattRealest8 · 10 Jun 2025
I wonder how much he gets.
4 41

https://x.com/EnergyMomAZ/status/1932280763153854935

**8. Reply · May 29, 2025 · 12:47 AM UTC**

teapawt

**His Excellency Lord of District 4**
@RinoLivesMatter · 28 May 2025
Gotta be honest, didn't see this coming.

**Yvonne Wingett Sanchez**
@yvonnewingett · 28 May 2025
Kimberly Yee is taking on incumbent Tom Horne in Arizona's GOP primary election for state schools superintendent of public instruction, according to Equal.




5 · 20 · 1,326

**Nick Myers - Arizona Corporation Commissioner**
@nickmyersaz · 29 May 2025
Also interesting that she's bedding down with the likes of Hoffman. Didn't expect that either.
May 29, 2025 · 12:47 AM UTC
1 · 3 · 58

Relevant | Recent | Likes

**His Excellency Lord of District 4**
@RinoLivesMatter · 29 May 2025
Don't know what to tell ya man. Politics makes for strange bedfellows and such.
2 · 19

https://x.com/nickmyersaz/status/1927889446877417728

**9. Post · Apr 3, 2025 · 5:29 AM UTC**

teapawt

**Nick Myers - Arizona Corporation Commissioner**
@nickmyersaz · 3 Apr 2025
Republicans that openly attack other Republicans with targeting legislation shouldn't be re-elected.

> **Jake Hoffman**
> @JakeHoffmanAZ · 2 Apr 2025
> NOT A GOOD LOOK
>
> Republicans who kill common sense election integrity bills shouldn't be re-elected.

Apr 3, 2025 · 5:29 AM UTC
2 · 5 · 730

Relevant | Recent | Likes

**Carl Von Clausewitz**
@dkh728h8f · 3 Apr 2025
C'mon man. You're openly attacking said Republican, Tecknosmurf!

Be better.
@waldenpatriot @VoteKThompson




1 · 1 · 85

**Nick Myers - Arizona Corporation Commissioner**
@nickmyersaz · 3 Apr 2025
Ok "Christy con Pollo", I'll play for one second... Who exactly is this nameless "said Republican" you are referring to? I didn't name names, I just made a blanket statement, which unfortunately could be applied in multiple situations this session, so I find it interesting that you seem to "know" who I'm referring to... Please share.
1 · 75

View more replies >

**Jeff**
@1776USAPatriot5 · 3 Apr 2025
Jake is one of the best we have
2 · 50

https://x.com/nickmyersaz/status/1907666848616947786

# Gina Swoboda

@GinaSwoboda. 11 post(s), newest first.

**1. Reply · Nov 8, 2026 · 5:59 PM UTC**

teapawt

**Dan** 🇺🇸
@MrDanTheMan1990 · Nov 8
Regardless how anyone feels about @GinaSwoboda's views on certain topics, the fact is she saved the AZ GOP from financial ruin and a embarrassing scandal (Lake-DeWitt). That's a Democrat?

Can failures like Jake learn one lesson from Tuesday? Please?

> **Jake Hoffman**
> @JakeHoffmanAZ · Nov 7
> Gina is a Democrat.
>
> Schweikert was going to lose big which is why he quit — Gina knows this. We discussed it.
>
> Feely was absolutely loved by the moderates.
>
> Gina is a sore loser who sill never win a primary, so she makes things up to be relevant.
>
> Total narcissistic behavior.
>
> Gina Swoboda @GinaSwoboda X.com
>
> Turning Point recruited Danica Patrick to "primary" Schweikert (AZ01) way back in Dec of 24. She passed. So sit down with the utter bullshit that it was ever anything but TPA "again" interfering with sitting incumbents that led to losing AZ01.
>
> 
> 

7 · 6 · 1 · 37 · 1,533

**Gina Swoboda**
@GinaSwoboda · Nov 8
Hoffman blocking any attempt to put GUARDRAILS on ESAs or to

**1. Reply · Nov 8, 2026 · 5:59 PM UTC (continued)**

put Prop123 on ballot to provide some protections to the program will now result in drastic changes & kids losing access. Entirely predictable and in fact predicted. He can crash out til the cows come home. He & AZ Free own what is going to happen.
And btw it's a common sense conservative position to have audits & guardrails on taxpayer funded programs. These guys are not conservative.

Nov 8, 2026 · 5:59 PM UTC

4 · 3 · 13 · 259

Relevant | Recent | Likes

**Matt Greer**
@MattRealest8 · Nov 9
Ya it blew me away when he didn't want any guard rails. We're the flipping party of DOGE and that jackass was like, "oh nothing to see here." The number 1 way to protect a taxpayer funded system is to keep fraud out. We should want to keep fraud out of everything.

2 · · 6 · 37

**Patriotnheels**
@patriotnheels · Nov 8
I think it's very interesting that Folks like Hoffman and others do not want guard rails on ESA's but they want guard rails on other taxpayer funded programs that align with Democrats. Rules for the year I guess

· 1 · 2 · 83

**Arizona ESA Memes**
@azesamemes · Nov 8
The program already has guardrails Gina. It just lacks the staff to properly implement them. It has the staff to handle 10K students when it has 100K thanks to Hobbs. The sad thing is that you already know this but you're wanting to be divisive about the issue.

3 · 2 · 8 · 139

**Tatiana Peña**
@for_pena · Nov 8
Gina you don't have your facts straight. There are already strict guardrails. The ESA office needs more staffers to help. The overwhelming majority of ESA families are properly using ESA. Many families cannot fathom how anyone gets away buying things that aren't approved.

· · 1 · 28

https://x.com/GinaSwoboda/status/2119490083472761128

## 2. Repost · Nov 8, 2026 · 1:11 PM UTC

teapawt

**conservativedork**
@consrevativdork · Nov 8

This is coming from Mr. Narcissist himself. What a joke and a clown. He's never won anything other than a low-level state legislature race that hadn't had anyone challenging him. He's a wannabe who thinks he's a kingmaker and keeps doing the bidding of those that keep loosing.

> **Jake Hoffman**
> @JakeHoffmanAZ · Nov 7
>
> Gina is a Democrat.
>
> Schweikert was going to lose big which is why he quit — Gina knows this. We discussed it.
>
> Feely was absolutely loved by the moderates.
>
> Gina is a sore loser who sill never win a primary, so she makes things up to be relevant.
>
> Total narcissistic behavior.

Gina Swoboda
@GinaSwoboda
X.com

Turning Point recruited Danica Patrick to "primary" Schweikert (AZ01) way back in Dec of 24. She passed. So sit down with the utter bullshit that it was ever anything but TPA "again" interfering with sitting incumbents that led to losing AZ01.




Nov 8, 2026 · 1:11 PM UTC

2 · 8 · 37 · 798

Relevant | Recent | Likes

**Red Anvil Blade**
@RedAnvilBlade · Nov 8
Jake makes millions of dollars a year from TPUSA. The end.
4 · 52

**GRIT 'er Done**
@Take_DeadAim · Nov 8
Verified loser
1 · 16

https://x.com/consrevativdork/status/2119417456871833994

## 3. Repost · Nov 8, 2026 · 4:25 AM UTC

teapawt

**Dan** 🇺🇸
@MrDanTheMan1990 · Nov 8

Regardless how anyone feels about @GinaSwoboda's views on certain topics, the fact is she saved the AZ GOP from financial ruin and a embarrassing scandal (Lake-DeWitt). That's a Democrat?

Can failures like Jake learn one lesson from Tuesday? Please?

> **Jake Hoffman**
> @JakeHoffmanAZ · Nov 7
>
> Gina is a Democrat.
>
> Schweikert was going to lose big which is why he quit — Gina knows this. We discussed it.
>
> Feely was absolutely loved by the moderates.
>
> Gina is a sore loser who sill never win a primary, so she makes things up to be relevant.
>
> Total narcissistic behavior.
>
> Gina Swoboda @GinaSwoboda X.com
>
> Turning Point recruited Danica Patrick to "primary" Schweikert (AZ01) way back in Dec of 24. She passed. So sit down with the utter bullshit that it was ever anything but TPA "again" interfering with sitting incumbents that led to losing AZ01.




Nov 8, 2026 · 4:25 AM UTC

7 · 6 · 1 · 37 · 1,533

Relevant | Recent | Likes

---

**Gina Swoboda**
@GinaSwoboda · Nov 8

Hoffman blocking any attempt to put GUARDRAILS on ESAs or to put Prop123 on ballot to provide some protections to the program will now result in drastic changes & kids losing access. Entirely predictable and in fact predicted. He can crash out til the cows come home. He & AZ Free own what is going to happen.
And btw it's a common sense conservative position to have audits & guardrails on taxpayer funded programs. These guys are not conservative.

4 · 3 · 13 · 259

---

**Clarice of the Cosmos Freedom Fighter**
@CosmoClarice · Nov 9

What are you smoking? She left a sh1tload of unpaid bills. The rent wasn't paid, for one.

1 · 26

**Dan** 🇺🇸
@MrDanTheMan1990 · Nov 9

No. I don't smoke.

Norton was hit with this during the primary. Documents show the last time rent went unpaid was in DeWitt's final months and back pay rent was done.

7

### 3. Repost · Nov 8, 2026 · 4:25 AM UTC (continued)

**Jeff Nelson**
@jeffreym_nelson · Nov 8
Tbh I could carry less about any of their baggage. Time to move forward.
3 67

**Angie F**
@AngieF03764095 · Nov 8
Give them a choice: muzzle or chainsaw. If they can't practice self control over their flapping lips, cut them from our GOP!

Start ground level LDs and the whackadoodle school board candidates.
1 42

**Rob The Builder**
@robbuildsstuff · Nov 8
Yeah I might not agree with everything Gina believes but she did save face as best she could.
2 39

**Red Anvil Blade**
@RedAnvilBlade · Nov 8
xitter.cf/RedAnvilBlade/status/2...

> **Red Anvil Blade**
> @RedAnvilBlade · Nov 8
> TPACTION Tyler Bowyer, Erika Kirk, Jake Hoffman and TPUSA are directly responsible for the catastrophic Republican losses in Arizona per former AZGOP chair and nationwide while they grifted millions of dollars for themselves and served Israel. They should never ever be allowed in politics and should be completely destroyed and run out of the country forever for the traitors that they are "allegedly"




1 64

**AMF**
@AMF_Arizona · Nov 8
You're asking a lot.
27

https://x.com/MrDanTheMan1990/status/2119285255311917519

**4. Repost · Nov 8, 2026 · 3:40 AM UTC**

teapawt

**Energy Mom AZ**
@EnergyMomAZ · Nov 8

Republican voter desperate to replace Hobbs: "@TPAction gave us @KariLake in 2022, surely they couldn't do any worse in 2026"

@tylerbowyer and @JakeHoffmanAZ: "Hold my beer"

**Michael Beyer**
@michbeyer · Nov 7

"Biggs lost Gilbert by 5.5 percentage points, Mesa by 9.8 and the entire East Valley by 10.6 — a 21-percentage-point shift from 2024 and a 15-point shift from 2022" #AZGov deseret.com/politics/2026/11...



**The GOP's grip on Arizona is slipping. The East Valley shows how far**
Republican margins have fallen 30 percentage points since 2016
deseret.com

Nov 8, 2026 · 3:40 AM UTC

4 · 12 · 1 · 40 · 1,432

Relevant | Recent | Likes

**4. Repost · Nov 8, 2026 · 3:40 AM UTC (continued)**

**Concerned Citizen**
@Concern68023171 · Nov 9
Robson had a chance to win. But apparently she was not conservative enough for MAGA. Welcome to the blue state
1 27

**Chris**
@ChrisM_1988 · Nov 8
And the worst part? Zero lessons will be learned. They'll somehow blame John McCain and "RINOs" and stolen elections.
1 1 66

**PragmaticObserver**
@notaprog55 · Nov 8
TPUSA needs an overhaul. These shitty candidates have killed the AZ R party
1 3 68

**religion doesn't care about democracy**
@U2LoveandLogic · Nov 8
And some Boomers choose a ped0 over a woman.
Woman need to be like Angela Gabriel, obedient and good at begging

Jon Gabriel
@exjon
@andybiggs4az @SineKerr Just voted for both of you. Onto victory!
2:38 PM · Oct 28, 2026 · 2,351 Views
1 21

religion doesn't care about democracy
@U2LoveandLogic
Jon Gabriel has a GoFundMe page because he is a Libertarian.
If he was a Capitalist, he would have an OnlyFans pages
Jon Gabriel doesn't like work.




38

https://x.com/EnergyMomAZ/status/2119273822864150715

## 5. Repost · Nov 8, 2026 · 1:43 AM UTC

teapawt

**The AZ - abc15 - Data Guru**
@Garrett_Archer · Nov 8

Jake Hoffman has been on a rampage against Trump endorsed former AZGOP chair Gina Swaboda for years. Presumably over conflicts over access to party resources while she was chair.

He made a big play to be a kingmaker this cycle. He had a heavy hand in the primary and most of the statewide GOP candidates that made it to on the general spent money with his various companies.

> **Jake Hoffman**
> @JakeHoffmanAZ · Nov 7
>
> Gina is a Democrat.
>
> Schweikert was going to lose big which is why he quit — Gina knows this. We discussed it.
>
> Feely was absolutely loved by the moderates.
>
> Gina is a sore loser who sill never win a primary, so she makes things up to be relevant.
>
> Total narcissistic behavior.
>
> Gina Swoboda
> @GinaSwoboda
> X.com
>
> Turning Point recruited Danica Patrick to "primary" Schweikert (AZ01) way back in Dec of 24. She passed. So sit down with the utter bullshit that it was ever anything but TPA "again" interfering with sitting incumbents that led to losing AZ01.




Nov 8, 2026 · 1:43 AM UTC

14 · 21 · 1 · 191 · 27,986

Relevant | Recent | Likes

**Cynthia**
@thepsychicone · Nov 8
I liked Gina. She debunked many of their conspiracies with logic and explanation. I guess they didn't want to hear the truth so they booted her out.
8 · 244

**Karl in Prescott**
@OneforthreeC1 · Nov 8
Jake is throwing a temper tantrum. He will be in the minority and will be adjusting horribly to it. Cannot wait for him to be treated like he treated others.
13 · 396

**Teri**
@TeriGPresky · Nov 8
Hoffman helped to split the Republican Party.
3 · 167

## 5. Repost · Nov 8, 2026 · 1:43 AM UTC (continued)

**Jared**
@sat_tec · Nov 8
I don't want to tap the glass but they all seem absolutely odious.
7 · 467

**Geoff**
@geoffPF2e · Nov 8
He's a wannabe. After getting Richer out and Heap in, Hoffman thought he could be the man pulling the strings behind the curtain and his bid failed miserably. Not only did he and TPUSA lose every statewide race, but they also lost both state chambers with a senate super majority.
1 · 20 · 591

**noctula cat**
@Noctula_Cat · Nov 8
Gina is smarter than all of them and they can't deal with it
1 · 7 · 507

**MFCEO**
@whoa85260 · Nov 8
There hasn't been anyone with any common sense and/or political savvy running the AZGOP in 20 years.
1 · 4 · 344

**Marc McCarge**
@MMccarge30479 · Nov 8
Poor Jake, he's a lost TPA zombie with no home to go to.
2 · 158

**Tia**
@Tia_Arizona · Nov 8
Jake and 🧻 Inc have been losing cycle after cycle. It's ridiculous
10 · 574

**José Hernández**
@Mr_J_Smash · Nov 8
How did his candidates do? Asking for a friend...
181

**Snowman1234🇺🇸⚓**
@bjones7774 · Nov 8
He's also claiming fraud today too because there were 20 million more votes for Dems then in 2024
1 · 348

**Y-Man**
@ty_mandividend · Nov 8
Poor Jake from Troll Farm
2 · 64

**Brian Lewandowski**
@CandidIngenuity · Nov 8
If you're such a talented data guru, I'm surprised you wouldn't have been one of the first media people to report on this. Been out since November 5th. The data seems pretty compelling, don't you agree?

xitter.cf/TruthAnswersAll/status...

> **Truth Is Freedom**
> @TruthAnswersAll · Nov 6
> THE 15% BAND

https://x.com/Garrett_Archer/status/2119244324991070437

**6. Reply · Nov 7, 2026 · 7:26 PM UTC**


teapawt

**blergh**
@azpoliticker · Nov 7
AZ Gov. Katie Hobbs is on track to win AZ-08, Abe Hamadeh's district, by a couple points. (She's narrowly losing AZ-05, now-Lamb's district.) Really crazy stuff. I suspect AZ-08 will continue to trend blue. Wonder how redistricting in a few cycles with make sense of Phx burbs.
1 1 2 413

**Sun Belt Politics**
@SunBeltPolitics · Nov 7
Would be skeptical on AZ-08 long term, though really depends on if AZ GOP gets its act together any time soon. Turnout was a huge factor in the West Valley, it moved FAR more than the North Valley, and 65+ stayed stagnant. Will have to see in '28 but Dems in WV had stellar year
2 1 1 377

**Gina Swoboda**
@GinaSwoboda · Nov 7
I'm not. Lot of blue boomers moving in and the party is in a hot civil war purging anyone not far enough to the right—witness LD27 and the attacks on Lesko by Hoffman and his merry band of dead-enders...
Nov 7, 2026 · 7:26 PM UTC
2 1 5 167
Relevant Recent Likes

**Sun Belt Politics**
@SunBeltPolitics · Nov 7
The slaughter in 27 is part of why I'm interested in what happens two years from now. More present in CD-9 with Buckeye/Yuma, but Democrats seemed to have tapped into many apathetic Hispanics this year which helped the storm in 27.

Every R is losing 27 which is atrocious.
1 1 2 114

**Gina Swoboda**
@GinaSwoboda · Nov 7
Prediction: TPA & AZ Free will spend to primary county officeholders in 28. This will result in losses. They will then blame everyone else. DONORS - STOP THE MADNESS.
2 1 104

View more replies ›

**mike**
@cannonballmike · Nov 7
Talk about dead Enders, you and Debbie and the establishment Rs in conjunction with Democrats are trying to purge them.
9

https://x.com/GinaSwoboda/status/2119149602901459080

**7. Reply · Nov 7, 2026 · 6:11 PM UTC**

teapawt

**Your Friendly Neighborhood Numbersmuncher**
@NumbersMuncher · Nov 7
Turning Point is raising upwards of 80 *MILLION* a year to bolster conservatism among youth voters.

The idea that their results (including the candidates they backed and people they platform) can't be criticized because Charlie Kirk was murdered is a deflection in bad faith.

> **Jonah Goldberg**
> @JonahDispatch · Nov 4
> Thank God TPUSA mobilized the youth vote.

10 34 2 400 11,256

**Gina Swoboda**
@GinaSwoboda · Nov 7
I'm sure their paid consultants like AZ FreeDUM caucus leader Jake Hoffman is devastated at our losses & will cry himself to sleep on his giant cash-stuffed pillow...or not.




Nov 7, 2026 · 6:11 PM UTC

1 6 325

https://x.com/GinaSwoboda/status/2119130684887532002

**8. Repost · Nov 6, 2026 · 4:57 PM UTC**




https://x.com/consrevativdork/status/2118749743346299113

**9. Repost · Nov 5, 2026 · 10:01 PM UTC**



teapawt

**Matthew Benson**
@MatthewWBenson · Nov 5
If I were Jake, I too would want to deflect from my FAILURE this week.

✅ Nobody promised final results on Election Day. Not in AZ, nor any state

✅ As planned, @MaricopaVote staff work around the clock to process/count ballots

✅ >95% of ballots will be tallied by EOD Friday

**Jake Hoffman**
@JakeHoffmanAZ · Nov 5
ELECTION FAILURE!

The Maricopa County Board of Supervisors promised for months that we would have election results ON election night.

THEY LIED.

Hearing they're scrambling to bring in additional staff because at this pace they won't be done counting for days!

Nov 5, 2026 · 10:01 PM UTC
2 · 9 · 43 · 1,640
Relevant | Recent | Likes

**Gina Swoboda**
@GinaSwoboda · Nov 5
By statute voters have 5 days to cure so it's literally not possible...
2 · 1 · 24 · 680

**Elizabeth Lohr**
@efl45 · Nov 6
Why can't people understand the difference between a media call and official results? We explain this every time. In AZ the media calls were always fast when the state was very red. People need to understand that this is not 1986 AZ...
1 · 32

https://x.com/MatthewWBenson/status/2118463790954184997

## 10. Repost · Nov 5, 2026 · 8:27 PM UTC

teapawt

**The AZ - abc15 - Data Guru**
@Garrett_Archer · Nov 5

This makes no sense.

Election day ballots were counted on election day. As they always are.

Early ballots take time to process. So unless Hoffman is suggesting his nat-pop ally @azjustinheap would cheat, it is impossible to count these ballots in one day.

Maricopa also doesn't control 14 other counties that count their own ballots.

Of course, if they did make this promise and Hoffman has it recorded, it would still make no sense, but then it would be on them for making that promise.

> **Jake Hoffman**
> @JakeHoffmanAZ · Nov 5
>
> ELECTION FAILURE!
>
> The Maricopa County Board of Supervisors promised for months that we would have election results ON election night.
>
> THEY LIED.
>
> Hearing they're scrambling to bring in additional staff because at this pace they won't be done counting for days!

Nov 5, 2026 · 8:27 PM UTC

22 · 41 · 2 · 344 · 18,647 Relevant Recent Likes

**T-shirtist in Chief** 🇺🇸
@tonytribby · Nov 5

What would be necessary in AZ to change the law so that early ballots could start to be counted early?

3 · 2 · 660

**The AZ - abc15 - Data Guru**
@Garrett_Archer · Nov 5

They already are. We should basically be done by Friday.

Florida-style speed can only happen if the legislature prohibits early ballots from being dropped off on election day.

3 · 16 · 628

View more replies ›

**Gina Swoboda**
@GinaSwoboda · Nov 5

IIRC Heap stated to media several times he would have ALL late-earliest through SigVer by the day after Election Day. He may have underestimated volume based on historicity low primary turnout.

5 · 245

## 10. Repost · Nov 5, 2026 · 8:27 PM UTC (continued)

**Trey Terry**
@treyterry · Nov 5
Hilarious. Especially coming from the guy arguably more responsible than anyone in Arizona for these results.

It's almost like the lies are needed to distract from the elephant in the room.

And for being a legislator (with some extra time now) he should probably start reading Arizona's election laws.
1 · 25 · 743

**Modernista64**
@modernista64 · Nov 5
He's been in the legislature for how long? And yet still has no concept of Arizona's election laws.
2 · 20 · 414

**Pam! Pam!**
@PamPamely · Nov 5
Jake has apparently turned into Goldilocks and can't seem to find a timeline that is "just right"
4 · 244

**Senator_William_Murray**
@SenatorMurray · Nov 5
The amount of people in AZ who shamelessly conduct themselves entirely in bad faith is truly unreal.

You're a saint for treating them with civility that you do (and have for many years now).
3 · 105

**Yossarian's Ghost**
@RealSoCalBadger · Nov 6
Queen Creek's mighty midget is seldom right but always sure.
1 · 88

**BWard**
@BWard1966 · Nov 5
Since nearly 200k late early ballots were dropped off on Election Day and signature verification occurred between 2:30 AM to past noon on Wednesday, no one would've promised full results on 11/3. Just more Hoffman b.s.
1 · 136

**Javier Lagarda**
@JavierLagNerd · Nov 5
Jake is utilizing the Trump playbook ... use all caps and exclamation points and it looks like problem 😂😂
150

**Al Carter**
@alcarterazre · Nov 5
I dropped mine off on 10/26 in El Mirage with ID. Still not counted.
103

**Pa-Diddle Cat**
@ticonderoga22 · Nov 5
Can you explain why the tallies remain unchanged for this maryvale governing board election, despite Maricopa being almost done?

Cartwright ESD #83-GBM-4yr

https://x.com/Garrett_Archer/status/2118440002728366221

## 11. Reply · Oct 12, 2026 · 8:03 PM UTC

teapawt

**Kenny Hussein Jacobs**
@kennyjacobs · Oct 12
@tylerbowyer is a prick. He's judgmental and vindictive. It will be his downfall. The @azgop is running 27 candidates to keep control of the Senate. Tyler is only endorsing 18 because of his need for loyalty to him.

Joe.TPaction reposted
**Tyler Bowyer** @tylerbowyer
Follow
ARIZONA 🇺🇸 SAVE & SHARE

TPAction.com/freedom




8:55 PM · Oct 11, 2026 · 2,360 Views




4 · 9 · 43 · 1,387

**Gina Swoboda**
@GinaSwoboda · Oct 12
This is me, former @AZGOP chair, liking this post. Wouldn't want anyone to miss it. 🔥

1 · 2 · 1 · 19 · 460

**Gina Swoboda**
@GinaSwoboda · Oct 12
Kenny I agree with first post.
I can't (and wouldn't want to) get into his head on the rest. God bless Charlie and his family.

I love Arizona and Bowyer and Hoffman are destroying it.
Oct 12, 2026 · 8:03 PM UTC

1 · 6 · 242

https://x.com/GinaSwoboda/status/2109736785987215765

**Lisa Everett**

**@patriotnheels. 64 post(s), newest first.**

**1. Repost · Nov 10, 2026 · 9:52 PM UTC**


teapawt

Arizona's Law
@arizonaslaw · Nov 10
BREAKING: AZ Secy/State's Office completes preliminary review, REFERS failed Corp. Comm./Rep. @DrRalphHeap to AG for campaign finance violations re: undisclosed campaign signs.

Patriotnheels
@patriotnheels · Nov 10
Clearly my complaint has merit
@VoteKThompson @nickmyersaz @azfec @DrRalphHeap

Nov 10, 2026 · 9:52 PM UTC
3 17 2 54 3,089
Relevant Recent Likes

BOBBY HART
@BOBBYboucher67 · Nov 11
Another @AZGOP fraudster
1 13

TucsonTales
@TalesTucson · Nov 10
LOCK HIM UP!
1 95

My Negro Akademia
@Negro_Lord_X · Nov 10
@arizonaslaw @DrRalphHeap
0:00 / 0:01
1 74

https://x.com/arizonaslaw/status/2120273516637593637

## 2. Repost · Nov 5, 2026 · 3:44 PM UTC

teapawt

**Tom Ryan**
@tomryanlaw · Nov 5
Well all that and Heap was caught up in a major scandal with Clean Elections! Interesting that he failed to mention that!

**AZ Capitol Times (State Affairs Arizona)**
@AzCapitolTimes · Nov 4
Rep. Ralph Heap has conceded the Arizona Corporation Commission race, attributing the loss to the "blue tsunami," double-digit rate increases and the Citizens Clean Elections Commission.

Read the latest Yellow Sheet
pro.stateaffairs.com/az/yell...



**Heap concedes Corporation Commission race**
Rep. Ralph Heap has conceded the Corporation Commission race, attributing the loss to the "blue tsunami" and double-digit rate increases.
pro.stateaffairs.com

Nov 5, 2026 · 3:44 PM UTC
2 · 9 · 1 · 45 · 722 Relevant Recent Likes

**bmaz (also same at bsky)**
@bmaz · Nov 5
I.....am not sure the CEC was responsible!
1 · 31

**Tom Ryan**
@tomryanlaw · Nov 5
The news about the scandal I believe played into it.
1 · 1 · 31

View more replies >

**Scott Hanson**
@Hanner66 · Nov 5
Corruption still an issue!
6

https://x.com/tomryanlaw/status/2118368934001057953

**3. Post · Oct 25, 2026 · 1:07 PM UTC**

teapawt

**Patriotnheels** 🇺🇸👠
@patriotnheels · Oct 25
Heap should have withdrawn before the primary. @azfec should stop recruiting candidates that know nothing about the position. But that's their plan - get someone l. They can feed their agenda to and manipulate. PATHETIC

> **Autumn T. Johnson**
> @autumntjohnson · Oct 25
> "Heap hasn't spent any of the $370,000 in public financing Clean Elections gave his campaign. Political action committees associated with the Arizona Free Enterprise Club, the group largely credited with recruiting Heap to run for the Corporation Commission, have spent over $85,000 on his behalf since the primary."
> azcapitoltimes.com/news/2026... #acc #energy #election #arizona



**'Where is Ralph Heap?': Corp Comm hopeful goes dark amid Clean Elections probe | Arizona Capitol...**
Arizona's political hopefuls are moving full-speed ahead with less than two weeks until Election Day. But one statewide candidate has disappeared from the campaign trail.
azcapitoltimes.com

Oct 25, 2026 · 1:07 PM UTC
2 · 14 · 611
Relevant | Recent | Likes

**Kay Fisher**
@KFisherTC · Oct 25
You support Carver who is way worse. I guess it's okay for some but not others?
41

**Mohave Free Press**
@MohaveFreePress · Oct 25
substack.com/@mohavefreepres...
1 · 26

https://x.com/patriotnheels/status/2114342964709445820

## 4. Repost · Sep 11, 2026 · 7:12 PM UTC

teapawt

**AZ Capitol Times (State Affairs Arizona)**
@AzCapitolTimes · Sep 11

The Citizens Clean Elections Commission rejected an attempt from Rep. Ralph Heap to settle an ongoing investigation into his alleged campaign finance violations.

Read the latest Yellow Sheet here
pro.stateaffairs.com/az/yell...




**Heap tries and fails again to settle Clean Elections dispute**
The Citizens Clean Elections Commission rejected an attempt from Rep. Ralph Heap to settle an ongoing investigation into his alleged campaign finance violations.
pro.stateaffairs.com

Sep 11, 2026 · 7:12 PM UTC

1 3 6 889 Relevant Recent Likes

**Chaplain Paul Sparrow 193**
@ChaplainVingo · Sep 11

HERE IS THE REAL TRUTH AZ ELECTED REPS PROTECT PROFITS OVER LIVES TIME AND TIME AGAIN AND THE END RESULT HAS BEEN A HORRIFIC INHUMAN HORROR SHOW OF MISERY TORMENT NEGLECT ABUSE ISOLATION SADNESS AND HORRIBLE MISTREATMENT AMEN




1 11

https://x.com/AzCapitolTimes/status/2098489822361039033

**5. Repost · Sep 10, 2026 · 2:29 AM UTC**




https://x.com/consrevativdork/status/2097875002150547558

**6. Post · Sep 8, 2026 · 5:02 PM UTC**



teapawt

**Patriotnheels** 🇺🇸👠
@patriotnheels · Sep 8

At @AZSecretary office filing sign violation complaints against Jonathon Hill for Arizona, Clara for Arizona, Amelia for Arizona, Kris Mayes, and Ralph Heap.

**IV. Statutory Violation Alleged**

**A. § 16-925(D)(4) — Disclosure Height Below Statutory Minimum**

A.R.S. § 16-925(D)(4) provides:

> *"[If the advertisement is displayed on a sign or billboard], the disclosure shall be displayed in a height that is at least four percent of the vertical height of the sign or billboard, except that if the advertisement is paid for by a political action committee, the disclosure shall be displayed in a height that is at least ten percent of the vertical height of the sign or billboard."*

The respondent is a candidate committee, not a political action committee. The applicable minimum is four percent of the vertical height of the sign.

The sign at issue is 48 inches in vertical height. Four percent of 48 inches is 1.92 inches. The disclosure as printed on the sign is estimated at approximately ~0.24" in cap height, approximately ~0.5% of the sign's vertical height, or approximately ~12.5% of the statutory minimum.

**V. Jurisdiction**

A.R.S. § 16-938(A) provides that, on receipt of a complaint from a third party, the filing officer "is the sole public officer who is authorized to initiate an investigation into alleged violations of this article and articles 1, 1.1, 1.2, 1.3, 1.4, 1.5 and 1.6 of this chapter." A.R.S. § 16-925 is codified within Article 1.4 of Chapter 6 of Title 16. The Secretary of State is the filing officer for the respondent committee and the sole public officer authorized under § 16-938(A) to initiate an investigation.

**VI. Requested Action**

The complainant respectfully requests that the Secretary of State, Campaign Finance Division:

1. Accept this complaint under A.R.S. § 16-938 and assign a docket number.
2. Initiate an investigation under A.R.S. § 16-938(A) into whether the respondent committee's signs comply with A.R.S. § 16-925(D)(4), and determine whether reasonable cause exists to believe the disclosures fall below the applicable statutory minimum.
3. Request voluntary production from the respondent committee, pursuant to A.R.S. § 16-938(D), of (a) the print/vendor proofs and artwork for the sign; (b) the quantity printed and currently displayed and the locations of display; and (c) the invoices and payments for the production and placement of the signs.
4. Declare that the sign described and depicted in this complaint, as currently produced and deployed, is not in compliance with A.R.S. § 16-925(D)(4).
5. Issue a notice of corrective action identifying the steps the respondent committee must take to bring the signs into compliance, including redesigning any future production of the sign to display the disclosure at or above the applicable statutory height minimum.
6. If reasonable cause is found, refer the matter to the Attorney General under A.R.S. § 16-938(C)(1), with the civil penalty under A.R.S. § 16-938(E)(2) computed as authorized by the statute.
7. Provide written confirmation of receipt of this complaint, the assigned docket number, and the procedural timeline within ten (10) business days of receipt.

Last edited Sep 8, 2026 · 5:02 PM UTC

1 · 4 · 14 · 3,061

Relevant | Recent | Likes

**Sam Clemens**
@ClemensDesert · Sep 8

While we're on the subject, some primary losers still have signs up in Tucson.

1 · 137

**Patriotnheels** 🇺🇸👠
@patriotnheels · Sep 8

I don't think it's nice to call people losers. But I would reach out to the campaign if it's bothering you.

1 · 62

View more replies ›

https://x.com/patriotnheels/status/2097370086646616087

**7. Reply · Aug 14, 2026 · 10:38 PM UTC**




https://x.com/patriotnheels/status/2088394884868927757

**8. Reply · Aug 14, 2026 · 7:46 PM UTC**


teapawt

Patriotnheels
@patriotnheels · Aug 14
@votenickmyers you are absolutely right. I believe the results of the investigation will be Heap violated the rules and he will receive serious fines. If I am reading the CE rules right his CE funds cannot be used for an attorney or fines.

Nick Myers - Arizona Corporation Commissioner
@nickmyersaz · Aug 14
Just a quick thought on the outcome of today's claim elections open meeting. Ultimately, I think @AZCCEC made the right decision. It is very difficult to punish somebody who has not yet been found guilty and Mr. Heap has not been found guilty at this point in time. So today's outcome makes sense as far as agreeing to fund his campaign but also open an investigation into the apparently illegal activities.

There's a new version of this post

Aug 14, 2026 · 7:46 PM UTC

3 11 191

https://x.com/patriotnheels/status/2088351590835249291

## 9. Repost · Aug 14, 2026 · 7:33 PM UTC

teapawt

**Tyler Montague**
@TylerJMontague · Aug 14
My take: Ralph Heap getting funded by CCEC keeps him in the program, accountable to those rules, and under investigation. He will likely come to regret that. I am guessing their investigation is going to find massive violations.
Aug 14, 2026 · 7:33 PM UTC
7 8 1 39 1,966
Relevant Recent Likes

**Buck Montana**
@BuckMontana3 · Aug 22
Yeah, he gets elected anyway... he doesn't get 86ed from the ballot. Isn't that right ?
1 7

**Tyler Montague**
@TylerJMontague · Aug 22
Possibly. I don't think he gets kicked off the ballot. Just my guess. I do think he gets some hefty fines, and funding gets clawed back. Again, my guess. Ralph Heap's a decent guy who took bad advice from bad people with bad motives, and now he's going to get hammered for it.
5

**Patriotnheels**
@patriotnheels · Aug 14
And I believe CE funds cannot pay for an attorney or fines.
6 127

**Geoff**
@geoffPF2e · Aug 14
And this is the guy that TPUSA and MAGA want in charge of monitoring and regulating the perhaps most complex financial statements of any corporation, utility rates. They are ridiculously complex and Heap is a former surgeon that couldn't even get his CCEC disclosure in order.
1 3 18 203

**Mohave Free Press**
@MohaveFreePress · Aug 14
Agree. My thoughts exactly.
5 98

**Mike Deacon**
@mike_deaco3312 · Aug 15
Tyler the talking Turd
2 30

**TheActuator**
@deusxmach1na · Aug 18
Did you look at his signatures? Can I DM you with something I find funny about his signatures?
6

**Arizona's Law**
@arizonaslaw · Aug 15
He's represented by Tim LaSota.
82

https://x.com/TylerJMontague/status/2088348312806252987

## 10. Repost · Aug 14, 2026 · 6:10 PM UTC

teapawt

**Tom Ryan**
@tomryanlaw · Aug 14
Good morning y'all! The Clean Elections hearing on Ralph Heap matter is now underway! I'll live tweet this sucker well as I can. 1/
3 8 3 55 6,553

**Tom Ryan**
@tomryanlaw · Aug 14
Exec Director Collins leads off. Discusses Heap's late filed sworn statement. His position is that it is still incomplete under the Clean Elections rules. 2/
1 14 718

**Tom Ryan**
@tomryanlaw · Aug 14
Rule 106(a) can't release $ if campaign finance reports are incomplete or inaccurate. Filing a sworn statement alone doesn't cut it. Especially if there is reason to believe campaign statements are misleading. 3/
2 15 689

**Tom Ryan**
@tomryanlaw · Aug 14
ED Collins recommends on the violation of Rule 106(a) that the funds should continue to be withheld. 4/
1 12 623

**Tom Ryan**
@tomryanlaw · Aug 14
Now the question turns to Rule 106(g) and evidence of campaign fraud. This deals with candidates not exceeding pre-clean elections funding limits. ED Collins finds that there is sufficient evidence that this has occurred. Should deny funding under 106(g) as well. 5/
1 14 621

**Tom Ryan**
@tomryanlaw · Aug 14
LaSota confirmed that Ralph Heap is not present and asks "Why? What difference would it make?" LaSota is now defending. 6/
2 10 624

**Tom Ryan**
@tomryanlaw · Aug 14
LaSota not scoring points by being disrespectful to ED Collins and the Clean Elections Commission. Now calls the Commission its like "the Old Soviet Union." "It's time to cough up the money for Mr. Heap's campaign." 7/
3 14 596

**Tom Ryan**
@tomryanlaw · Aug 14
LaSota now discusses how he provides legal counsel to candidates. Not sure it's relevant to the issues at hand. LaSota complains that he is handling this out of state. 8/
3 10 560

**Tom Ryan**
@tomryanlaw · Aug 14
LaSota accuses Clean Elections conduct is shameful and violates Heap's 1st Amendment rights. 9/
1 11 566

**Tom Ryan**
@tomryanlaw · Aug 14
LaSota's comments ignore that when you sign up for Clean Elections funding you have to follow the Clean Elections Laws. 10/
1 21 570

**Tom Ryan**
@tomryanlaw · Aug 14

## 10. Repost · Aug 14, 2026 · 6:10 PM UTC (continued)

LaSota accused the Clean Elections of favoring their candidates. Chair Mark Kimble takes umbrage with that and points out the politically diverse nature of the Commission members . 11/

2 · 13 · 582

**Tom Ryan**
@tomryanlaw · Aug 14
Public comment now happening. Lisa Everett filed the initial complaint and did a very nice job! 12/

1 · 1 · 15 · 1,556

**Tom Ryan**
@tomryanlaw · Aug 14
Merissa Caldwell identifies herself as an "elections integrity expert.." Really?? Who certifies such a thing?? 13/

7 · 26 · 652

**Tom Ryan**
@tomryanlaw · Aug 14
Public comment mostly centers on the fact that Heap won more votes than @votenickmyers completely ignoring the fact that (1) Heap voluntarily agreed to the CCE Rules to get taxpayer $$, & (2) Heap violated those rules. This isn't minor: if signs don't work why did Heap do it? 14/
Aug 14, 2026 · 6:10 PM UTC

1 · 2 · 15 · 675

**Tom Ryan**
@tomryanlaw · Aug 14
Former GOP ACC candidate Nick Myers who lost to Heap is now speaking in favor of denying Heap's funding. Myers raises questions about coordination of campaigns (which would also be a CCE violation). Fingers @JakeHoffmanAZ as behind campaign coordination! 15/

2 · 1 · 1 · 18 · 1,871

**Tom Ryan**
@tomryanlaw · Aug 14
Up now is @GinaSwoboda who points out that if there was a line of credit involved the campaign finance reports from Heap need to be amended to reflect that. 16/

2 · 13 · 581

**Tom Ryan**
@tomryanlaw · Aug 14
Common Heap supporter's refrain = "Gosh don't disenfranchise me." Ignoring that the CCE is not disenfranchising them but Heap & his handlers who came up with this scheme have disenfranchised them by their violations! 17/

1 · 19 · 554

**Tom Ryan**
@tomryanlaw · Aug 14
Alex Loguin: If you agree to accept the cash, you agree to follow the rules. Alex is right. 18/

1 · 1 · 19 · 538

**Tom Ryan**
@tomryanlaw · Aug 14
Daryl Groves, Heap voter: allow Heap some grace and allow him to correct his deficiencies. (Mixing up laws though.) 19/

1 · 7 · 518

**Tom Ryan**
@tomryanlaw · Aug 14
Last speaker = Tyler Montague who has filed a complaint and supplements to the complaint versus Heap. Points out if you can avoid reporting all pre-funding expenses as lines of credit paid later, it would gut the integrity of the CCE program.

https://x.com/tomryanlaw/status/2088327523566510485

**11. Repost · Aug 14, 2026 · 2:28 PM UTC**

teapawt

**Stewart Williams**
@Marydee587 · Aug 14
Arizona Clean Elections director finds evidence Republican Ralph Heap 'engaged in illegal activity' #Republicans #Arizona
share.newsbreak.com/japbsrsy




**Arizona Clean Elections director finds evidence Republican Ralph Heap 'engaged in illegal activity'...**
At a meeting Friday, the executive director of the Arizona Citizens Clean Elections Commission will ask commissioners to continue withholding campaign fund
newsbreak.com

Aug 14, 2026 · 2:28 PM UTC
1 2 15 241

https://x.com/Marydee587/status/2088271442177667471

**12. Reply · Aug 12, 2026 · 11:37 PM UTC**

teapawt

**Patriotnheels** 🇺🇸👠
@patriotnheels · Aug 12
Here is the problem my friends. We all know Heap is a flawed candidate at best and unelectable. If he does not withdraw in time to put another Republican on the ballot what will probably happen is he will be disqualified later in the race. Then Katie Hobbs will be able to appoint someone on the ballot in that race. I don't think she will appoint a republican. Once again I am calling for Dr. Ralph Heap to withdraw from the race. Do what's best for the party and our state. @DrRalphHeap @SurgeShow @AZGOP
3 6 1 19 2,241

**kimowens**
@kimowens · Aug 12
I do not disagree that he needs to withdraw. But that's not how it works. The party fills the vacancy, prior to the election, not the Governor. If he's elected, then removed, the Governor appoints within the party of the person being replaced.
1 3 135

**Patriotnheels** 🇺🇸👠
@patriotnheels · Aug 12
My apologies. Prior to the election AZGOP appoints. If he wins and the campaign finance violations make there way through the system Hobbs can appoint a republican to replace him. You know a republican like her choice in Lt. Gov.
1 2 94

**kimowens**
@kimowens · Aug 12
The vacancy would not occur until after the ACC seats up for election are not filled. Meaning, the next Governor would appoint.
1 42

**Patriotnheels** 🇺🇸👠
@patriotnheels · Aug 12
True I'm assuming Hobbs is going to win. I hope I am mistaken. But polls are showing she will win.
1 41

**kimowens**
@kimowens · Aug 12
Either way, this scenario is a real long shot. Possible but not probable.
1 43

**Patriotnheels** 🇺🇸👠
@patriotnheels · Aug 12
The probable outcome sadly is that a Democrat will get elected if Heap remains on the ballot. He needs to withdraw for the good of the party for the good of the vote voters.
Aug 12, 2026 · 11:37 PM UTC
1 37

Relevant Recent Likes

**kimowens**
@kimowens · Aug 12
A horrible situation with no great answer. It's unfortunate this story may be used to paint the entire party with a broad brush - no matter who does or says what, it will be used against other Republicans. At this point, letting the legal process play out and deal with the findings is - unfortunately - the best of the all bad options.
33

https://x.com/patriotnheels/status/2087684899633521126

**13. Post · Aug 12, 2026 · 11:22 PM UTC**

teapawt

**Patriotnheels** 🇺🇸👠
@patriotnheels · Aug 12

In a new filing by @TylerJMontague it is past time for @DrRalphHeap to withdraw.
A new filing in the Ralph Heap Clean Elections case argues that his campaign's own response raises serious questions.
According to the filing:

• Heap's campaign ordered signs in April and received them in May.
• The obligation was not reported and reportedly remains unpaid.
• Clean Elections rules require extensions of credit to be reported when the obligation is incurred—not simply when the bill is paid.
• Heap's campaign reported only $19,136.30 in total receipts, while AZPIA estimates the signature-gathering operation alone was worth $28,791–$77,933.
• The filing asks the Commission to obtain the sign invoices, installation costs, petition expenses and related communications.
• It also asks that Heap's Clean Elections funding remain withheld while the matter is investigated.

The question is becoming increasingly simple: How was a statewide campaign operation involving hundreds of signs and signature gathering financed—and why weren't those obligations disclosed?
Arizona voters deserve answers before hundreds of thousands of dollars in taxpayer-funded Clean Elections money is released.

Aug 12, 2026 · 11:22 PM UTC

2 · 12 · 28 · 1,118 — Relevant | Recent | Likes

**Jan Krygier**
@JanKrygier1 · Aug 13

Campaign finance reporting is extremely tricky. As a candidate, you had better know what you're doing or else find somebody who does. The silence is deafening.

1 · · 10 · 89

**conservativedork**
@consrevativdork · Aug 13

Let's not forget the implications of the sign shop that mysteriously didn't invoice for the signs. Was it because someone else paid for them? Was it an "in kind" donation from a company (which is illegal in two different ways)?

· 1 · 1 · 5 · 165

https://x.com/patriotnheels/status/2087681060184494238

**14. Post · Aug 12, 2026 · 4:28 PM UTC**




https://x.com/patriotnheels/status/2087576956208566476

**15. Post · Aug 12, 2026 · 4:15 PM UTC**

teapawt

**Patriotnheels**
@patriotnheels · Aug 12
Here is the problem my friends. We all know Heap is a flawed candidate at best and unelectable. If he does not withdraw in time to put another Republican on the ballot what will probably happen is he will be disqualified later in the race. Then Katie Hobbs will be able to appoint someone on the ballot in that race. I don't think she will appoint a republican. Once again I am calling for Dr. Ralph Heap to withdraw from the race. Do what's best for the party and our state. @DrRalphHeap @SurgeShow @AZGOP
Aug 12, 2026 · 4:15 PM UTC
3 6 1 19 2,241
Relevant Recent Likes

**kimowens**
@kimowens · Aug 12
I do not disagree that he needs to withdraw. But that's not how it works. The party fills the vacancy, prior to the election, not the Governor. If he's elected, then removed, the Governor appoints within the party of the person being replaced.
1 3 135

**Patriotnheels**
@patriotnheels · Aug 12
My apologies. Prior to the election AZGOP appoints. If he wins and the campaign finance violations make there way through the system Hobbs can appoint a republican to replace him. You know a republican like her choice in Lt. Gov.
1 2 94

View more replies

**Constantin Querard**
@CQuerard · Aug 12
That is not at all how the process works. Not in any state I've ever worked in. And he may well end up unfunded, which would be bad, but removed from the ballot? By whom?
3 3 160

**Patriotnheels**
@patriotnheels · Aug 12
I have been told otherwise
1 70

**Mohave Free Press**
@MohaveFreePress · Aug 13
What are the relevant statutes?
32

https://x.com/patriotnheels/status/2087573750162342122

**16. Reply · Aug 11, 2026 · 11:16 PM UTC**




https://x.com/patriotnheels/status/2087317326299550002

**17. Post · Aug 11, 2026 · 8:58 PM UTC**




https://x.com/patriotnheels/status/2087282607268721097

**18. Reply · Aug 11, 2026 · 8:52 PM UTC**

teapawt

**conservativedork**
@consrevativdork · Aug 11
Whatever happened to "unifying"? It was the @Rach_IC / @Kelly4Humanity crowd, including @SurgeShow that was preaching about unifying the party just a meter few days ago. Why attack the incumbent nominee now? Are you a Democrat operative in disguise? AKA a RINO?

**Rachel Alexander** @Rac... · 11h
Thanks to my colleague Christy Kelly for covering this. @DrRalphHeap is the ONLY conservative candidate running for the Arizona Corporation Commission; the other one left in the general election is a sellout RINO to DEI and ESG. And btw Heap is the father of our election Show more

**Christy Love Kelly** ✨ @Ke... · 19h
🚨In the Heap Clean Elections Hearing: Every public commenter is a Myers supporter. The candidate Republican voters had already rejected in the primary....

**Republicans Call for Ralph Heap to Withdraw as Clean Elections Fight Escalates**

**Myers urges Heap to bail in time for GOP replacement process**



3 · 2 · 1 · 10 · 260

**Patriotnheels** 🇺🇸👠
@patriotnheels · Aug 11
The thing is everyone should be bothered by people who violate the rules to gain an unfair advantage. What did Heap think? Did he think that Myers and Thompson were just not going to put up 4 x 4's? They were waiting on their funding like the rules require. They used what signs they had from the previous election because that is allowed but they did not have many.
And the kicker is Heap has had people removing his signs since I brought the complaint forward so he knows good and well he violated the rule rules. Everyone is mad that he got caught. And summer mad that it was me that filed the complaint.
Aug 11, 2026 · 8:52 PM UTC

1 · 8 · 104

https://x.com/patriotnheels/status/2087281038330642689