**19. Post · Aug 11, 2026 · 1:34 PM UTC**

teapawt

Patriotnheels 🇺🇸👠
@patriotnheels · Aug 11

Ralph Heap Now Faces Three Campaign Finance Complaints — And the Questions Keep Growing

The campaign finance questions surrounding Republican Arizona Corporation Commission nominee Ralph Heap are no longer limited to hundreds of campaign signs.

Heap now faces three campaign finance complaints, with the newest questioning who paid to collect thousands of signatures used to put him on the primary ballot. According to KJZZ, Heap submitted more than 15,000 signatures, while his campaign finance reports showed payments totaling only $6,880 to Uncle Sam Petitions. The Arizona Public Integrity Alliance alleges the actual value of the signature-gathering operation may have been substantially higher.

Heap and his attorney dispute the allegations.

But another development in the ongoing sign controversy may be even more significant.

Heap's attorney, Timothy La Sota, has now acknowledged that the campaign obtained signs through what he described as a "lawful extension of credit" from Mesa Sign Shop. Shop owner Jim Torgeson submitted an affidavit saying he extended credit to Heap in late April. The affidavit did not state the amount of credit, and Torgeson said there was no signed contract and that an invoice had been prepared but had not yet been sent to Heap.

That explanation immediately reminded me of another Clean Elections case — Eric Sloan and the Power of Fives.

The Sloan Case Deserves Another Look
In 2020, Bob Branch of the Power of Fives filed a complaint against Corporation Commission candidate Eric Sloan.

Branch alleged that Sloan failed to report expenditures and exceeded his primary spending cap. The Clean Elections Commission determined in December 2020 that there was reason to believe a violation had occurred. In April 2021, the Commission ordered Sloan to repay approximately $90,000 to the Clean Elections Fund, which Sloan did.

The underlying dispute involved campaign services and expenses provided by Power of Fives under an agreement with Sloan. Branch alleged that campaign expenses had been advanced while payment would occur later.

That history matters because the Sloan/Branch case and the Heap

## 19. Post · Aug 11, 2026 · 1:34 PM UTC (continued)

matter now appear to share a potentially important factual similarity:

Campaign goods or services were allegedly obtained before they were actually paid for.

That does not automatically mean the two cases are legally identical. But it certainly raises questions that Clean Elections should examine carefully and consistently.

When Did the Expense Actually Occur?
Heap's disclosure that the signs were obtained on credit changes the central question.

Initially, the obvious question was: Who paid for hundreds of Heap signs appearing throughout Arizona when his campaign reports appeared to show nowhere near enough sign expenditures to account for them?

Now we have a different set of questions.

When were the signs ordered? When were they printed? When did Heap take possession of them? What was their total value? When did the campaign become legally obligated to pay Mesa Sign Shop? How was that obligation reported? And did the campaign have enough permissible cash on hand at that time to incur the expense?

Those questions are important because Clean Elections' own guidance says expenditures must be reported during the reporting period in which they are made, including a promise or agreement resulting in an extension of credit.

Clean Elections Executive Director Tom Collins told KJZZ that, as a general rule, an expenditure occurs when the agreement for that expenditure is made. He also said participating candidates cannot simply incur debt beyond the campaign's available cash before qualifying for Clean Elections funding.

That is an important distinction.

Heap's attorney points to Arizona law that generally exempts certain lines of credit from the definition of a contribution or expenditure, arguing the sign transaction did not have to be disclosed immediately. Clean Elections, however, operates under additional rules accepted by candidates who voluntarily choose public financing. Collins told KJZZ that these additional limitations are part of the bargain candidates make when they enter the program.

That disagreement should now be resolved by the Commission.

And Then There Are the Signs
There is another piece of this that I find difficult to ignore

https://x.com/patriotnbeels/status/2087170885874770100

**20. Reply · Aug 11, 2026 · 12:57 AM UTC**

teapawt

**Christy Love Kelly✨**
@Kelly4Humanity · Aug 11
🚨In the Heap Clean Elections Hearing: Every public commenter is a Myers supporter. The candidate Republican voters had already rejected in the primary.

❌The Commission's own independent legal adviser said the sole issue was whether Ralph Heap could withdraw from Clean Elections.

➡️He explicitly warned that alleged misconduct, sanctions, investigations, and complaints were not before the Commission and should not influence its decision.

❓So why was lengthy testimony about those irrelevant allegations permitted?

⚠️Was the objective to pressure Heap off the ballot while there was still time to replace him? Create an opening to install Myers despite the voters' decision.

✅Campaign-finance complaints should be investigated through the proper process.

➡️But a public meeting should not become a backdoor vehicle for political allies of a defeated candidate to overturn a primary result.

🔗Missed the hearing? Only 400 people watched it.

Here is what Myers, Swoboda and others said during the hearing. Minus the MSM spin!

Link in comments for the Globe.




💬 6 🔁 10 ❞ 3 ❤ 20 📊 6,825

**Patriotnheels 🇺🇸👠**
@patriotnheels · Aug 11
I have been urging Heap to withdraw for quite some time now. The Myers supporters simply want someone in that position that is honest and ethical. I don't know if you've seen the latest letter from Heap's attorney but here is my response.

let's remember Sloan - Branch of 2020

**20. Reply · Aug 11, 2026 · 12:57 AM UTC (continued)**

The Sloan record is particularly interesting because the Commission's December 2020 Statement of Reasons specifically identified Branch's allegation that Power of Fives had "advanced" $23,000 for Sloan's campaign. Branch alleged that Sloan failed to report expenditures and that including those expenditures would push Sloan over his Clean Elections spending limit. The Commission found reason to believe a violation occurred and eventually ordered roughly $90,000 repaid.

The Sloan/Branch case and the Heap matter now share a potentially important factual similarity: campaign goods or services were obtained on credit before they were paid for.

In the Sloan matter, Bob Branch alleged that his company advanced campaign expenses and provided services for Eric Sloan with payment to come later, including after Clean Elections funding became available. The dispute raised the question of when those obligations became campaign expenditures and whether they were properly reported.

Heap's attorney has now stated in correspondence that Heap purchased his campaign signs on credit. That disclosure changes a central question in the Heap investigation. The issue is no longer simply who paid for hundreds of signs? Instead, the questions become when Heap ordered and received the signs, what their full value was, when the campaign became legally obligated to pay for them, how that obligation was reported, and whether obtaining the signs on credit complied with the Clean Elections Act and applicable spending limits.

Aug 11, 2026 · 12:57 AM UTC

1 8 217 Relevant Recent Likes

**Christy Love Kelly✨**
@Kelly4Humanity · Aug 11
It was within your right to make the complaint.

Now the legal process will play out. Due process still matters.

1 9 140

**Patriotnheels 🇺🇸👠**
@patriotnheels · Aug 11
I simply do not understand why you are ok allowing someone who clearly manipulated the primary to get on the ballot. You ran for ACC. I am assuming you ran as a clean elections candidate. You know the rules. Accountability matters - doesn't it?

2 3 284

View more replies ›

https://x.com/patriotnheels/status/2086980395267178929

**21. Post · Aug 10, 2026 · 5:33 PM UTC**

teapawt

**Patriotnheels** 🇺🇸👠
@patriotnheels · Aug 10

Eyes are on @DrRalphHeap he needs to do the right thing and withdraw

azcentral.com/story/opinion/...




**Arizona's campaign finance rules are toothless. Fix them | Opinion**

Ralph Heap reported $644 for campaign signs that plainly cost far more. The case shows how weak Arizona's campaign finance enforcement really is.

azcentral.com

Last edited Aug 10, 2026 · 5:33 PM UTC

💬 5 🔁 4 ♥ 18 📊 1,017 Relevant Recent Likes

**Robin** 🌵
@robinyublind · Aug 10

When was he found guilty?

💬 1 🔁 ♥ 2 📊 82

**Patriotnheels** 🇺🇸👠
@patriotnheels · Aug 10

From what I can see by your profile you seem to be an agitator. Maybe you didn't watch the hearing last week where it was determined he cannot access his funds until he signs under oath his campaign finance. I am not signing says a lot. This will be my last communication with you seemed the first sentence of this post

💬 1 🔁 ♥ 3 📊 89

**21. Post · Aug 10, 2026 · 5:33 PM UTC (continued)**



**Cherie ¯_(ツ)_/¯**
@Paizleygrl · Aug 11
Even a relatively dinky town like Star Valley benefits from multiple Heap signs..
1 · 42

**Patriotnheels** 🇺🇸
@patriotnheels · Aug 11
Yep
1 · 41

**AZSoonerGal**
@azsoonergal · Aug 10
This may not end well for Republicans

16-942. Civil penalties and forfeiture of office

(Caution: 1998 Prop. 105 applies)

A. The civil penalty for a violation of any contribution or expenditure limit in section 16-941 by or on behalf of a participating candidate shall be ten times the amount by which the expenditures or contributions exceed the applicable limit.

B. In addition to any other penalties imposed by law, the civil penalty for a violation by or on behalf of any candidate of any reporting requirement imposed by this chapter shall be one hundred dollars per day for candidates for the legislature and three hundred dollars per day for candidates for statewide office. The penalty imposed by this subsection shall be doubled if the amount not reported for a particular election cycle exceeds ten percent of the adjusted primary or general election spending limit. No penalty imposed pursuant to this subsection shall exceed twice the amount of expenditures or contributions not reported. The candidate and the candidate's campaign account shall be jointly and severally responsible for any penalty imposed pursuant to this subsection.

C. Any campaign finance report filed indicating a violation of section 16-941, subsections A or B or section 16-941, subsection C, paragraph 1 involving an amount in excess of ten percent of the sum of the adjusted primary election spending limit and the adjusted general election spending limit for a particular candidate shall result in disqualification of a candidate or forfeiture of office.

D. Any participating candidate adjudged to have committed a knowing violation of section 16-941, subsection A or subsection C, paragraph 1 shall repay from the candidate's personal monies to the fund all monies expended from the candidate's campaign account and shall turn over the candidate's campaign account to the fund.

E. All civil penalties collected pursuant to this article shall be deposited into the fund.

2 · 3 · 74

**Ken Cook**
@Kencook22 · Aug 11
Will he??
1 · 18

**Paul**
@Paulgated99 · Aug 10
Hmm seems to be an oxymoron using the name Heap and 'doing the right thing' in the same sentence
Ralph is the sperm donor that gave us Justin. They both do not understand facts and data or doing the right thing. They are both arrogant which makes the combination dangerous
2 · 52

https://x.com/patriotnheels/status/2086868467593138205

**22. Reply · Aug 10, 2026 · 3:32 PM UTC**



teapawt

**Patriotnheels** 
@patriotnheels · Aug 10
@surgeshow and @drralphheap are not responding on X. Please email them directly at -sergio@sergioarellano.com and rtheap@yahoo.com and ask Ralph Heap to withdraw from the Arizona Corporation Commission race.

Let them know that you believe withdrawing is in the best interest of the Republican Party, Arizona voters, and our state. Heap has no chance of winning due to his alleged violations of Clean Elections.

3 4 2 18 1,314

**Rebekah Massie**
@TheOtherMassie · Aug 10
He won't withdraw.

Just like Cline refused after her scandal two years ago.

1 81

**Patriotnheels**
@patriotnheels · Aug 10
I will continue to call for him to withdraw and if he does not? When a Democrat gets elected, I will publicly blame @DrRalphHeap @azgop @SurgeShow and @azfec

Aug 10, 2026 · 3:32 PM UTC

1 1 95

Relevant Recent Likes

**Rebekah Massie**
@TheOtherMassie · Aug 10
Not saying you shouldn't.

Lord knows I pushed for Cline to have consequences for her actions.

1 1 70

**Patriotnheels**
@patriotnheels · Aug 10
The rules for running as a Clean Elections candidate are very sticky. Heap had no hope right now. He is just being stubborn

1 2 65

View more replies

https://x.com/patriotnheels/status/2086838128929624382

**23. Post · Aug 10, 2026 · 1:53 PM UTC**




https://x.com/patriotnheels/status/2086813117724381199

**24. Post · Aug 10, 2026 · 12:28 PM UTC**



teapawt

Patriotnheels 🇺🇸👠
@patriotnheels · Aug 10
Today is day 6 of me asking @DrRalphHeap to withdraw from the ACC race. He is unelectable. We need the Party to stepup and do what is best for Arizona. @AZGOP @SurgeShow
Aug 10, 2026 · 12:28 PM UTC
1 7 1 30 1,865
Relevant Recent Likes

Robin 🌵
@robinyublind · Aug 10
Sergio already addressed this

xitter.cf/surgeshow/status/20865...

Sergio Arellano
@SurgeShow · Aug 9
If you are not focused on working together and supporting our Republican nominees by now , YOU ARE the problem.
Lead by example, get out and work and bring the State back to Republican led control.
Primaries exist for that same reason, Do the opposite and you are the dividers in the party .

1 1 75

Patriotnheels 🇺🇸👠
@patriotnheels · Aug 10
I don't think so. If we do not hold our own people accountable we cannot hold others accountable. It's called ethics. And we is Republicans claimed to have them. It's time we demonstrated that.
1 1 3 84

View more replies ›

https://x.com/patriotnheels/status/2086791716586078586

**25. Reply · Aug 10, 2026 · 12:24 PM UTC**


teapawt

Patriotnheels 🇺🇸👠
@patriotnheels · Aug 10
@surgeshow and @drralphheap are not responding on X. Please email them directly at -sergio@sergioarellano.com and rtheap@yahoo.com and ask Ralph Heap to withdraw from the Arizona Corporation Commission race.

Let them know that you believe withdrawing is in the best interest of the Republican Party, Arizona voters, and our state. Heap has no chance of winning due to his alleged violations of Clean Elections.

Aug 10, 2026 · 12:24 PM UTC
3 4 2 18 1,314
Relevant Recent Likes

Rebekah Massie
@TheOtherMassie · Aug 10
He won't withdraw.

Just like Cline refused after her scandal two years ago.
1 81

Patriotnheels 🇺🇸👠
@patriotnheels · Aug 10
I will continue to call for him to withdraw and if he does not? When a Democrat gets elected, I will publicly blame @DrRalphHeap @azgop @SurgeShow and @azfec
1 1 95

View more replies ›

**25. Reply · Aug 10, 2026 · 12:24 PM UTC (continued)**

**Christy Love Kelly✨**
@Kelly4Humanity · Aug 10
I'm pretty sure Sergio responded in his own way. It just wasn't what you were looking for.

You have made your complaints. In all things - there is due process and innocent until proven guilty.

Let the process play out and trust the voters.

1 86

**Jan Krygier**
@JanKrygier1 · Aug 10
I would...except I am no longer a member of the Republican party - despite what showed up in my Saturday mail. Time for an update, @AZGOP .




2 73

https://x.com/patriotnheels/status/2086790867235307644

**26. Reply · Aug 10, 2026 · 10:51 AM UTC**




https://x.com/patriotnheels/status/2086767303333478559

**27. Post · Aug 9, 2026 · 1:39 PM UTC**


teapawt

**Patriotnheels** 🇺🇸👠
@patriotnheels · Aug 9
Day5 of asking @DrRalphHeap to withdraw from the ACC race. It is time for @AZGOP and @SurgeShow to do the right thing and ask @DrRalphHeap to withdraw for the sake of the party and our state. #AZCORPCOMMrace
Aug 9, 2026 · 1:39 PM UTC
5 9 28 1,509
Relevant Recent Likes

**AZSoonerGal**
@azsoonergal · Aug 9
I am wondering "why" @DrRalphHeap 's handlers will not do the right thing for The People and the Republican party🤷‍♀️
5 87

**Mohave Free Press**
@MohaveFreePress · Aug 9
If Heap does not drop out we will not vote for him. We will write in @votenickmyers as a protest.
3 1 7 485

**Robin** 🌵
@robinyublind · Aug 10
xitter.cf/surgeshow/status/20865...
1 2 128

**Kokopelli**
@AzSvor · Aug 9
Do the ethical thing and drop out @DrRalphHeap
2 42

Load more replies

https://x.com/patriotnheels/status/2086447185369944544

**28. Reply · Aug 9, 2026 · 1:35 PM UTC**

teapawt

**Arizona Free Enterprise Club**
@azfec · Aug 8

Here we go again... and this one is horrifying.
Melvin Alston signed an affidavit stating that he was eligible to collect signatures for the Protect Education Act in Arizona.

But look at the record behind the man the union-backed campaign allowed to represent its effort.

Melvin Alston was indicted in Bronx County for second-degree murder and first-degree manslaughter in connection with the shooting death of Richard Kelly. The indictment alleges Alston, acting in concert with another person, caused Kelly's death by shooting him with a loaded firearm. Alston later pleaded guilty to attempted first-degree manslaughter and received an eight-year prison sentence. And that is not all.

A separate federal indictment later named Alston in a narcotics conspiracy involving the "Hooly Gang." Prosecutors alleged the organization trafficked crack cocaine, heroin, marijuana, and oxycodone, including drug activity in the vicinity of playgrounds and a public school in the Bronx.

And somehow this man ended up collecting signatures for a campaign called "Protect Education."
Read that name again.

Protect. Education.
Who looked at this record and decided this was an acceptable person to send into Arizona communities to approach parents and families?

The unions backing this campaign spend their time lecturing Arizona parents about safety, accountability, and what is supposedly "best for children."

Meanwhile, their petition operation keeps producing convicted felons with records involving violence, drugs, smuggling, fraud, and worse.

This is no longer an isolated failure. It is a pattern.
And every new record raises the same question:

How many more are there?

This is not about protecting kids.

This is about destroying school choice, and apparently there is no one they will not use to do it.
#ProtectSchoolChoice #ProtectESAs #UnionHypocrisy #ArizonaParents

**28. Reply · Aug 9, 2026 · 1:35 PM UTC (continued)**




https://x.com/patriotnheels/status/2086446348572696709

**29. Post · Aug 8, 2026 · 3:07 PM UTC**




https://x.com/patriotnheels/status/2086106953789399044

**30. Repost · Aug 7, 2026 · 4:37 PM UTC**

teapawt

**Stephen Richer**
@stephen_richer · Aug 7

"The present case of Ralph Heap proves a few things. First, there are candidates who are either, at best, sloppy and inattentive with their paperwork, or, worse, knowing violators of campaign finance law. Many escape punishment."

We spend lots of time talking about what Arizona campaign finance laws SHOULD be.

We spend less time about ENFORCEMENT of existing laws.

Our Arizona campaign finance system is so opaque and toothless that we basically don't have real campaign finance rules.

It's just an honor code.

Clean Elections candidates might be the exception.

My weekly article for @azcentral

azcentral.com/story/opinion/...

OP ED | Opinion *This piece expresses the views of its author(s), separate from those of this publication.*

**Arizona's campaign finance rules are toothless. Fix them | Opinion**

*The Clean Elections Commission may be the exception to Arizona's toothless enforcement. The state should house all campaign finance reporting and enforcement under one bipartisan body.*

**Stephen Richer** For The Republic
Aug. 6, 2026, 9:39 a.m. MT

Aug 7, 2026 · 4:37 PM UTC

2 · 18 · 1 · 67 · 3,671

Relevant | Recent | Likes

**2WheelVet** 🇺🇸
@2WheelVet · Aug 8
xitter.cf/speakerjohnson/status/...

**Speaker Mike Johnson**
@SpeakerJohnson · Aug 7
REMINDER...Democrats voted AGAINST:

➡️ Border Security
➡️ No Tax on Tips
➡️ Safer Cities
➡️ Lower Taxes
➡️ Securing our Elections
➡️ Keeping Men OUT of Women's Sports

They have made it ABUNDANTLY clear that they will always put their Trump Derangement Syndrome over the American people.

22

Load more replies

https://x.com/stephen_richer/status/2085767315426341112

**31. Post · Aug 7, 2026 · 12:58 PM UTC**




https://x.com/patriotnheels/status/2085712113868358032

**32. Repost · Aug 6, 2026 · 6:25 PM UTC**

teapawt

**Jan Krygier**
@JanKrygier1 · Aug 6
Sorry to say, but at this point Ralph Heap has pretty much lost my vote. Sick of the games. If that was the goal then...Mission Accomplished!

**Energy Mom AZ**
@EnergyMomAZ · Aug 6
Meet the lobbyist paying the legal bills for @DrRalphHeap's election fraud scheme. If you ask him about this matter, or his partnership with Kris Mayes to go after Dave Marshall, he'll tell you it's none of your business.



Aug 6, 2026 · 6:25 PM UTC

4 2 10 449

Relevant Recent Likes

**Merissa Caldwell**
@MerissaCaldwell · Aug 6
Nick and Kevin have nearly the same error with their campaign finance reports

xitter.cf/MerissaCaldwell/status...

**Merissa Caldwell**
@MerissaCaldwell · Aug 3
Replying to @MerissaCaldwell
Nick's & Kevin's reports do not show a payment back to the Clean Election Commission for reuse of signs as far as the AZSOS site shows ⬇️

**32. Repost · Aug 6, 2026 · 6:25 PM UTC (continued)**




2 · 1 · 147

**conservativedork**
@consrevativdork · Aug 6
Ditto for Scumbag @ScotMussi and @azfec
1 · 4 · 79

**Archer Rowan**
@ArcherRowsaway · Aug 6
any and all TP candidates have lost my vote.
1 · 28

**B Coffman**
@bacelc97 · Aug 7
This stunt lost a seat to a Democrat. – at Phoenix, AZ
8

https://x.com/JanKrygier1/status/2085432171461001422

**33. Repost · Aug 6, 2026 · 3:56 PM UTC**

teapawt

**Energy Mom AZ**
@EnergyMomAZ · Aug 6
Meet the lobbyist paying the legal bills for @DrRalphHeap's election fraud scheme. If you ask him about this matter, or his partnership with Kris Mayes to go after Dave Marshall, he'll tell you it's none of your business.



**Scot Mussi**
@ScotMussi · Aug 6
Meet the lobbyist that pays for Katie Hobbs' international vacations. If you ask them about it though, they will tell you it's none of your business.

Aug 6, 2026 · 3:56 PM UTC
4 12 2 33 3,991
Relevant Recent Likes

**BrianTerry180**
@BrianTerry180 · Aug 6
Commie Bot
1 153

**Energy Mom AZ**
@EnergyMomAZ · Aug 6
Did I hurt your feelings?
2 5 146

View more replies ›

**Vincent La**
@elvicentela · Aug 6
Imagine if this retard spent his funds running IEs for conservative school board candidates instead of primarying a competent incumbent
1 2 11 177

**Peggy McClain**
@redwildcat · Aug 6
I thought it would be that other large organization paying the fees.
3 106

**The Young Outlaw**
@FrontierRebel · Aug 6
What is the proof that he and Mayes worked together?
48

https://x.com/EnergyMomAZ/status/2085394502370680913

**34. Repost · Aug 5, 2026 · 4:56 PM UTC**




https://x.com/consrevativdork/status/2085047223545475222

**35. Post · Aug 5, 2026 · 4:13 PM UTC**


teapawt

Patriotnheels 🇺🇸👠
@patriotnheels · Aug 5
You can find the complaint I filed with the SOS through the link below. Aain I am asking Ralph Heap to withdraw. @DrRalphHeap conta.cc/4bv9EFB

FILING WITH SOS AND POSSIBLE FUTURE FILINGS WITH OTHER STATE AGENCIES
Email from @PATRIOTNHEELS AUGUST 5, 2026 Dr. Ralph Heap Remains Locked Out of Clean Elections Funding The Arizona Citizens Clean Elections Commission voted 4-0 to deny Dr. Ralph Heap's request to be
myemail.constantcontact.com

Aug 5, 2026 · 4:13 PM UTC
3 1 17 876

https://x.com/patriotnheels/status/2085036576904708606

**36. Repost · Aug 5, 2026 · 2:51 PM UTC**




https://x.com/jill_arizona/status/2085015964341703167

**37. Post · Aug 5, 2026 · 1:31 PM UTC**




https://x.com/patriotnheels/status/2084995663557972426

**38. Post · Aug 5, 2026 · 2:19 AM UTC**




https://x.com/patriotnheels/status/2084826556535620077

**39. Post · Aug 4, 2026 · 11:06 PM UTC**



teapawt

Patriotnheels
@patriotnheels · Aug 4
Thank you to the Arizona Clean Elections Commission for denying Mr. Heap's request to withdraw from Clean Elections. Now Mr Heap needs to do the right thing to give us a chance to keep the Commission red and drop out of the race!
Last edited Aug 4, 2026 · 11:06 PM UTC
6 7 1 41 2,137
Relevant Recent Likes

Ken Cook
@Kencook22 · Aug 4
Great work @patriotnheels
1 6 160

Patriotnheels
@patriotnheels · Aug 4
Thanks
3 142

Energy Mom AZ
@EnergyMomAZ · Aug 5
Salute to the law and order Queen, @patriotnheels!
1 2 73

Patriotnheels
@patriotnheels · Aug 5
Thank you so much!
1 35

Jackie Schuler
@JackieUSA86 · Aug 11
The AZCorpComm soiled themselves
Az voters voted and myers is a sore loser and now can not keep their gang at AZCComm- this is what it is
Btw Ralph Heap is a Conservative -Red- not a rino- we voted - kno the difference
1 120

Patriotnheels
@patriotnheels · Aug 11
We see things differently. Accountability is important even if there is an R by your name
11

Tom Ryan
@tomryanlaw · Aug 4
I say Dr. Heap should do the honorable thing: file his financial statements, under penalty of perjury with his signature notarized, detailing WHO paid for these signs and petitions. Otherwise the cheats get let off the hook.
3 2 16 1,908

Ruby Halperin
@RubyRatAZ · Aug 5
Is this a relative of Justin @azjustinheap
1 46

Load more replies

https://x.com/patriotnheels/status/2084777947295330629

**40. Repost · Aug 4, 2026 · 11:04 PM UTC**

teapawt

**Tom Ryan**
@tomryanlaw · Aug 4
Dr. Heap has an easy fix to his dilemma: file his financial statements under penalty of perjury & with his signature notarized. His counsel today attributed the situation to "circumstances intervened." What circumstances? The fact Dr. Heap cannot explain the Miracle of the Signs?

> **Wayne Schutsky**
> @WayneSchutsky · Aug 4
> The Citizens Clean Elections Commission denied Heap's request to withdraw, which puts him in a real pickle fundraising wise. He cant get his Clean Elections funding because he hasn't signed docs affirming his finance reports are correct but also can't fundraise privately.

Aug 4, 2026 · 11:04 PM UTC
3 · 8 · 37 · 1,802
Relevant | Recent | Likes

**William Coffin**
@CoffinItUp · Aug 5
Prove it wasn't a miracle!🤣




2 · 89

**30 to 50 Feral Opossums** 🌵🇺🇸🇺🇦🇵🇦🇨🇦🇬🇱
@mebrannan · Aug 4
Jesus caused the signs to multiply. It was a miracle.
4 · 52

**ctrevornelson**
@CTrevorNelson · Aug 5
Heap should file a lawsuit against the Clean Elections Commission for withholding funds

That'll for sure work out 😉 🤣
1 · 2 · 87

https://x.com/tomryanlaw/status/2084777570760093736

**41. Post · Aug 4, 2026 · 11:01 PM UTC**



teapawt

Patriotnheels 🇺🇸👠
@patriotnheels · Aug 4
4-0 decision from ACC board - Ralph Heap remains a candidate with no funding. WHEN WILL HE WITHDRAW FROM THE RACE?
Aug 4, 2026 · 11:01 PM UTC
5 · 1 · 26 · 1,877
Relevant | Recent | Likes

His Excellency Lord of District 4
@RinoLivesMatter · Aug 4
I'm gonna start a go fund me for Ralph.
2 · 8 · 236

Patriotnheels 🇺🇸👠
@patriotnheels · Aug 4
🤣🤣 he needs a lot'
1 · 3 · 129

D R
@drricks · Aug 5
This is purely anecdotal, but it seems his signs have been disappearing around the Mesa area... 🤔Hmmmm
1 · 1 · 46

Patriotnheels 🇺🇸👠
@patriotnheels · Aug 5
It is not anecdotal and it is not your imagination. The sign started disappearing shortly after I filed my first complaint.
2 · 45

Jan Krygier
@JanKrygier1 · Aug 5
Ralph Heap is not being well served by his attorney. Making facial gestures and laughing during public comments is childish and unprofessional. Disappointing. Time for the candidate to step in and man up.
2 · 1 · 1 · 11 · 1,520

**41. Post · Aug 4, 2026 · 11:01 PM UTC (continued)**

**Peggy McClain**
@redwildcat · Aug 4
@patriotnheels




3 96

**30 to 50 Feral Opossums** 🌵🇺🇸🇺🇦🇵🇦🇨🇦🇬🇱
@mebrannan · Aug 4
Maybe he thinks he can survive with just having 🧻 running ads. It's frustrating to see people say that this is happening to him because he's Republican. Dude, nobody made him do this to himself.

1 5 114

https://x.com/patriotnheels/status/2084776733937643916

## 42. Post · Aug 4, 2026 · 11:55 AM UTC

teapawt

**Patriotnheels** 🇺🇸👠
@patriotnheels · Aug 4
Today is the day we find out if Heap pays the price for his campaign finance fraud. Will he do the right thing and take his name off of the ballot for the general? Arizona deserves better!
Aug 4, 2026 · 11:55 AM UTC
6 · 4 · 20 · 1,518
Relevant | Recent | Likes

**Old Curmudgeon**
@1oldcurmudgeon · Aug 4
Are you going to support Hobbs, just like Cindy McCain? Or is this going to be your only effort to sabotage Republicans you don't like. (And thus elect Democrats).
1 · 45

**Nevertakeknee**
@nevertakeknee · Aug 4
You are not a conservative. You think you are just "doing the right thing" but its just vindictive cuz u didnt get ur candidate.
2 · 39

**30 to 50 Feral Opossums** 🌵🇺🇸🇺🇦🇵🇦🇨🇦🇬🇱
@mebrannan · Aug 4
The one thing I'm certain of is that Heap will not voluntarily do the right thing. No one associated with 🧻 ever does
2 · 44

**The Young Outlaw**
@FrontierRebel · Aug 4
You are mentally unstable. Now you're gloating? Unreal.
1 · 21

**Dawn**
@KikiMama70 · Aug 4
You care more about this than you do Katie Hobbs pay to play fraud
1 · 31

**Penny**
@maf7825 · Aug 5
When is Arizona going to care about the Arizona Native Americans trafficked and abused by people from Rwanda, Congo, Cameroon and Nigeria?

Arizona doesn't care their tax payers were fleeced over $8Billion in medical care fraud?

How do you allow fraud for 7 years?

WTF Arizona?
7

https://x.com/patriotnheels/status/2084609065511244159

**43. Repost · Aug 4, 2026 · 5:04 AM UTC**




https://x.com/consrevativdork/status/2084505654446661643

## 44. Reply · Aug 4, 2026 · 2:34 AM UTC



teapawt

**Patriotnheels** 🇺🇸👠
@patriotnheels · Aug 3
If Ralph Heap pulls out of using Clean Elections can he be trusted to follow A.R.S. §§ 16-926; 18-444; 38-541; 38-543–38-545; Citizens United v. Federal Election Commission, 558 U.S. 310 (2010)
A Commissioner shall not accept contributions from any regulated public service corporation nor from a person or entity in a generic docket or rulemaking proceeding that is registered as a lobbyist pursuant to Rule 5.2 or represented by a lobbyist that is registered with the Commission pursuant to Rule 5.2. A Commissioner shall not accept contributions from an intervenor to a pending case that is set before the Commission. Except for a Citizens Clean Elections Act candidate, in the event that a Commissioner unknowingly receives such a campaign contribution, the Commissioner shall refund the contribution. Except for a Citizens Clean Elections Act candidate, if the contribution is not or cannot be returned, the Commissioner shall recuse him or herself from participating or voting on any matter involving the public service corporation or party.
In the event that a Commissioner was or is a Citizens Clean Elections Act candidate and unknowingly received a prohibited contribution and cannot return the contribution, the Commissioner shall not be required to recuse him or herself. In such event, if the prohibited contribution becomes known prior to voting on a matter before the Commission, the Commissioner shall instead declare the contribution which benefited the Commissioner. The declaration shall be made in writing as soon as possible after the Commissioner knows that the public service corporation or party will be on an Open Meeting agenda, but no less than two business days before a vote on the matter. The declaration shall identify the donor, state the dollar amount of the contribution and whom it benefited. The declaration shall state whether the contribution was returned to the donor. The declaration shall also contain the following language:
"Any party to this matter who believes that I should recuse myself may file the reasons for recusal in this docket. I may or may not recuse myself from this matter."
The same declaration shall also be made orally by the Commissioner immediately following the Commission Chair announcing the matter for discussion at the Open Meeting. Any party to the case shall be given opportunity to state, at the Open Meeting, why the Commissioner should not be voting on the matter.
@DrRalphHeap
3 3 1 12 1,621

**Tyler Bowyer**
@tylerbowyer · Aug 4
You're helping democrats because a guy put up signs with his name on them and he won?
1 1 18 698

**Patriotnheels** 🇺🇸👠
@patriotnheels · Aug 4
You're leaving out the fact that he violated campaign finance laws. That's pretty critical. I know you strongly support him Tyler but if he can't even run an honest election how can we trust him if he were to get in that position. You keep saying I'm helping Democrats. I say Ralph Heap is helping Democrats because he's the one that violated campaign finance he's the one that didn't honor his word and he is the one that can't be trusted. You know as well as I do there is a mechanism in place to put a different Republican on the ballot. I raised very serious allegations and the fact that he refuses to sign off under penalty of perjury that his campaign finance reports are accurate speaks volumes.
Aug 4, 2026 · 2:34 AM UTC
1 6 138
Relevant Recent Likes

**Gayle Peters**
@GrandmaGayle · Aug 4
Presumably ACC must follow the law, and this is a bad start.
14

https://x.com/patriotnheels/status/2084468110598545563

**45. Post · Aug 3, 2026 · 11:45 PM UTC**



teapawt

Patriotnheels
@patriotnheels · Aug 3

Exactly! To my knowledge I would have to file a complaint with SOS. And if he does not remove himself from the ballot I WILL be submitting a complaint with the Arizona Secretary of State and the fines will be exponentially more. Heap simply cannot be trusted. Arizona voters deserve better.

> Stephen Richer
> @stephen_richer · Aug 3
>
> Note:
>
> Even if the Clean Elections Commission grants the withdrawal, that doesn't exempt the likely campaign finance violation.
>
> It would just shift it from the CEC to the SOS.
>
> And the penalties would be different.

Last edited Aug 3, 2026 · 11:45 PM UTC

3 · 16 · 1,390

https://x.com/patriotnheels/status/2084425473329942832

**46. Post · Aug 3, 2026 · 11:24 PM UTC**


teapawt

Patriotnheels 🇺🇸👠
@patriotnheels · Aug 3
My latest newsletter has information about the controversy surrounding Ralph Heap's race for the corporation commission. Today I found out he has asked to be removed from clean elections. Now he needs to be removed from the Ballot. He cannot prove he did not cheat during the primary. How can we trust him in the future?
conta.cc/4wG3sTq

AZ FIRST LT GOV NOMINEE, TRUMP SPEAKS UP FOR DATA CENTERS, RALPH HEAP IN HOT WATER
Email from @PATRIOTNHEELS AUGUST 3, 2026 CONTRIBUTIONS HELP PAY FOR THE WEBSITE, CONSTANT CONTACT, AND DUES TO ATTEND CLUBS TO HEAR SPEAKERS. THANK YOU FOR YOUR CONTINUED SUPPORT! DONATE TO PATRIOTN
myemail.constantcontact.com

Aug 3, 2026 · 11:24 PM UTC
1 5 18 1,014
Relevant Recent Likes

The Young Outlaw
@FrontierRebel · Aug 3
Again, this is a vanity project for you and your blog. Your preferred guy lost. I know you're still sore from being ousted from LD29 for being an ineffective leader but this is not going to heal that.

Do you have a replacement lined up? Funding? A GOTV plan?
12

https://x.com/patriotnheels/status/2084420227971137933

## 47. Post · Aug 3, 2026 · 10:32 PM UTC

teapawt

**Patriotnheels** 🇺🇸
@patriotnheels · Aug 3

Now that Ralph Heap has asked to withdraw from clean elections he needs to take the next appropriate step which is taking his name off of the ballot. He is damaged goods he is seen as a cheater. Republicans cannot stand for that. We must all ask Ralph Heap to remove his name from the ballot today @DrRalphHeap

> **Brahm Resnik**
> @brahmresnik · Aug 3
> UPDATE Ahead of 8/4 Clean Elections Commission meeting, GOP CorpComm candidate Ralph Heap asks to withdraw as Clean Elex candidate amid unanswered questions over who paid for his campaign signs. documentcloud.org/documents/...



Via hand delivery to:

Mr. Thomas Collins
Executive Director
Arizona Citizens Clean Elections Commission
1110 W. Washington Street, Suite 250
Phoenix, Arizona 85007

Dear Mr. Collins:

This firm represents Dr. Ralph Heap.

Very truly yours,

TIMOTHY A. LA SOTA, PLC
Timothy A. La Sota

Last edited Aug 3, 2026 · 10:32 PM UTC

💬 3 🔁 4 ❞ 2 ♥ 24 📊 2,485 Relevant Recent Likes

**Herbalist**
@NatureHerbalist · Aug 3
We need to get both republicans back on then!
💬 1 🔁 ❞ 1 ♥ 2 📊 134

**Patriotnheels** 🇺🇸
@patriotnheels · Aug 3
Yes we do.
💬 🔁 ❞ 1 ♥ 3 📊 210

**The Young Outlaw**
@FrontierRebel · Aug 3
And who do you have lined up to replace him? Nick Myers? GTFO.
💬 🔁 ♥ 📊 27

**Brian b**
@sardonic_007 · Aug 3
No. He should remain on and be held accountable. This is democracy in action and Arizonans deserve to have their vote heard.

Shouldn't have listened to TPUSA and honestly, have a D run corp commission would be better. We've seen the failures of R run for years
💬 🔁 ♥ 📊 68

https://x.com/patriotnheels/status/2084407174974054568

## 48. Repost · Aug 3, 2026 · 6:03 AM UTC

teapawt

**The AZ - abc15 - Data Guru**
@Garrett_Archer · Aug 2

Local natpop activist is desperately trying to justify Ralph Heap's obvious campaign finance violation of not paying for his campaign signs...

By pretending there is some sort of law that Clean Election candidates can't put up signs before funding.

The candidates she is referring to did not have to pay for signs since they paid for them in a previous cycle.




10 · 14 · 2 · 109 · 12,059

**Tyler Montague**
@TylerJMontague · Aug 3

So, it isn't just signs. It looks like Ralph Heap cheated on getting his signatures too. He turned in over 15,000 paper signatures and only shows $6.8k in expenses for them. Pretty much impossible if paid, even if he got rock-bottom rates, which is unlikely. They should investigate.

Aug 3, 2026 · 6:03 AM UTC

8 · 10 · 6 · 47 · 9,935

Relevant | Recent | Likes

**William Coffin**
@CoffinItUp · Aug 3

We are going to have to start considering the terrifying possibility that...Justin is the "smart" one???



## 48. Repost · Aug 3, 2026 · 6:03 AM UTC (continued)

12 405

**William Coffin**
@CoffinItUp · Aug 3
Just as a comparison...Jerone Davison paid $27K for 1200 signatures (and was kicked off the ballot for not enough valid signatures...).

xitter.cf/CoffinItUp/status/2044...

> **William Coffin**
> @CoffinItUp · Apr 16
> So let me understand...
>
> Jerone Davison paid nearly $27K for signature collection in about a month ($10K of that to some freedumb lawfirm in Georgia...), and he only managed to submit...
>
> checks notes...1,189 VALID SIGNATURES, falling well short of the required 1,430!!!???
>
> That is $22 PER VALID SIGNATURE, and he still couldn't pull it off? I don't even know who is the victim/scammer here...@kennyjacobs?

Breakdown by Recipient (sorted by total amount)

| Recipient | State | Total Paid | # of Payments | Details |
|---|---|---|---|---|
| We The Patriots Inc. | GA | $9,855 | 4 | $3,500 (3/28)<br>$3,425 (3/17)<br>$1,480 (3/20)<br>$1,450 (3/30) |
| Team Elohim LLC | AZ | $7,944 | 3 | $5,700 (3/24)<br>$1,444 (3/10)<br>$800 (3/18) |
| Chamberlain | AZ | $3,804 | 2 | $2,184 (3/24)<br>$1,620 (3/18) |
| Uncle Sams Petitions | AZ | $3,000 | 1 | $3,000 (3/16) |
| MS&S Consulting | AZ | $1,080 | 2 | $800 (3/25)<br>$280 (3/26) |
| Williams | AZ | $900 | 2 | $680 (3/25)<br>$220 (3/31) |

1 1 7 582

**Geoff**
@geoffPF2e · Aug 3
TPUSA does know how to create a good signature gathering scandal. I wonder if Bowyer consulted Austin Smith on the strategy.
1 19 388

**TucsonTales**
@TalesTucson · Aug 3
Austin Smith gathered his signatures!
12 309

**April**
@azishotttt · Aug 4
So volunteers can collect signatures as they did help with Ralph Heap and David Marshall. Right Tyler, that can be an option too? Not everyone has to be bribed to get signatures for good candidates.
3 71

https://x.com/TylerJMontague/status/2084158083144843460

## 49. Repost · Aug 2, 2026 · 10:46 PM UTC

teapawt

**The AZ - abc15 - Data Guru**
@Garrett_Archer · Aug 2

Local natpop activist is desperately trying to justify Ralph Heap's obvious campaign finance violation of not paying for his campaign signs...

By pretending there is some sort of law that Clean Election candidates can't put up signs before funding.

The candidates she is referring to did not have to pay for signs since they paid for them in a previous cycle.




Aug 2, 2026 · 10:46 PM UTC

10 · 14 · 2 · 109 · 12,059

Relevant | Recent | Likes

**Tyler Montague**
@TylerJMontague · Aug 3

So, it isn't just signs. It looks like Ralph Heap cheated on getting his signatures too. He turned in over 15,000 paper signatures and only shows $6.8k in expenses for them. Pretty much impossible if paid, even if he got rock-bottom rates, which is unlikely. They should investigate.

8 · 10 · 6 · 47 · 9,935

**Jeff 🇺🇸👌**
@plainAZtruth · Aug 3

Ok, people insisting used signs isn't a violation when it should be a reportable donation to be fair made me look it up (well use Grok at least)

azcleanelections.gov/rule-ma...

61

**BrianTerry180**
@BrianTerry180 · Aug 2

Natpop?

1 · 239

## 49. Repost · Aug 2, 2026 · 10:46 PM UTC (continued)

**Jeff** 🇺🇸🤞
@plainAZtruth · Aug 2
So they transferred campaign funds from one campaign to another? Or scavenged, stored, and then donated to the new campaign? Yes, nit picky, but so is the whole Clean Elections process apparently. Something if substantial campaign value was contributed to the current campaign before contributions were allowed. Or Clean Elections calls this legit and incumbents get an unfair advantage??
2 · 298

**30 to 50 Feral Opossums** 🌵🇺🇸🇺🇦🇵🇦🇨🇦
@mebrannan · Aug 2
Merissa's as dumb as she is stupid. Or she's disingenuous. That means you're a liar, Marissa.
1 · 13 · 380

**Marc McCarge**
@MMccarge30479 · Aug 3
Lol, with Bubba it's always defame and/or communist in her exhaustive vocab.
1 · 179

**Aprio. Co**
@Aprio_Co · Aug 2
Poopulist.



3

**AMF**
@AMF_Arizona · Aug 4
That vapid, insipid twat defames herself every time she opens her trap 🙄 How is she worried about anyone else doing it for her?
19

**...Myke**
@zyxnix · Aug 3
Merissa is a piece of work as my dad used to say..
36

Load more replies

https://x.com/Garrett_Archer/status/2084048201049616395

**50. Repost · Aug 2, 2026 · 3:11 PM UTC**

teapawt

**Matt Greer**
@MattRealest8 · Aug 2
The people defending Heap because he has an R next to his name probably would've defended the merchants and money changers because they were in the temple.
4 2 34 2,035

**kimowens**
@kimowens · Aug 2
It's their currency. They trade in all things subversive. Claiming ownership of "election integrity" as their sole domain and discretion, while actively defending someone who obviously engaged in cheating to win - using a mouthpiece that is on record as saying she is not a conservative and has abandoned a moral compass for a P&L in her choice of clients and behavior - you got this one right on the bullseye.

Anyone who truly believes in election integrity would be calling for Heap's forfeiture of his candidacy, either self imposed or legally invoked, and the immediate placement of @votenickmyers on the ballot. Losing to a cheater is not losing, it is a violation of trust. The voters are the victims of fraud and deserve a choice of two candidates in November, putting Nick on the ballot is the remedy.
Aug 2, 2026 · 3:11 PM UTC
3 8 4 39 6,513
Relevant Recent Likes

**MikeB56**
@mike_b56 · Aug 2
I hope Marissa sues the hell out of you
5 6 622

**Katie**
@Nopattkatie · Aug 2
@ScottPresler should pay attention and not align himself with gaslighting divisive people when he comes to town. It taints the messaging.
4 76

**Dirty Marsh**
@dirtyrndymarsh · Aug 2
They are absolute clowns peddling their BS to anyone dumb enough to believe it.
1 144

https://x.com/kimowens/status/2083933654284370148

**51. Repost · Aug 1, 2026 · 5:08 PM UTC**

teapawt

**Mohave Free Press**
@MohaveFreePress · Aug 1
There's a special meeting on Tuesday at 3pm, open to the public, being held by the AZ Clean Elections Committee regarding the Turning Point and FEC backed candidate Ralph Heap sign scandal. Will they impose a fine or remove him from the ballot? Stay tuned.
Aug 1, 2026 · 5:08 PM UTC
5 7 1 35 1,883

Relevant Recent Likes

**Mohave Free Press**
@MohaveFreePress · Aug 4
The Commission voted unanimously to deny Heap's request to withdraw from Clean Elections today. That was the only item on the agenda. This sets the stage for further action.
18

**AZSoonerGal**
@azsoonergal · Aug 1
What is the address?
2 2 121

**Mohave Free Press**
@MohaveFreePress · Aug 1
It's virtual only and the link hasn't been released yet.
1 1 107

View more replies ›

**Robin** 🌵
@robinyublind · Aug 1
They don't have the authority to remove him from the ballot.
1 1 101

**Mohave Free Press**
@MohaveFreePress · Aug 1
A.R.S. § 16-942 (Civil penalties and forfeiture of office

In Smith v. Arizona Citizens Clean Elections Commission (2006), the ACCEC determined an elected legislator exceeded spending limits by about 17%. It ordered forfeiture of office . AZ courts upheld their authority.
1 2 109

View more replies ›

Load more replies ⌄

https://x.com/MohaveFreePress/status/2083600782663037075

**52. Post · Aug 1, 2026 · 2:39 PM UTC**

teapawt

**Patriotnheels** 🇺🇸👠
@patriotnheels · Aug 1
Yes! I wonder if @tylerbowyer and the other Election deniers will distance themselves from @DrRalphHeap? There will be a hearing through clean Clean Elections coming up next week. Tick Tock time is running out for Heap to do the right thing and remove himself from the ballot.

> **conservativedork**
> @consrevativdork · Aug 1
> Actually, @tylerbowyer, today's news should be about how your boy, @DrRalphHeap got caught cheating clean elections and is still trying to play the system, and how he's going to be removed from office if he wins so he might as well drop out now so it can be fixed in time.
>
> **Tyler Bowyer**
> @tylerbowyer
> Today the headlines should be about how Katie Hobbs lost Arizona's most valuable resource— over the next number of years we will lose millions of acre feet thanks to Katie Hobbs which means our economy will suffer.
>
> These effects won't be totally felt right away but will drive costs exponentially over the oncoming years.
>
> That's why Andy Biggs chose @SineKerr, an expert in this field to fix it.
>
> Arizona won't survive electing Katie Hobbs
> Last edited 12:45 PM · 31 Jul 26 · **9.4K** Views

Aug 1, 2026 · 2:39 PM UTC
1 · 1 · 204

Relevant | Recent | Likes

**Fred Bastiat**
@fbastiat17 · Aug 1
I wonder if I'll ever hear from you as a so-called [s]elected official after this year.

Enjoy the wilderness!
2 · 1 · 38

https://x.com/patriotnheels/status/2083563326068678888

**53. Repost · Aug 1, 2026 · 12:17 AM UTC**




https://x.com/MohaveFreePress/status/2083346459215511761

**54. Post · Jul 31, 2026 · 11:30 PM UTC**




https://x.com/patriotnheels/status/2083334594854826193

**55. Reply · Jul 31, 2026 · 8:44 AM UTC**

teapawt

**Tyler Montague**
@TylerJMontague · Jul 31

Arizona Public Integrity Alliance Calls on Arizona Clean Elections Commission to Quickly Investigate Ralph Heap for "obvious violations of Arizona campaign finance law"

AZPIA President Montague also calls for Heap to "come clean" or withdraw from race

(Phoenix, July 30, 2026) – The Arizona Public Integrity Alliance (AZPIA) today called on the Arizona Citizens Clean Elections Commission (AZCCEC) to avoid further delays in its investigation of Ralph Heap for campaign finance violations.

In a complaint filed with the AZCCEC several weeks ago, a Republican activist accuses Heap, a current state lawmaker and candidate for the Arizona Corporation Commission (ACC), of illegally purchasing and installing as many as 1000 campaign signs before he qualified as a clean elections candidate or received any clean elections funding, a clear violation of Arizona elections law.

The same complaint pointed out that Heap failed to disclose who paid for the signs in his campaign finance report, even though the signs themselves included fine print claiming that they were paid for by his campaign, Ralph Heap for Reliable, Affordable Energy.

Heap also refused to sign a legally required sworn statement affirming that his campaign finance reports are accurate, raising suspicions that Heap himself knows these allegations are accurate.

"Ralph Heap lied to Arizona voters. He claimed that his clean elections campaign paid for his signs, but he didn't have any clean elections money. He filed a campaign finance report, but didn't disclose all his sign purchases. He claims to stand for election integrity, but his apparent fraud is making a mockery of Arizona's clean election system. Right now there are hundreds of Heap signs on Arizona streets, making a mockery of Arizona's clean elections system unless the AZCCEC takes quick and decisive action."

In addition to concern for obvious violations of the law, Montague expressed alarm

**55. Reply · Jul 31, 2026 · 8:44 AM UTC (continued)**

that, absent a rapid decision by the AZCCEC, voters in November could be faced with voting for a candidate whose narrow victory in the Republican Primary was directly attributable to an obvious and illegal violation of state campaign finance law.

"Ralph Heap defeated his opponent by less than 2% of the vote. There is no doubt in my mind that this outcome could have been different if not for Heap's illegal signs. Accordingly, I call upon the AZCCEC to conclude its investigation on this case in the next two weeks, before ballots are printed, to preserve the integrity of the clean elections system and ensure that voters can choose a candidate who did not violate the law.

"What's at stake here is nothing less than the relevance of Arizona's clean elections system," declared AZPIA President Tyler Montague. "If the allegations against Heap are proven true and he is allowed to remain on the ballot, every candidate and special interest group will know that they can manipulate clean elections at will.

"On the other hand, if the AZCCEC makes a decision before ballots are printed, those same special interest groups will know they can no longer game the system and win elections. The AZCCEC has to take a stand."

Montague also called upon Ralph Heap to do the right thing and disclose who paid for his campaign signs, or withdraw from the race, pointing out that the violations Heap is accused of could result in fines of hundreds of thousands of dollars.

"If Ralph Heap is still on the ballot in November, the special interests will win and the voters will lose."

###

9 17 8 58 13,632

**Patriotnheels** 🇺🇸👠
@patriotnheels · Jul 31

Thank you for calling for Ralph Heap to withdraw m. It is the only honorable move. He has been caught!

Jul 31, 2026 · 8:44 AM UTC

7 186

https://x.com/patriotnheels/status/2083111525372629253

**56. Repost · Jul 31, 2026 · 4:44 AM UTC**

teapawt

**Vincent La**
@elvicentela · Jul 31

Ralph Heap claimed about $600 of sign expenditures.

A typical printed 4x4 coroplast is $40. Add another $10 for rebar, and that's $50/sign not including labor.

Assuming Heap installed all 12 signs he could afford, it's interesting that, out of all the places in the state of Arizona, he chose to put one on the corner of SR-87 and McDowell Road--on the entrance the SRPMIC.

Why would somebody, running in a Republican primary with only 12 signs on hand, place one of them in a community where only 451 voted for Trump? In a state with a million registered Republicans?

Obviously this is rhetorical. We have eyes. Ralph Heap clearly bought HUNDREDS of signs and didn't report them on his campaign finance as required BY LAW.

This means that Ralph Heap committed election fraud.

And if ARS Title 16 isn't just fancy toilet paper, he should be disqualified.




**Tyler Montague**
@TylerJMontague · Jul 31

Arizona Public Integrity Alliance Calls on Arizona Clean Elections Commission to Quickly Investigate Ralph Heap for "obvious violations of Arizona campaign finance law"

AZPIA President Montague also calls for Heap to "come clean" or withdraw from race

(Phoenix, July 30, 2026) – The Arizona Public Integrity Alliance (AZPIA) today called on the Arizona Citizens Clean Elections Commission (AZCCEC) to avoid further delays in its investigation of Ralph Heap for campaign finance violations.

In a complaint filed with the AZCCEC several weeks ago, a Republican activist accuses Heap, a current state lawmaker and candidate for the Arizona Corporation Commission (ACC), of illegally purchasing and installing as many as 1000 campaign

## 56. Repost · Jul 31, 2026 · 4:44 AM UTC (continued)

signs before he qualified as a clean elections candidate or received any clean elections funding, a clear violation of Arizona elections law.

The same complaint pointed out that Heap failed to disclose who paid for the signs in his campaign finance report, even though the signs themselves included fine print claiming that they were paid for by his campaign, Ralph Heap for Reliable, Affordable Energy.

Heap also refused to sign a legally required sworn statement affirming that his campaign finance reports are accurate, raising suspicions that Heap himself knows these allegations are accurate.

"Ralph Heap lied to Arizona voters. He claimed that his clean elections campaign paid for his signs, but he didn't have any clean elections money. He filed a campaign finance report, but didn't disclose all his sign purchases. He claims to stand for election integrity, but his apparent fraud is making a mockery of Arizona's clean election system. Right now there are hundreds of Heap signs on Arizona streets, making a mockery of Arizona's clean elections system unless the AZCCEC takes quick and decisive action."

In addition to concern for obvious violations of the law, Montague expressed alarm that, absent a rapid decision by the AZCCEC, voters in November could be faced with voting for a candidate whose narrow victory in the Republican Primary was directly attributable to an obvious and illegal violation of state campaign finance law.

"Ralph Heap defeated his opponent by less than 2% of the vote. There is no doubt in my mind that this outcome could have been different if not for Heap's illegal signs. Accordingly, I call upon the AZCCEC to conclude its investigation on this case in the next two weeks, before ballots are printed, to preserve the integrity of the clean elections system and ensure that voters can choose a candidate who did not violate the law.

"What's at stake here is nothing less than the relevance of Arizona's clean elections system," declared AZPIA President Tyler Montague. "If the allegations against Heap are proven true and he is allowed to remain on the ballot, every candidate and special interest group will know that they can manipulate clean elections at will.

"On the other hand, if the AZCCEC makes a decision before ballots are printed, those same special interest groups will know they can no longer game the system and win elections. The AZCCEC has to take a stand."

Montague also called upon Ralph Heap to do the right thing and disclose who paid for his campaign signs, or withdraw from the race, pointing out that the violations Heap is accused of could result in fines of hundreds of thousands of dollars.

"If Ralph Heap is still on the ballot in November, the special interests will win and the voters will lose."

###

Jul 31, 2026 · 4:44 AM UTC

6 11 2 51 3,954 Relevant Recent Likes

**Tyler Montague**
@TylerJMontague · Jul 31
Agreed
4 121

**Mr. B**
@MrInvigorator · Jul 31
I'll never understand candidates obsession with signs. A sign never once got someone to vote or change their mind. Money is always better spent on ground game/ballot chasing tech
1 2 77

https://x.com/elvicentela/status/2083051142964191539

**57. Repost · Jul 31, 2026 · 1:50 AM UTC**

teapawt

**Tyler Montague**
@TylerJMontague · Jul 31

Arizona Public Integrity Alliance Calls on Arizona Clean Elections Commission to Quickly Investigate Ralph Heap for "obvious violations of Arizona campaign finance law"

AZPIA President Montague also calls for Heap to "come clean" or withdraw from race

(Phoenix, July 30, 2026) – The Arizona Public Integrity Alliance (AZPIA) today called on the Arizona Citizens Clean Elections Commission (AZCCEC) to avoid further delays in its investigation of Ralph Heap for campaign finance violations.

In a complaint filed with the AZCCEC several weeks ago, a Republican activist accuses Heap, a current state lawmaker and candidate for the Arizona Corporation Commission (ACC), of illegally purchasing and installing as many as 1000 campaign signs before he qualified as a clean elections candidate or received any clean elections funding, a clear violation of Arizona elections law.

The same complaint pointed out that Heap failed to disclose who paid for the signs in his campaign finance report, even though the signs themselves included fine print claiming that they were paid for by his campaign, Ralph Heap for Reliable, Affordable Energy.

Heap also refused to sign a legally required sworn statement affirming that his campaign finance reports are accurate, raising suspicions that Heap himself knows these allegations are accurate.

"Ralph Heap lied to Arizona voters. He claimed that his clean elections campaign paid for his signs, but he didn't have any clean elections money. He filed a campaign finance report, but didn't disclose all his sign purchases. He claims to stand for election integrity, but his apparent fraud is making a mockery of Arizona's clean election system. Right now there are hundreds of Heap signs on Arizona streets, making a mockery of Arizona's clean elections system unless the AZCCEC takes quick and decisive action."

In addition to concern for obvious violations of the law, Montague expressed alarm that, absent a rapid decision by the AZCCEC, voters in November could be faced with voting for a candidate whose narrow victory in the Republican Primary was directly attributable to an obvious and illegal violation of state campaign finance law.

"Ralph Heap defeated his opponent by less than 2% of the vote. There is no doubt in my mind that this outcome could have been different if not for Heap's illegal signs. Accordingly, I call upon the AZCCEC to conclude its investigation on this case in the next two

## 57. Repost · Jul 31, 2026 · 1:50 AM UTC (continued)

weeks, before ballots are printed, to preserve the integrity of the clean elections system and ensure that voters can choose a candidate who did not violate the law.

"What's at stake here is nothing less than the relevance of Arizona's clean elections system," declared AZPIA President Tyler Montague. "If the allegations against Heap are proven true and he is allowed to remain on the ballot, every candidate and special interest group will know that they can manipulate clean elections at will.

"On the other hand, if the AZCCEC makes a decision before ballots are printed, those same special interest groups will know they can no longer game the system and win elections. The AZCCEC has to take a stand."

Montague also called upon Ralph Heap to do the right thing and disclose who paid for his campaign signs, or withdraw from the race, pointing out that the violations Heap is accused of could result in fines of hundreds of thousands of dollars.

"If Ralph Heap is still on the ballot in November, the special interests will win and the voters will lose."

###

Jul 31, 2026 · 1:50 AM UTC

9 · 17 · 8 · 58 · 13,632 Relevant Recent Likes

**Patriotnheels**
@patriotnheels · Jul 31
Thank you for calling for Ralph Heap to withdraw m. It is the only honorable move. He has been caught!
7 · 186

**TucsonTales**
@TalesTucson · Jul 31
IOIYR

(It's okay if you're Republican.)
4 · 116

**Bud Fox**
@BudFox14647 · Jul 31
Ralph Heap has my vote, blow it out your ass!
4 · 130

**Defenestrator**
@24Defenestrator · Jul 31
Sounds like time to sue the fraudulent AZ Public Integrity Alliance and "Clean Elections"
2 · 197

**The Young Outlaw**
@FrontierRebel · Jul 31
Literally nobody cares who paid for his signs. We just want cheaper energy prices and no green new deal bullshit. You Politico bro's live in a bubble. Take a walk (looks like you need one) and talk to voters about energy prices, they do not care about

https://x.com/TylerJMontague/status/2083007312068063630

**58. Post · Jul 28, 2026 · 7:20 PM UTC**




https://x.com/patriotnheels/status/2082184554295824844

**59. Post · Jul 27, 2026 · 4:54 PM UTC**

teapawt

**Patriotnheels** 🇺🇸👠
@patriotnheels · Jul 27
Ralph Heap may have violated the rules of Clean Elections. Should he be allowed to be on the ballot?

> **Patriotnheels** 🇺🇸👠
> @patriotnheels · Jul 27
> I am always watching
>
> arizonaagenda.com/p/ralph-he...




> **Ralph Heap has a money problem**
> Allegations that a GOP Corporation Commission nominee lied about his campaign spending are holding up the money he needs for November.
> arizonaagenda.com

Jul 27, 2026 · 4:54 PM UTC

3 · 1 · 1 · 16 · 1,679 — Relevant | Recent | Likes

**Matt Greer**
@MattRealest8 · Jul 27
Someone needs to look into the IE's going on. There seems to be a lot of undisclosed IE's going around.
1 · 5 · 83

**conservativedork**
@consrevativdork · Jul 27
Nope. But can he realistically be removed?
1 · 12

**mike**
@cannonballmike · Jul 28
It sounds like you have an agenda against him if you can't outright say "did violate".
11

https://x.com/patriotnheels/status/2081785347256762733

**60. Repost · Jul 27, 2026 · 2:57 PM UTC**

teapawt

**Energy Mom AZ**
@EnergyMomAZ · Jul 27
A good look at the only election fraud that occurred during the primary.

**Robbie Sherwood**
@RobbieSherwood · Jul 27
Ralph is in a Heap of trouble. @arizonaagenda
arizonaagenda.com/p/ralph-he...




Jul 27, 2026 · 2:57 PM UTC
2 3 1 15 1,906

Relevant Recent Likes

**Rachel Walden**
@waldenpatriot · Jul 27
That you know of. How people got over 10k signatures without going to events and without spending any money is quite the magic act.
2 15 214

**Energy Mom AZ**
@EnergyMomAZ · Jul 27
True. Should've said *biggest* not only
8 118

**Dan**
@MrDanTheMan1990 · Jul 27
When people ask why we are so mad and why @votenickmyers was justified in his responses.
1 12 220

https://x.com/EnergyMomAZ/status/2081755983626277315

**61. Reply · Jul 24, 2026 · 4:08 PM UTC**


teapawt

azcentral
@azcentral · Jul 24
GOP consultants say low voter turnout and a Turning Point endorsement may have given Ralph Heap an edge in the Corporation Commission primary.
azcentral.com/story/news/pol...

**How Turning Point-backed Ralph Heap advanced in utility board primary**
Ralph Heap, a challenger endorsed by Turning Point, defeated incumbent Nick Myers for a GOP Corporation Commission nomination.
azcentral.com

1 1 1,766

Patriotnheels
@patriotnheels · Jul 24
I am of the opinion Heap violated Clean Elections rules.
Jul 24, 2026 · 4:08 PM UTC

1 18

https://x.com/patriotnheels/status/2080686522941296826

**62. Repost · Jul 18, 2026 · 1:28 AM UTC**




https://x.com/EnergyMomAZ/status/2078290816351846425

**63. Repost · Jul 17, 2026 · 3:56 PM UTC**




https://x.com/nickmyersaz/status/2078146889212703155

## 64. Repost · Jul 17, 2026 · 3:18 PM UTC

teapawt

**Energy Mom AZ**
@EnergyMomAZ · Jul 17
🚨 @DrRalphHeap is blatantly violating Arizona Clean Elections (@AZCCEC) law – come take a walk with me on this beautiful thread🚨

🧵🧵🧵
@consrevativdork, @reaganspriest, @WayneSchutsky, @jeremyduda, @MattRealest8, @MohaveFreePress @jeffreym_nelson, @MrDanTheMan1990

Jul 17, 2026 · 3:18 PM UTC

💬 4 🔁 7 ❞ 3 ♥ 19 📊 5,910

Relevant Recent Likes

**Energy Mom AZ**
@EnergyMomAZ · Jul 17
Below, I stated that @DrRalphHeap's signs were suspiciously going up across AZ. W/ little COH reported in his Q1 report, it seemed unlikely he raised enough $ after 4/1 to legally make this purchase. Heap has told people he bought 1k signs. That kind of purchase costs thousands.

> **Energy Mom AZ**
> @EnergyMomAZ · May 17
> 🧵I've noticed that @DrRalphHeap has A LOT of signs up. Why is that interesting? Well - Ralph says his campaign is paying for them.
>
> A few issues:
>
> 1 - His Q1 report showed no purchases
>
> 2 - His campaign had $618 in the bank as of 3/31
>
> 3 - The sign buy was worth thousands of $




**Amended 2026 Quarter 1**

| | |
|---|---|
| Election Cycle: | 2026 |
| Date Filed: | May 15, 2026 |
| Reporting Period: | January 1, 2026-March 31, 2026 |
| Jurisdiction: | Arizona Secretary of State |

**Summary of Finances**

| | |
|---|---|
| Cash Balance at Beginning of Reporting Period: | $1,452.35 |
| Total Cash Receipts this Reporting Period: | $6,046.30 |
| Total Cash Disbursements this Reporting Period: | $6,880.00 |
| Cash Balance at End of Reporting Period: | $618.65 |

Report ID: 393137

101945 Ralph Heap for Corporation Commissioner — Amended Quarter 1
Jurisdiction: Arizona Secretary of State — Covers 01/01/2026 to 03/31/2026

**Schedule E1 - Operating expenses**

| | Date | Amount | Cycle To Date |
|---|---|---|---|
| Name: Uncle Sam Petitions<br>Address: 1441 S Lindsay Rd, Apt 1088, Mesa, AZ 85204<br>Category: Miscellaneous - Petitions | 01/13/2026 | $4,880.00 Cash | $6,880.00 |
| Name: Uncle Sam Petitions<br>Address: 1441 S Lindsay Rd, Apt 1088, Mesa, AZ 85204<br>Category: Miscellaneous - Petitions | 02/14/2026 | $2,000.00 Cash | $6,880.00 |
| Total of Operating Expenses | | $6,880.00 | |
| Total of Refunds, Rebates, and Credits Received | | $0.00 | |
| Net Total of Operating Expenses | | $6,880.00 | |

💬 1 🔁 ♥ 6 📊 700

**Energy Mom AZ**
@EnergyMomAZ · Jul 17
The contents of @DrRalphHeap's Q2 report proves he is in violation of @AZCCEC law. His report shows he raised only $3,145 in seed $ (less if you remove duplicate entries) & spent $1,175. Of that, $0 went to signs. Over his campaign, he has spent $644 on signs, enough for about 30





**64. Repost · Jul 17, 2026 · 3:18 PM UTC (continued)**



1 · 6 · 372

**Energy Mom AZ**
@EnergyMomAZ · Jul 17
If @DrRalphHeap only spent $644 on signs, how does he have hundreds up across the state? Who is paying for them and why is he hiding that information from the public?

1 · 6 · 349

**Energy Mom AZ**
@EnergyMomAZ · Jul 17
Also of note - Heap's largest outlay of Q2 went to Moir & Associates, a firm owned by Patrick Moir. Coincidentally I'm sure, Moir is listed as the statutory agent of A La Carte Campaigns LLC, a new firm running Turning Point's IE spend against @VoteNickMyers & for @DrRalphHeap.

Patrick Moir - Political & Real Estate Consultant

1 · 1 · 10 · 1,367

**Energy Mom AZ**
@EnergyMomAZ · Jul 17
No record of how hundreds of signs were paid for and a paper trail to a consultant running IEs on his behalf (possible coordination?)- the corruption here is staggering. All of this should be thoroughly investigated and should disqualify @DrRalphHeap from holding public office.

1 · 10 · 412

**Reagan Priest**
@reaganspriest · Jul 17
And, for what it's worth: azcapitoltimes.com/news/2026...

**Corp Comm incumbents accept 'prohibited donations' despite claims to the contrary | Arizona Capitol...**
Two Arizona Corporation Commissioners seeking reelection have said they aren't influenced by the utility companies they regulate.
azcapitoltimes.com

1 · 2 · 3 · 429

**Reagan Priest**
@reaganspriest · Jul 17
pro.stateaffairs.com/az/yell...

https://x.com/EnergyMomAZ/status/2078137382600372228

**Tyler Montague**

**@TylerJMontague. 16 post(s), newest first.**

**1. Repost · Sep 3, 2026 · 3:22 PM UTC**




https://x.com/consrevativdork/status/2095532970622996872

**2. Reply · Aug 30, 2026 · 3:32 PM UTC**

teapawt

**Organizermemes**
@OrganizerMemes · Aug 28
Breaking: Far-right Arizona state senate candidate Jake Hoffman @jakehoffmanaz, an indicted fake elector who tried to overturn the 2020 election, has been caught profiting hundreds of thousands of dollars off of candidates he recruited to run in Arizona, creating glaring conflict of interest concerns from even republican politicos.




3 · 25 · 2 · 54 · 7,423

**Tyler Montague**
@TylerJMontague · Aug 30
And the allegation has been made by Nick Myers that Jake encourages people to go against what CCEC says are the rules. Thus, Ralph Heap is in a deep heap o trouble. So, is this the Hoffman business model? "Hey, I'll float you for all the [illegal] early spending on signs and signatures, then you hit me back when you get your funding...and then you can be my puppet in office, and we'll go from there!"
Aug 30, 2026 · 3:32 PM UTC
1 · 91

https://x.com/TylerJMontague/status/2094085784995537315

## 3. Post · Aug 14, 2026 · 7:33 PM UTC

teapawt

**Tyler Montague**
@TylerJMontague · Aug 14
My take: Ralph Heap getting funded by CCEC keeps him in the program, accountable to those rules, and under investigation. He will likely come to regret that. I am guessing their investigation is going to find massive violations.
Aug 14, 2026 · 7:33 PM UTC
7 8 1 39 1,966
Relevant Recent Likes

**Buck Montana**
@BuckMontana3 · Aug 22
Yeah, he gets elected anyway… he doesn't get 86ed from the ballot. Isn't that right ?
1 7

**Tyler Montague**
@TylerJMontague · Aug 22
Possibly. I don't think he gets kicked off the ballot. Just my guess. I do think he gets some hefty fines, and funding gets clawed back. Again, my guess. Ralph Heap's a decent guy who took bad advice from bad people with bad motives, and now he's going to get hammered for it.
5

**Patriotnheels** 🇺🇸👠
@patriotnheels · Aug 14
And I believe CE funds cannot pay for an attorney or fines.
6 127

**Geoff**
@geoffPF2e · Aug 14
And this is the guy that TPUSA and MAGA want in charge of monitoring and regulating the perhaps most complex financial statements of any corporation, utility rates. They are ridiculously complex and Heap is a former surgeon that couldn't even get his CCEC disclosure in order.
1 3 18 203

**Mohave Free Press**
@MohaveFreePress · Aug 14
Agree. My thoughts exactly.
5 98

**Mike Deacon**
@mike_deaco3312 · Aug 15
. Tyler the talking Turd
2 30

**TheActuator**
@deusxmach1na · Aug 18
Did you look at his signatures? Can I DM you with something I find funny about his signatures?
6

**Arizona's Law**
@arizonaslaw · Aug 15
He's represented by Tim LaSota.
82

https://x.com/TylerJMontague/status/2088348312806252987

**4. Repost · Aug 12, 2026 · 11:22 PM UTC**

teapawt

**Patriotnheels** 🇺🇸👠
@patriotnheels · Aug 12

In a new filing by @TylerJMontague it is past time for @DrRalphHeap to withdraw.
A new filing in the Ralph Heap Clean Elections case argues that his campaign's own response raises serious questions.
According to the filing:

• Heap's campaign ordered signs in April and received them in May.
• The obligation was not reported and reportedly remains unpaid.
• Clean Elections rules require extensions of credit to be reported when the obligation is incurred—not simply when the bill is paid.
• Heap's campaign reported only $19,136.30 in total receipts, while AZPIA estimates the signature-gathering operation alone was worth $28,791–$77,933.
• The filing asks the Commission to obtain the sign invoices, installation costs, petition expenses and related communications.
• It also asks that Heap's Clean Elections funding remain withheld while the matter is investigated.

The question is becoming increasingly simple: How was a statewide campaign operation involving hundreds of signs and signature gathering financed—and why weren't those obligations disclosed?
Arizona voters deserve answers before hundreds of thousands of dollars in taxpayer-funded Clean Elections money is released.

Aug 12, 2026 · 11:22 PM UTC

2 · 12 · 28 · 1,118

Relevant | Recent | Likes

**Jan Krygier**
@JanKrygier1 · Aug 13

Campaign finance reporting is extremely tricky. As a candidate, you had better know what you're doing or else find somebody who does. The silence is deafening.

1 · · 10 · 89

**conservativedork**
@consrevativdork · Aug 13

Let's not forget the implications of the sign shop that mysteriously didn't invoice for the signs. Was it because someone else paid for them? Was it an "in kind" donation from a company (which is illegal in two different ways)?

· 1 · 1 · 5 · 165

https://x.com/patriotnheels/status/2087681060184494238

**5. Repost · Aug 10, 2026 · 1:53 PM UTC**




https://x.com/patriotnheels/status/2086813117724381199

**6. Repost · Aug 9, 2026 · 1:39 PM UTC**



teapawt

Patriotnheels 🇺🇸👠
@patriotnheels · Aug 9
Day5 of asking @DrRalphHeap to withdraw from the ACC race. It is time for @AZGOP and @SurgeShow to do the right thing and ask @DrRalphHeap to withdraw for the sake of the party and our state. #AZCORPCOMMrace
Aug 9, 2026 · 1:39 PM UTC
5 9 28 1,509
Relevant Recent Likes

AZSoonerGal
@azsoonergal · Aug 9
I am wondering "why" @DrRalphHeap 's handlers will not do the right thing for The People and the Republican party🤷‍♀️
5 87

Mohave Free Press
@MohaveFreePress · Aug 9
If Heap does not drop out we will not vote for him. We will write in @votenickmyers as a protest.
3 1 7 485

Robin 🌵
@robinyublind · Aug 10
xitter.cf/surgeshow/status/20865...
1 2 128

Kokopelli
@AzSvor · Aug 9
Do the ethical thing and drop out @DrRalphHeap
2 42

Load more replies

https://x.com/patriotnheels/status/2086447185369944544