## 7. Post · Aug 7, 2026 · 9:32 PM UTC

teapawt



**Tyler Montague**
@TylerJMontague · Aug 7

THE 46-CENT SIGNATURE: What we found inside Ralph Heap's petition filing 🧵👇

We read all 1,780 petition sheets behind the 15,074 signatures that put Corporation Commission candidate Ralph Heap on the ballot — every circulator affidavit, cross-checked against state registration and campaign finance records. AZPIA has filed the results with the Clean Elections Commission, which is already withholding ~$370,000 in public funding from Heap. The case, in three numbers:

1. **86% professional**. Nearly half of Heap's signatures were gathered by people state records tie directly to paid petition firms — including the OWNER of Uncle Sam Petitions himself, signing affidavits in Heap's stack, and a circulator whose listed home address IS the firm's registered address — and 86% by a crew bearing the marks of a managed paid operation. Heap, his family, and identifiable volunteers: about 14%.

2. **46 cents a signature**. Heap reported $6,880 for signature gathering. Six candidates who bought signatures from the same two firms this cycle reported paying $1.91 to $5.17 per signature. At those rates his drive was worth $29,000–$78,000. His campaign's entire reported spending for the whole statewide race: $9,581.50 — no consultant, no other vendor. Clean Elections candidates can't accept services someone else paid for.

3. **One paper trail**. For ballot measures and recalls, Arizona makes paid circulators register and name who's paying them. For a candidate's petition, in-state circulators file nothing — the only public record of who was paid is the candidate's own report. Heap's crew holds 58 paid-circulator registrations for other petitions, several filed in the very weeks his sheets were being signed. The one place the cost had to show up is his report. It shows $6,880. (Two crew members were out-of-state — registration was mandatory for them regardless of pay. It doesn't exist. Their 1,614 signatures broke state law on residency grounds alone.)

**The offer a sitting commissioner says he refused**. Per KJZZ, Commissioner Nick Myers says that in his own 2022 Clean Elections campaign he was offered off-the-books financing — by the AZ Free Enterprise Club ("pay yourself back when you get your funding") and by Sen. Jake Hoffman personally: "Jake offered to buy signs and said, 'You can pay me back.'" Myers refused. Hoffman denies it.

We cannot prove anyone made Heap that offer. What records show: Hoffman recruited Heap and organized his slate; two slate-

## 7. Post · Aug 7, 2026 · 9:32 PM UTC (continued)

mates have paid Hoffman's firm $121k and $90k while Heap reports no consultant at all; Hoffman's own committee pays the same petition network that staffed Heap's drive; the Free Enterprise Club helped recruit Heap and spent $16,000 supporting him. Heap's reports look the way a candidate's reports would look if the scheme Myers described were operating. Whether it is — that's what we've asked the Commission to resolve, with sworn testimony and subpoenaed bank records, before the public money goes out.

**Also in the sheets**: the felon circulator whose signatures a judge threw out in the "sham Green Party" case — 370 more for Heap. The "sham" Green candidate himself and his wife — 560+ signatures for Heap from one household. And a Texan who swore, 38 times, that he votes in Maricopa County.

The petition sheets tell us who did the work. The campaign's fourteen-line expense report says almost nobody was paid to do it. Both cannot be true — and the Commission has the subpoena power to find out which one is false.

Full filing, sheet-level data, and sources available to any reporter who asks.

Aug 7, 2026 · 9:32 PM UTC

8 · 29 · 9 · 85 · 21,716 Relevant Recent Likes

**Vincent La**
@elvicentela · Aug 7
ChatGPT cooked at the end here

Ralph Heap Sign Debacle · Work

- invoices, deposits, balances and payment records;
- raw versus accepted signature counts;
- circulator payroll and subcontractor payments;
- communications explaining Heap's special rate;
- and any person or organization that reimbursed the vendor.

This may be more straightforward than the signs. The signs establish an obviously implausible inventory discrepancy, but require reconstructing production and installation. Here, you apparently have **one identifiable vendor, seven campaigns, sworn paid-circulator sheets and a 4×–10× price disparity visible in public reports.**

Absent some very specific contractual explanation, this looks like either an unreported liability, an unreported in-kind contribution, or a third-party subsidy. None is compatible with "the campaign reports are complete and accurate" unless properly disclosed.

Heap may have managed to buy both his signs and his signatures from the campaign-finance equivalent of Temu.

ChatGPT can make mistakes. Check important info.

3 · 1 · 18 · 632

**Arizona's Law**
@arizonaslaw · Aug 7
Thank you, Tyler. I was hoping someone would do that hard work. You did!

23 · 604

**Suns since 76-77** 💜🧡💜🧡💜🧡
@SAINTTLF · Aug 7
Welp, looks like we found some more Republican voters fraud.

https://x.com/TylerJMontague/status/2085841638715486419

**8. Reply · Aug 6, 2026 · 4:36 PM UTC**



teapawt

**Patriotnheels** 
@patriotnheels · Aug 5
I have filed an official complaint with @AZSecretary's office about the possible campaign finance violations committed by Ralph Heap. I look forward to the investigation. @DrRalphHeap
3 9 2 42 2,260

**Tyler Montague** 
@TylerJMontague · Aug 6
Ever notice how if you go after cheaters, you suddenly get trashed by lots of anonymous X accounts with garbage ad hominem spammy attacks? Turning Point types.
Aug 6, 2026 · 4:36 PM UTC
1 5 76
Relevant Recent Likes

**Patriotnheels** 
@patriotnheels · Aug 6
Yep. But then I have people I do not hear from often calling me to personally tell me they are proud of me. I listen to those people.
1 4 52

**Tyler Montague** 
@TylerJMontague · Aug 6
Add me to the people who are proud of you
1 3 33

View more replies

https://x.com/TylerJMontague/status/2085404638015320159

**9. Reply · Aug 5, 2026 · 3:40 PM UTC**

teapawt

**Stephen Richer**
@stephen_richer · Aug 4
Ralph Heap's request to withdraw as a clean elections commissioner is DENIED by the commission.

0-4.

> **Stephen Richer**
> @stephen_richer · Aug 4
> So far all four public speakers have been against Heap's request.
>
> youtube.com/watch?v=lunSbFzS...

3 · 8 · 45 · 3,106

**Geoff**
@geoffPF2e · Aug 5
Clean elections committee from the top rope.




1 · 2 · 37

**Tyler Montague**
@TylerJMontague · Aug 5
It was an indication that the CCEC is pissed at having election rules be blatantly mocked by Heap.
Aug 5, 2026 · 3:40 PM UTC
1 · 3 · 19

Relevant | Recent | Likes

**Geoff**
@geoffPF2e · Aug 5
What are the chances he drops out in your opinion?
1 · 21

**Tyler Montague**
@TylerJMontague · Aug 5
About a coin flip
1 · 12

https://x.com/TylerJMontague/status/2085028167245521159

**10. Post · Aug 4, 2026 · 4:10 AM UTC**

teapawt

**Tyler Montague**
@TylerJMontague · Aug 4
Ralph Heap should just drop out altogether and call it a learning experience. I view him as a decent person who got caught up with bad company and took bad advice. Best remedy is withdrawal from the race.

> **Stephen Richer**
> @stephen_richer · Aug 3
> Note:
>
> Even if the Clean Elections Commission grants the withdrawal, that doesn't exempt the likely campaign finance violation.
>
> It would just shift it from the CEC to the SOS.
>
> And the penalties would be different.

Aug 4, 2026 · 4:10 AM UTC
4 · 5 · 1 · 34 · 3,468
Relevant | Recent | Likes

**BonnieHotInArizona😎**
@arizona_bonnie · Aug 8
Is that how you see it, Tyler?

How about this one?
Did @LD3azgop48 knowingly push fraud @George_Khalaf on the Red Voters of LD3, or were LD3 PC's unaware of Khalaf's crookedness in last campaign he worked?




8

**Monstar**
@Burlydee · Aug 4
He's a shit person who tried to defraud the system.
26

https://x.com/TylerJMontague/status/2084492093251264736

**11. Repost · Aug 3, 2026 · 11:45 PM UTC**




https://x.com/patriotnheels/status/2084425473329942832

## 12. Reply · Aug 3, 2026 · 6:03 AM UTC

teapawt

**The AZ - abc15 - Data Guru**
@Garrett_Archer · Aug 2
Local natpop activist is desperately trying to justify Ralph Heap's obvious campaign finance violation of not paying for his campaign signs...

By pretending there is some sort of law that Clean Election candidates can't put up signs before funding.

The candidates she is referring to did not have to pay for signs since they paid for them in a previous cycle.




10 · 14 · 2 · 109 · 12,059

**Tyler Montague**
@TylerJMontague · Aug 3
So, it isn't just signs. It looks like Ralph Heap cheated on getting his signatures too. He turned in over 15,000 paper signatures and only shows $6.8k in expenses for them. Pretty much impossible if paid, even if he got rock-bottom rates, which is unlikely. They should investigate.
Aug 3, 2026 · 6:03 AM UTC
8 · 10 · 6 · 47 · 9,935

Relevant · Recent · Likes

**William Coffin**
@CoffinItUp · Aug 3
We are going to have to start considering the terrifying possibility that...Justin is the "smart" one???



## 12. Reply · Aug 3, 2026 · 6:03 AM UTC (continued)

12 · 405

**William Coffin**
@CoffinItUp · Aug 3
Just as a comparison...Jerone Davison paid $27K for 1200 signatures (and was kicked off the ballot for not enough valid signatures...).

xitter.cf/CoffinItUp/status/2044...

> **William Coffin**
> @CoffinItUp · Apr 16
> So let me understand...
>
> Jerone Davison paid nearly $27K for signature collection in about a month ($10K of that to some freedumb lawfirm in Georgia...), and he only managed to submit...
>
> checks notes...1,189 VALID SIGNATURES, falling well short of the required 1,430!!!???
>
> That is $22 PER VALID SIGNATURE, and he still couldn't pull it off? I don't even know who is the victim/scammer here...@kennyjacobs?
>
> Breakdown by Recipient (sorted by total amount)

| Recipient | State | Total Paid | # of Payments | Details |
|---|---|---|---|---|
| We The Patriots Inc. | GA | $9,855 | 4 | $3,500 (3/28) $3,425 (3/17) $1,480 (3/20) $1,450 (3/30) |
| Team Elohim LLC | AZ | $7,944 | 3 | $5,700 (3/24) $1,444 (3/10) $800 (3/18) |
| Chamberlain | AZ | $3,804 | 2 | $2,184 (3/24) $1,620 (3/18) |
| Uncle Sams Petitions | AZ | $3,000 | 1 | $3,000 (3/16) |
| MS&S Consulting | AZ | $1,080 | 2 | $800 (3/25) $280 (3/26) |
| Williams | AZ | $900 | 2 | $680 (3/25) $220 (3/31) |

1 · 1 · 7 · 582

**Geoff**
@geoffPF2e · Aug 3
TPUSA does know how to create a good signature gathering scandal. I wonder if Bowyer consulted Austin Smith on the strategy.
1 · 19 · 388

**TucsonTales**
@TalesTucson · Aug 3
Austin Smith gathered his signatures!
12 · 309

**April**
@azishotttt · Aug 4
So volunteers can collect signatures as they did help with Ralph Heap and David Marshall. Right Tyler, that can be an option too? Not everyone has to be bribed to get signatures for good candidates.
3 · 71

https://x.com/TylerJMontague/status/2084158083144843460

## 13. Reply · Jul 31, 2026 · 2:32 AM UTC

teapawt

**David Leibowitz**
@leiboaz · Jul 31
One member "alliance" funded by dark money calling for integrity. 😂😂😂😂

**Tyler Montague**
@TylerJMontague · Jul 31
Arizona Public Integrity Alliance Calls on Arizona Clean Elections Commission to Quickly Investigate Ralph Heap for "obvious violations of Arizona campaign finance law"

AZPIA President Montague also calls for Heap to "come clean" or withdraw from race

(Phoenix, July 30, 2026) – The Arizona Public Integrity Alliance (AZPIA) today called on the Arizona Citizens Clean Elections Commission (AZCCEC) to avoid further delays in its investigation of Ralph Heap for campaign finance violations.

In a complaint filed with the AZCCEC several weeks ago, a Republican activist accuses Heap, a current state lawmaker and candidate for the Arizona Corporation Commission (ACC), of illegally purchasing and installing as many as 1000 campaign signs before he qualified as a clean elections candidate or received any clean elections funding, a clear violation of Arizona elections law.

The same complaint pointed out that Heap failed to disclose who paid for the signs in his campaign finance report, even though the signs themselves included fine print claiming that they were paid for by his campaign, Ralph Heap for Reliable, Affordable Energy.

Heap also refused to sign a legally required sworn statement affirming that his campaign finance reports are accurate, raising suspicions that Heap himself knows these allegations are accurate.

"Ralph Heap lied to Arizona voters. He claimed that his clean elections campaign paid for his signs, but he didn't have any clean elections money. He filed a campaign finance report, but didn't disclose all his sign purchases. He claims to stand for election integrity, but his apparent fraud is making a mockery of Arizona's clean election system. Right now there are hundreds of Heap signs on Arizona streets, making a mockery of Arizona's clean elections system unless the AZCCEC takes quick and decisive action."

In addition to concern for obvious violations of the law, Montague expressed alarm that, absent a rapid decision by the AZCCEC, voters in November could be faced with voting for a candidate whose narrow victory in the Republican Primary was directly attributable to an obvious and illegal violation of state campaign finance law.

"Ralph Heap defeated his opponent by less than 2% of the vote. There is no doubt in my mind that this outcome could have been different if not for Heap's illegal signs. Accordingly, I call upon the AZCCEC to conclude its investigation on this case in the next two weeks, before ballots are printed, to preserve the integrity of the clean elections system and ensure that voters can choose a candidate who did not violate the law.

"What's at stake here is nothing less than the relevance of Arizona's clean elections system," declared AZPIA President Tyler Montague. "If the allegations against Heap are proven true and he is allowed to remain on the ballot, every candidate and special interest group will know that they can manipulate clean elections at will.

**13. Reply · Jul 31, 2026 · 2:32 AM UTC (continued)**

"On the other hand, if the AZCCEC makes a decision before ballots are printed, those same special interest groups will know they can no longer game the system and win elections. The AZCCEC has to take a stand."

Montague also called upon Ralph Heap to do the right thing and disclose who paid for his campaign signs, or withdraw from the race, pointing out that the violations Heap is accused of could result in fines of hundreds of thousands of dollars.

"If Ralph Heap is still on the ballot in November, the special interests will win and the voters will lose."

###

1 2 1,033

**David Leibowitz**
@leiboaz · Jul 31
I agree that what Heap did needs investigation. But you calling for it? You're joking, right?
1 1 167

**Tyler Montague**
@TylerJMontague · Jul 31
What's wrong with calling for it? You think Heap's all good cheating?
Jul 31, 2026 · 2:32 AM UTC
2 1 3 175

Relevant Recent Likes

**David Leibowitz**
@leiboaz · Jul 31
Nope. I think he cheated. And I applauded @patriotnheels for her detective work. I also think there's a certain hypocrisy in you doing the calling.
1 1 73

**Tyler Montague**
@TylerJMontague · Jul 31
Sorry, David. I'm still a Leibowitz fan. Sad to have offended you.
1 2 56

View more replies

**Stephen Lemons**
@stephenlemons · Jul 31
Cool that Tyler feels the need to be involved and to call out folks he considers bad actors. It's called freedom of speech, the American way and all that jazz they taught in civics classes way back in the Conestoga wagon days...
1 1 52

**David Leibowitz**
@leiboaz · Jul 31
Feels the need? It's how he earns a living, isn't it?
1 53

View more replies

https://x.com/TylerJMontague/status/2083017950269968892

**14. Repost · Jul 31, 2026 · 1:50 AM UTC**

teapawt

**Tyler Montague**
@TylerJMontague · Jul 31

Arizona Public Integrity Alliance Calls on Arizona Clean Elections Commission to Quickly Investigate Ralph Heap for "obvious violations of Arizona campaign finance law"

AZPIA President Montague also calls for Heap to "come clean" or withdraw from race

(Phoenix, July 30, 2026) – The Arizona Public Integrity Alliance (AZPIA) today called on the Arizona Citizens Clean Elections Commission (AZCCEC) to avoid further delays in its investigation of Ralph Heap for campaign finance violations.

In a complaint filed with the AZCCEC several weeks ago, a Republican activist accuses Heap, a current state lawmaker and candidate for the Arizona Corporation Commission (ACC), of illegally purchasing and installing as many as 1000 campaign signs before he qualified as a clean elections candidate or received any clean elections funding, a clear violation of Arizona elections law.

The same complaint pointed out that Heap failed to disclose who paid for the signs in his campaign finance report, even though the signs themselves included fine print claiming that they were paid for by his campaign, Ralph Heap for Reliable, Affordable Energy.

Heap also refused to sign a legally required sworn statement affirming that his campaign finance reports are accurate, raising suspicions that Heap himself knows these allegations are accurate.

"Ralph Heap lied to Arizona voters. He claimed that his clean elections campaign paid for his signs, but he didn't have any clean elections money. He filed a campaign finance report, but didn't disclose all his sign purchases. He claims to stand for election integrity, but his apparent fraud is making a mockery of Arizona's clean election system. Right now there are hundreds of Heap signs on Arizona streets, making a mockery of Arizona's clean elections system unless the AZCCEC takes quick and decisive action."

In addition to concern for obvious violations of the law, Montague expressed alarm that, absent a rapid decision by the AZCCEC, voters in November could be faced with voting for a candidate whose narrow victory in the Republican Primary was directly attributable to an obvious and illegal violation of state campaign finance law.

"Ralph Heap defeated his opponent by less than 2% of the vote. There is no doubt in my mind that this outcome could have been different if not for Heap's illegal signs. Accordingly, I call upon the AZCCEC to conclude its investigation on this case in the next two

**14. Repost · Jul 31, 2026 · 1:50 AM UTC (continued)**

weeks, before ballots are printed, to preserve the integrity of the clean elections system and ensure that voters can choose a candidate who did not violate the law.

"What's at stake here is nothing less than the relevance of Arizona's clean elections system," declared AZPIA President Tyler Montague. "If the allegations against Heap are proven true and he is allowed to remain on the ballot, every candidate and special interest group will know that they can manipulate clean elections at will.

"On the other hand, if the AZCCEC makes a decision before ballots are printed, those same special interest groups will know they can no longer game the system and win elections. The AZCCEC has to take a stand."

Montague also called upon Ralph Heap to do the right thing and disclose who paid for his campaign signs, or withdraw from the race, pointing out that the violations Heap is accused of could result in fines of hundreds of thousands of dollars.

"If Ralph Heap is still on the ballot in November, the special interests will win and the voters will lose."

###

Jul 31, 2026 · 1:50 AM UTC

9 17 8 58 13,632 Relevant Recent Likes

**Patriotnheels**
@patriotnheels · Jul 31
Thank you for calling for Ralph Heap to withdraw m. It is the only honorable move. He has been caught!
7 186

**TucsonTales**
@TalesTucson · Jul 31
IOIYR

(It's okay if you're Republican.)
4 116

**Bud Fox**
@BudFox14647 · Jul 31
Ralph Heap has my vote, blow it out your ass!
4 130

**Defenestrator**
@24Defenestrator · Jul 31
Sounds like time to sue the fraudulent AZ Public Integrity Alliance and "Clean Elections"
2 197

**The Young Outlaw**
@FrontierRebel · Jul 31
Literally nobody cares who paid for his signs. We just want cheaper energy prices and no green new deal bullshit. You Politico bro's live in a bubble. Take a walk (looks like you need one) and talk to voters about energy prices, they do not care about

https://x.com/TylerJMontague/status/2083007312068063630

**15. Reply · Jul 17, 2026 · 4:22 PM UTC**

teapawt

**Energy Mom AZ**
@EnergyMomAZ · Jul 17
🚨 @DrRalphHeap is blatantly violating Arizona Clean Elections (@AZCCEC) law – come take a walk with me on this beautiful thread🚨

🧵🧵🧵
@consrevativdork, @reaganspriest, @WayneSchutsky, @jeremyduda, @MattRealest8, @MohaveFreePress @jeffreym_nelson, @MrDanTheMan1990

4 · 7 · 3 · 19 · 5,910

**Energy Mom AZ**
@EnergyMomAZ · Jul 17
Below, I stated that @DrRalphHeap's signs were suspiciously going up across AZ. W/ little COH reported in his Q1 report, it seemed unlikely he raised enough $ after 4/1 to legally make this purchase. Heap has told people he bought 1k signs. That kind of purchase costs thousands.

> **Energy Mom AZ**
> @EnergyMomAZ · May 17
> 🧵I've noticed that @DrRalphHeap has A LOT of signs up. Why is that interesting? Well - Ralph says his campaign is paying for them.
>
> A few issues:
>
> 1 - His Q1 report showed no purchases
>
> 2 - His campaign had $618 in the bank as of 3/31
>
> 3 - The sign buy was worth thousands of $




**Amended 2026 Quarter 1**

| | |
|---|---|
| Election Cycle: | 2026 |
| Date Filed: | May 15, 2026 |
| Reporting Period: | January 1, 2026-March 31, 2026 |
| Jurisdiction: | Arizona Secretary of State |

**Summary of Finances**

| | |
|---|---|
| Cash Balance at Beginning of Reporting Period: | $1,452.35 |
| Total Cash Receipts this Reporting Period: | $6,046.30 |
| Total Cash Disbursements this Reporting Period: | $6,880.00 |
| Cash Balance at End of Reporting Period: | $618.65 |

Report ID: 393137

101945 Ralph Heap for Corporation Commissioner — Amended Quarter 1
Jurisdiction: Arizona Secretary of State — Covers 01/01/2026 to 03/31/2026

**Schedule E1 - Operating expenses**

| | Date | Amount | Cycle To Date |
|---|---|---|---|
| Name: Uncle Sam Petitions<br>Address: 1441 S Lindsay Rd, Apt 1088, Mesa, AZ 85204<br>Category: Miscellaneous - Petitions | 01/13/2026 | $4,880.00 Cash | $6,880.00 |
| Name: Uncle Sam Petitions<br>Address: 1441 S Lindsay Rd, Apt 1088, Mesa, AZ 85204<br>Category: Miscellaneous - Petitions | 02/14/2026 | $2,000.00 Cash | $6,880.00 |
| Total of Operating Expenses | | $6,880.00 | |
| Total of Refunds, Rebates, and Credits Received | | $0.00 | |
| Net Total of Operating Expenses | | $6,880.00 | |

1 · 6 · 700

**Energy Mom AZ**
@EnergyMomAZ · Jul 17
The contents of @DrRalphHeap's Q2 report proves he is in violation of @AZCCEC law. His report shows he raised only $3,145 in seed $ (less if you remove duplicate entries) & spent $1,175. Of that, $0 went to signs. Over his campaign, he has spent $644 on signs, enough for about 30

**15. Reply · Jul 17, 2026 · 4:22 PM UTC (continued)**




1 6 372

**Energy Mom AZ**
@EnergyMomAZ · Jul 17
If @DrRalphHeap only spent $644 on signs, how does he have hundreds up across the state? Who is paying for them and why is he hiding that information from the public?

1 6 349

**Energy Mom AZ**
@EnergyMomAZ · Jul 17
Also of note - Heap's largest outlay of Q2 went to Moir & Associates, a firm owned by Patrick Moir. Coincidentally I'm sure, Moir is listed as the statutory agent of A La Carte Campaigns LLC, a new firm running Turning Point's IE spend against @VoteNickMyers & for @DrRalphHeap.




1 1 10 1,367

**Energy Mom AZ**
@EnergyMomAZ · Jul 17
No record of how hundreds of signs were paid for and a paper trail to a consultant running IEs on his behalf (possible coordination?)- the corruption here is staggering. All of this should be thoroughly investigated and should disqualify @DrRalphHeap from holding public office.

1 10 412

**Tyler Montague**
@TylerJMontague · Jul 17
How DARE YOU suggest Turning Point is connected to a sleazy cheating scandal. Haha
Jul 17, 2026 · 4:22 PM UTC

18

https://x.com/TylerJMontague/status/2078153394615980317

## 16. Repost · Jul 17, 2026 · 3:18 PM UTC

teapawt

**Energy Mom AZ**
@EnergyMomAZ · Jul 17
🚨 @DrRalphHeap is blatantly violating Arizona Clean Elections (@AZCCEC) law – come take a walk with me on this beautiful thread🚨

🧵🧵🧵
@consrevativdork, @reaganspriest, @WayneSchutsky, @jeremyduda, @MattRealest8, @MohaveFreePress @jeffreym_nelson, @MrDanTheMan1990

Jul 17, 2026 · 3:18 PM UTC

4 · 7 · 3 · 19 · 5,910

Relevant | Recent | Likes

**Energy Mom AZ**
@EnergyMomAZ · Jul 17
Below, I stated that @DrRalphHeap's signs were suspiciously going up across AZ. W/ little COH reported in his Q1 report, it seemed unlikely he raised enough $ after 4/1 to legally make this purchase. Heap has told people he bought 1k signs. That kind of purchase costs thousands.

> **Energy Mom AZ**
> @EnergyMomAZ · May 17
> 🧵I've noticed that @DrRalphHeap has A LOT of signs up. Why is that interesting? Well - Ralph says his campaign is paying for them.
>
> A few issues:
>
> 1 - His Q1 report showed no purchases
>
> 2 - His campaign had $618 in the bank as of 3/31
>
> 3 - The sign buy was worth thousands of $




**Amended 2026 Quarter 1**

| | |
|---|---|
| Election Cycle: | 2026 |
| Date Filed: | May 15, 2026 |
| Reporting Period: | January 1, 2026-March 31, 2026 |
| Jurisdiction: | Arizona Secretary of State |

**Summary of Finances**

| | |
|---|---|
| Cash Balance at Beginning of Reporting Period: | $1,452.35 |
| Total Cash Receipts this Reporting Period: | $6,046.30 |
| Total Cash Disbursements this Reporting Period: | $6,880.00 |
| Cash Balance at End of Reporting Period: | $618.65 |

Report ID: 393137

101945 Ralph Heap for Corporation Commissioner — Amended Quarter 1
Jurisdiction: Arizona Secretary of State — Covers 01/01/2026 to 03/31/2026

**Schedule E1 - Operating expenses**

| | Date | Amount | Cycle To Date |
|---|---|---|---|
| Name: Uncle Sam Petitions; Address: 1441 S Lindsay Rd, Apt 1088, Mesa, AZ 85204; Category: Miscellaneous - Petitions | 01/13/2026 | $4,880.00 Cash | $6,880.00 |
| Name: Uncle Sam Petitions; Address: 1441 S Lindsay Rd, Apt 1088, Mesa, AZ 85204; Category: Miscellaneous - Petitions | 02/14/2026 | $2,000.00 Cash | $6,880.00 |
| Total of Operating Expenses | | $6,880.00 | |
| Total of Refunds, Rebates, and Credits Received | | $0.00 | |
| Net Total of Operating Expenses | | $6,880.00 | |

1 · 6 · 700

**Energy Mom AZ**
@EnergyMomAZ · Jul 17
The contents of @DrRalphHeap's Q2 report proves he is in violation of @AZCCEC law. His report shows he raised only $3,145 in seed $ (less if you remove duplicate entries) & spent $1,175. Of that, $0 went to signs. Over his campaign, he has spent $644 on signs, enough for about 30





**16. Repost · Jul 17, 2026 · 3:18 PM UTC (continued)**

1 · 6 · 372

**Energy Mom AZ**
@EnergyMomAZ · Jul 17
If @DrRalphHeap only spent $644 on signs, how does he have hundreds up across the state? Who is paying for them and why is he hiding that information from the public?

1 · 6 · 349

**Energy Mom AZ**
@EnergyMomAZ · Jul 17
Also of note - Heap's largest outlay of Q2 went to Moir & Associates, a firm owned by Patrick Moir. Coincidentally I'm sure, Moir is listed as the statutory agent of A La Carte Campaigns LLC, a new firm running Turning Point's IE spend against @VoteNickMyers & for @DrRalphHeap.




1 · 1 · 10 · 1,367

**Energy Mom AZ**
@EnergyMomAZ · Jul 17
No record of how hundreds of signs were paid for and a paper trail to a consultant running IEs on his behalf (possible coordination?)- the corruption here is staggering. All of this should be thoroughly investigated and should disqualify @DrRalphHeap from holding public office.

1 · 10 · 412

**Reagan Priest**
@reaganspriest · Jul 17
And, for what it's worth: azcapitoltimes.com/news/2026...



**Corp Comm incumbents accept 'prohibited donations' despite claims to the contrary | Arizona Capitol...**
Two Arizona Corporation Commissioners seeking reelection have said they aren't influenced by the utility companies they regulate.
azcapitoltimes.com

1 · 2 · 3 · 429

**Reagan Priest**
@reaganspriest · Jul 17
pro.stateaffairs.com/az/yell...



https://x.com/EnergyMomAZ/status/2078137382600372228

## Nick Myers

**@nickmyersaz. 7 post(s), newest first.**

### 1. Post · Aug 14, 2026 · 7:50 PM UTC

teapawt

**Nick Myers - Arizona Corporation Commissioner**
@nickmyersaz · Aug 14

Just a quick thought on the outcome of today's clean elections open meeting. Ultimately, I think @AZCCEC made the right decision. It is very difficult to punish somebody who has not yet been found guilty and Mr. Heap has not been found guilty at this point in time. So today's outcome makes sense as far as agreeing to fund his campaign but also open an investigation into the apparently illegal activities.

Last edited Aug 14, 2026 · 7:50 PM UTC

7 · 5 · 2 · 28 · 2,361

Relevant | Recent | Likes

**Matt Greer**
@MattRealest8 · Aug 14

This was one of the public commenters. Did you see that?



7 · 197

**1. Post · Aug 14, 2026 · 7:50 PM UTC (continued)**



**Dan**
@MrDanTheMan1990 · Aug 15
You did good 👍
4 · 77

**Kokopelli**
@AzSvor · Aug 14
His behavior stinks to high heaven! It's blatantly obvious he lied on his financial reports. He should be off the ballot
1 · 9 · 234

**DK Doubts**
@DkDoubts · Aug 15
I voted for you but your malicious and childish attack only shows your character. I will never vote for you again.!
1 · 3 · 146

**HeyYou**
@SunnyMaricopa · Aug 15
Jealous much, I can't believe I voted for you. Never again
2 · 1 · 62

**Fred Flinstone**
@kac_az · Aug 17
Sour Grapes? You should have sent more money to TPA.
6

https://x.com/nickmyersaz/status/2088352609367363615

**2. Reply · Aug 5, 2026 · 2:44 AM UTC**



teapawt

**Nick Myers - Arizona Corporation Commissioner**
@nickmyersaz · Aug 5
@AZCCEC did their job today. Today was not about determining guilt or innocence, it was simply in response to the request made by the participant. Clean elections has a good record of making sure they are making the right move according to the law. I look forward to seeing what the results of their investigation are, including who paid for Heap's illegal signs and signatures.
Aug 5, 2026 · 2:44 AM UTC
2 30 731
Relevant Recent Likes

**Nathan Madden #DitatDeus**
@NathanMadden98 · Aug 5
AZCCEC is a corrupt organization which has deliberately excluded baloted candidates from the debates against their charter. Irrespective of the current ruling they are unfit to exist.
68

**Autumn T. Johnson**
@autumntjohnson · Aug 5
What was the outcome? Is he out or has to wait for the investigation?
77

https://x.com/nickmyersaz/status/2084832949426335919

**3. Post · Jul 27, 2026 · 3:30 PM UTC**

teapawt

**Nick Myers - Arizona Corporation Commissioner**
@nickmyersaz · Jul 27
I hate that he put Arizona in this predicament.

**Robbie Sherwood**
@RobbieSherwood · Jul 27
Ralph is in a Heap of trouble. @arizonaagenda
arizonaagenda.com/p/ralph-he...




Jul 27, 2026 · 3:30 PM UTC

9 · 1 · 1 · 47 · 4,867 — Relevant | Recent | Likes

**Tyler Montague**
@TylerJMontague · Jul 27
Can he just drop out?
1 · 6 · 271

**Nick Myers - Arizona Corporation Commissioner**
@nickmyersaz · Jul 27
I believe he has to be approved by the clean elections board to be removed as a clean candidate at this point. He can't just dodge fines by saying "nevermind".
7 · 223

**Rico Cantrell**
@ricocantrell · Jul 27
I had a feeling and that's why I didn't vote for him. – at Winchester, NV
1 · 7 · 141

**Marc McCarge**
@MMccarge30479 · Jul 27
POS was a known entity.
5 · 149

**kimowens**
@kimowens · Jul 28
I'm curious about how this happened given his proximity to an election integrity expert.
3 · 4 · 125

**B Coffman**
@bacelc97 · Jul 28
He's listening to a handful of self-serving people instead of doing what's best for ALL of Arizona. – at Phoenix, AZ
3 · 90

https://x.com/nickmyersaz/status/2081764173793608144

## 4. Reply · Jul 24, 2026 · 5:03 AM UTC

teapawt

**Nick Myers - Arizona Corporation Commissioner**
@nickmyersaz · Jul 23
It's been an incredible honor to serve on the Arizona Corporation Commission (ACC) for the last four years. If you had told me 10 years ago that I would serve as ACC Chairman and play a leading role in ending the Green New Deal, accelerating new nuclear generation, approving a new generation of fossil fuel infrastructure and reducing costs for Arizona families, I wouldn't have believed you

My journey started in 2016 when my family and I were targets of illegal service disconnection from a local utility. I dug into utility regulation and discovered that one person can make a difference. That led to a job working as a Commission policy advisor, then successfully running for the Commission in 2022

During my term, one of the most important lessons I've learned is that energy policy is too important to reduce to simplistic slogans and talkng points. The challenges facing the state are real, and require serious policymakers who are interested in the facts, not just scoring political points.

With that in mind, I'm incredibly proud of the tangible work @votekthompson s and I have done to position Arizona for long term success by preserving and strengthening the reliability of our energy grid and water systems for families and job creators throughout our state.

While last night's results were not what we hoped, I look forward to working with my colleagues over the next 5 months to finish my term the same way it began - delivering conservative, consumer friendly results for ratepayers.

My journey as a commissioner may be ending in January, but I will never stop fighting for Arizona families and the policies that will strengthen our great state.

Thank you all for your support.

24 16 6 129 11,719

**R.C. Maxwell**
@RCMaxw3ll · Jul 23
You would still be in office if this didn't happen. I made my intentions clear to everyone in the county including Kevin that you were the one that needed to go to make room for Heap. If you choose to stay in the arena (which you should as a conservative leaning businessman). I encourage you to build alliances as opposed to making enemies. xitter.cf/rcmaxw3ll/status/19289...

> **R.C. Maxwell**
> @RCMaxw3ll · 31 May 2025
> Replying to @nickmyersaz
> You're the one being dishonest. Your signature collector was convincing voters to sign by falsely claiming that he's endorsed by Turning Point Action. That was corrected by bystanders and your volunteer left in shame, no one asked him to leave.

**4. Reply · Jul 24, 2026 · 5:03 AM UTC (continued)**

Now everyone knows you're a liar.

3 1 2 8 5,238

**Nick Myers - Arizona Corporation Commissioner**
@nickmyersaz · Jul 23
I'm so tired of the turning point gaslighting and other nonsense. The only train you guys were after me and Kevin is because we weren't your puppets and we are working for the people. Our loyalty was to the people who elected us, not all of you special interest groups. AND your dude had to cheat, in a very big way, to pull off this win. We've already seen it in the news, the fallout from that is TBD. Let's just say that you took out one of the most conservative Republic utility regulators in favor of someone that has no experience and no money to run his campaign. You literally handed to seat over to a Dem. AND YOU ARE PROUD OF IT!

14 10 6 81 23,582

**Geoff**
@geoffPF2e · Jul 24
I voted for you Nick. Sorry that you didn't make it through. You are absolutely correct. I will not be voting for Heap and will have to vote for the next best option.

1 8 960

**Nick Myers - Arizona Corporation Commissioner**
@nickmyersaz · Jul 24
Or just single shot @VoteKThompson

4 3 10 12,094

You're unable to view this Post because this account owner limits who can view their Posts. Learn more

**Nick Myers - Arizona Corporation Commissioner**
@nickmyersaz · Jul 24
We are already going to lose one seat when the Dems beat heap. It's time to unite to get at least @VoteKThompson elected as he's the only one that has a chance. Your guy is literally handing a seat over to the Dems. He doesn't even have any campaign funds and with all the finance violations, he's likely not even going to be on the ballot (or will be removed from office).
Jul 24, 2026 · 5:03 AM UTC

2 10 692 Relevant Recent Likes

**Todd Headlee**
@ToddHeadleeAZ · Jul 24
Loser Nick, you have no idea how this election will go. Justin Heap is not losing this election

36

https://x.com/nickmyersaz/status/2080519134090068267

**5. Post · Jul 17, 2026 · 3:56 PM UTC**


teapawt

Nick Myers - Arizona Corporation Commissioner
@nickmyersaz · Jul 17
It appears our opponent is breaking the law. Voters deserve to know whether their elected representatives will uphold the law, or undermine it. See below for more info

Energy Mom AZ
@EnergyMomAZ · Jul 17
🚨 @DrRalphHeap is blatantly violating Arizona Clean Elections (@AZCCEC) law – come take a walk with me on this beautiful thread🚨

🧵🧵🧵
@consrevativdork, @reaganspriest, @WayneSchutsky, @jeremyduda, @MattRealest8, @MohaveFreePress @jeffreym_nelson, @MrDanTheMan1990

Jul 17, 2026 · 3:56 PM UTC

3 1 15 957

https://x.com/nickmyersaz/status/2078146889212703155

**6. Repost · Aug 15, 2025 · 2:29 AM UTC**



teapawt

**Energy Mom AZ**
@EnergyMomAZ · 15 Aug 2025

I'm pretty confident @DaveMarshallAZ and @DrRalphHeap don't even know what the REST rules are.

@JakeHoffmanAZ can you make sure it gets added to their research list?

**Matt Greer**
@MattRealest8 · 14 Aug 2025

The Corporation Commission is having an open meeting where the conservative Commissioners are pulling back the renewable mandates.

You know who's not there.... Any of the other Republican candidates or members of that JV league they're on with the horrible coach. You'd think they'd care to show up after they said they didn't know what the job they were running for entailed! This could be a great learning opportunity!

Who is there? The left. They're there fighting the repeal of the mandate.

Aug 15, 2025 · 2:29 AM UTC

1 7 449

https://x.com/EnergyMomAZ/status/1956181304699224467

**7. Post · Aug 1, 2025 · 9:06 PM UTC**


teapawt

**Nick Myers - Arizona Corporation Commissioner**
@nickmyersaz · 1 Aug 2025
This wins the internet today!

**Energy Mom AZ**
@EnergyMomAZ · 1 Aug 2025
While @DrRalphHeap and @DaveMarshallAZ are still trying to figure what the ACC does, @votenickmyers and @VoteKThompson are working arm and arm with @POTUS and @ENERGY to secure AZ's energy future.



Aug 1, 2025 · 9:06 PM UTC
1 7 317

https://x.com/nickmyersaz/status/1951389120359432578

**Gina Swoboda**

**@GinaSwoboda. 2 post(s), newest first.**

**1. Repost · Nov 7, 2026 · 5:38 PM UTC**




https://x.com/MrDanTheMan1990/status/2119122322804371691

## 2. Repost · Nov 5, 2026 · 3:44 PM UTC

teapawt

**Tom Ryan**
@tomryanlaw · Nov 5
Well all that and Heap was caught up in a major scandal with Clean Elections! Interesting that he failed to mention that!

**AZ Capitol Times (State Affairs Arizona)**
@AzCapitolTimes · Nov 4
Rep. Ralph Heap has conceded the Arizona Corporation Commission race, attributing the loss to the "blue tsunami," double-digit rate increases and the Citizens Clean Elections Commission.

Read the latest Yellow Sheet
pro.stateaffairs.com/az/yell...



**Heap concedes Corporation Commission race**
Rep. Ralph Heap has conceded the Corporation Commission race, attributing the loss to the "blue tsunami" and double-digit rate increases.
pro.stateaffairs.com

Nov 5, 2026 · 3:44 PM UTC

2 9 1 45 722 Relevant Recent Likes

**bmaz (also same at bsky)**
@bmaz · Nov 5
I.....am not sure the CEC was responsible!
1 31

**Tom Ryan**
@tomryanlaw · Nov 5
The news about the scandal I believe played into it.
1 1 31

View more replies >

**Scott Hanson**
@Hanner66 · Nov 5
Corruption still an issue!
6

https://x.com/tomryanlaw/status/2118368934001057953