Altman
LAW & POLICY

*Kurt M. Altman, P.L.C. – Attorney at Law*
*Kurt M. Altman • Owner & Principal*

September 30, 2026

***Sent via Email***

Mary O'Grady
Allie Karpurk
Osborn Maledon
2929 N. Central Ave., Suite 2000
Phoenix, Arizona 85012
mogrady@omlaw.com
akarpurk@omlaw.com

**RE: In the Matter of 26-06: Subpoena Duces Tecum**
***Mesa Sign Shop, LLC (c/o James Torgenson)***

Ms. Karpurk:

Please find Mesa Sign Shop, LLC's second document production. Disclosure No. 2 consists of the following:

- One (1) PDF document consisting of five (5) pages, reflecting Mesa Sign Shop's summary report of account balances due from numerous political and non-political clients. It also includes a screenshot of work orders received and completed on behalf of Ralph Heap in connection with his candidacy for the Arizona Corporation Commission.

- The email also includes 12 links to artwork prepared on behalf of Ralph Heap in connection with his candidacy for the Arizona Corporation Commission.

Again, some materials provided contain information relating to other candidates and non-political clients of Mesa Sign Shop that is not relevant to your current investigation. We trust that the information concerning other candidates and non-political clients will be maintained as confidential because it is unrelated to the current investigation.

We believe this disclosure exhausts all the documents and materials in Mesa Sign Shop, LLC possession that are responsive to the subpoena. In an abundance of caution, our client is continuing to search to ensure there is nothing else. Should something additional be found that is responsive to the subpoena, we intend to promptly produce it.

Please let us know if you have any difficulty opening the file.

Sincerely,

**KURT M. ALTMAN, P.L.C.**

*/s/ Kurt M. Altman*

Kurt M. Altman
Attorneys for Mesa Sign Shop, LLC